# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; TOWN OF CANTON; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>    Defendants. | Civil Action No. 1:25-cv-13588-DJC |

## NOTICE OF APPEARANCE

Aaron D. Rosenberg of Sheehan Phinney Bass & Green, PA hereby enters his appearance in this case on behalf of Plaintiff, Karen Read.

                                                            Respectfully submitted,

                                                            KAREN READ,

                                                            By her attorneys,

                                                            */s/Aaron D. Rosenberg*
                                                            Aaron D. Rosenberg (BBO# 684826)
                                                           Sheehan Phinney Bass & Green, PA
                                                           28 State Street, 22nd Floor
                                                           Boston, MA 02109
                                                           617.897.5600
                                                           arosenberg@sheehan.com

Dated: November 26, 2025

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed with the Court using the ECF system and served via ECF on all parties and counsel of record.

                                                        */s/Aaron D. Rosenberg*
                                                        Aaron D. Rosenberg

Date: November 26, 2025