UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; TOWN OF CANTON; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>    Defendants. | Civil Action No. 1:25-cv-13588-DJC |

## NOTICE OF APPEARANCE

Charles M. Waters of Sheehan Phinney Bass & Green, PA hereby enters his appearance in this case on behalf of Plaintiff, Karen Read.

                                                  Respectfully submitted,

                                                  KAREN READ,

                                                  By her attorneys,

                                                  */s /Charles M. Waters*
                                                  Charles M. Waters (BBO# 631425)
                                                  Sheehan Phinney Bass & Green, PA
                                                  28 State Street, 22nd Floor
                                                  Boston, MA 02109
                                                  617.897.5600
                                                  cwaters@sheehan.com

Dated: November 26, 2025

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was filed with the Court using the ECF system and served via ECF on all parties and counsel of record.

*/s/ Charles M. Waters*  
Charles M. Waters

Date:  November 26, 2025