UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>　　　　　Defendants. | Civil Action No. 1:25-cv-13588-DJC |

**ASSENTED-TO MOTION TO EXTEND DEFENDANTS BRIAN ALBERT, NICOLE ALBERT, JENNIFER MCCABE, MATTHEW MCCABE, AND BRIAN HIGGINS' DEADLINES TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY THIRTY-ONE (31) DAYS**

Defendants Brian Albert, Nicole Albert, Jennifer McCabe, Matthew McCabe and Brian Higgins (collectively, "Moving Defendants") hereby move the Court, with the assent of counsel for Plaintiff Karen Read ("Plaintiff"), for an additional thirty-one (31) days to answer or otherwise respond to the Complaint. In support of their motion, Moving Defendants state as follows:

1.　　Plaintiff commenced the above-captioned action initially by filing the Complaint in the Bristol County Superior Court of Massachusetts on or around November 17, 2025. *See* Case No. 2573-CV-00914.

2.　　Moving Defendants accepted service of the Complaint on November 25, 2025. *See* Dkt. No. 1, Notice of Removal, Ex. A.

3.　　That same day, on November 25, 2025, Moving Defendants removed the action

from the Bristol County Superior Court to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1331 and 1441. *See* Notice of Removal.

4. Moving Defendants' answers or responses to the Complaint are presently due on December 16, 2025.

5. Moving Defendants request that the Court extend their deadlines for answering or otherwise responding to the Complaint by an additional thirty-one (31) days, rendering such responses due on or before January 16, 2026.

6. Moving Defendants note that had this action initially been filed in the United States District Court for the District of Massachusetts, Moving Defendants would have been entitled to sixty (60) days to answer or otherwise respond to the Complaint, bringing their response deadlines within close proximity to the date being requested by this motion.

7. Counsel for Plaintiff assents to the relief sought in this motion.

**WHEREFORE**, Defendants Brian Albert, Nicole Albert, Jennifer McCabe, Matthew McCabe and Brian Higgins respectfully request the Court:

A. Grant this Motion;

B. Extend the deadlines for Moving Defendants to answer or otherwise respond to the Complaint by 31 days, rendering such filings due on or before January 16, 2025; and

C. Grant any further relief the Court deems just and equitable.

Respectfully submitted,

BRIAN ALBERT, NICOLE ALBERT,
JENNIFER McCABE, MATTHEW McCABE,
and BRIAN HIGGINS

By their attorneys,

/s/ *James L. Tuxbury*
James L. Tuxbury (Bar No. 624916)
Hinckley Allen LLP
28 State Street
Boston, MA  02109
(617) 378-4162
jtuxbury@hinckleyallen.com

Dated: December 10, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system on December 10, 2025, and will be sent electronically to any registered participants identified on the Notice of Electronic Filing.  Additionally, I certify that on December 10, 2025, a copy of the foregoing document was sent via first class mail and email to counsel of record for Plaintiff listed below:

Aaron Davis Rosenberg, Esq.,
Sheehan Phinney Bass and Green PA
28 State St., 22nd Floor
Boston, MA 02109

Damon M. Seligson, Esq.,
Sheehan Phinney Bass and Green PA
28 State St., 22nd Floor
Boston, MA 02109

Charles Waters, Esq.,
Sheehan Phinney Bass and Green PA
28 State St., 22nd Floor
Boston, MA 02109

Timothy M. Burke, Esq.
Law Offices of Timothy M. Burke
117 Kendrick St., Suite 300
Needham, MA 02494

Leonard H. Kesten, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
265 Frankling St., 12th Floor
Boston, MA 02110

Jason W. Crotty, Esq.
Matthew J. Hamel, Esq.
Pierce Davis & Perritano LLP
10 Post Office Square, Suite 1100N
Boston, MA 02109


/s/ *James L. Tuxbury*