UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN READ,

     Plaintiff,

v.

MICHAEL PROCTOR, in his personal
capacity; SGT. YURIY BUKHENIK, in his
personal capacity; LT. BRIAN TULLY, in his
personal capacity; TOWN OF CANTON;
BRIAN ALBERT; NICOLE ALBERT;
JENNIFER McCABE; MATTHEW
McCABE; and BRIAN HIGGINS,

     Defendants.

Civil Action No. 1:25-CV-13588-DJC

**DEFENDANT'S, YURIY BUKHENIK,
ASSENTED TO MOTION FOR EXTENSION OF TIME**

The defendant, YURIY BUKHENIK, hereby asks that this Court extend the time within which he must file a responsive pleading to and including January 16, 2026.

As reasons for this motion, counsel for the defendant states that they require the additional time to obtain the information necessary for the preparation of a responsive pleading. The defendant has not requested any previous enlargement of time in this matter and plaintiff counsel assents to this motion.

Respectfully submitted,

Defendant, YURIY BUKHENIK,
By his attorneys,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
Michael V. Glennon, BBO# 678977
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com
mglennon@bhpklaw.com

Dated: December 23, 2025

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

<u>*/s/ Leonard H. Kesten*</u>
Leonard H. Kesten, BBO# 542042

Dated: December 23, 2025