**COMMONWEALTH OF MASSACHUSETTS**
**BRISTOL COUNTY**
**Docket Report**

## 2573CV00914 Read, Karen vs. Proctor, Michael et al

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Administrative Civil Actions | **FILE DATE:** | 11/17/2025 |
| **ACTION CODE:** | E17 | **CASE TRACK:** | A - Average |
| **DESCRIPTION:** | Civil Rights Act, G.L. c. 12 § 11H | | |
| **CASE DISPOSITION DATE:** | 11/25/2025 | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE:** | 11/25/2025 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil A (New Bedford) |

### DCM TRACK

| Tickler Description | Due Date | Completion Date |
|---|---|---|
| Service | 02/17/2026 | 11/26/2025 |
| Rule 12/19/20 Served By | 03/18/2026 | 11/26/2025 |
| Answer | 03/18/2026 | 11/26/2025 |
| Rule 12/19/20 Filed By | 04/17/2026 | 11/26/2025 |
| Rule 12/19/20 Heard By | 05/18/2026 | 11/26/2025 |
| Rule 15 Served By | 01/12/2027 | 11/26/2025 |
| Rule 15 Filed By | 02/11/2027 | 11/26/2025 |
| Rule 15 Heard By | 02/11/2027 | 11/26/2025 |
| Discovery | 11/08/2027 | 11/26/2025 |
| Rule 56 Served By | 12/08/2027 | 11/26/2025 |
| Rule 56 Filed By | 01/07/2028 | 11/26/2025 |
| Final Pre-Trial Conference | 05/08/2028 | 11/26/2025 |
| Judgment | 11/17/2028 | 11/26/2025 |

### PARTIES

A True Copy By Photostatic Process
Attest:

Asst. Clerk of Courts

| | |
|---|---|
| **Plaintiff**<br>Read, Karen | **Attorney** 632763<br>Damon M Seligson<br>Sheehan Phinney Bass and Green PA<br>Sheehan Phinney Bass and Green PA<br>28 State St 22nd Floor<br>Boston, MA 02109<br>Work Phone (857) 222-7615<br>Added Date: 11/17/2025 |
| | **Attorney** 631425<br>Charles Waters<br>Sheehan Phinney Bass and Green PA<br>Sheehan Phinney Bass and Green PA<br>28 State St<br>22nd Floor<br>Boston, MA 02109<br>Work Phone (617) 897-5600<br>Added Date: 11/17/2025 |
| | **Attorney** 684826<br>Aaron Davis Rosenberg<br>Sheehan Phinney Bass and Green<br>Sheehan Phinney Bass and Green<br>28 State St<br>22nd Floor<br>Boston, MA 02109<br>Work Phone (617) 897-5664<br>Added Date: 11/17/2025 |
| **Defendant**<br>Albert, Brian | **Attorney** 624916<br>James L Tuxbury<br>Hinckley Allen<br>Hinckley Allen<br>28 State St<br>Boston, MA 02109<br>Work Phone (617) 378-4162<br>Added Date: 11/25/2025 |
| **Defendant**<br>Albert, Nicole | **Attorney** 624916<br>James L Tuxbury<br>Hinckley Allen<br>Hinckley Allen<br>28 State St<br>Boston, MA 02109<br>Work Phone (617) 378-4162<br>Added Date: 11/25/2025 |
| **Defendant**<br>Bukhenik, Yuriy<br>60 Jamie Lane<br>Stoughton, MA 02072 | |

| | | |
|---|---|---|
| **Defendant**<br>Higgins, Brian | **Attorney**<br>James L Tuxbury<br>Hinckley Allen<br>Hinckley Allen<br>28 State St<br>Boston, MA 02109<br>Work Phone (617) 378-4162<br>Added Date: 11/25/2025 | 624916 |
| **Defendant**<br>McCabe, Jennifer | **Attorney**<br>James L Tuxbury<br>Hinckley Allen<br>Hinckley Allen<br>28 State St<br>Boston, MA 02109<br>Work Phone (617) 378-4162<br>Added Date: 11/25/2025 | 624916 |
| **Defendant**<br>McCabe, Matthew | **Attorney**<br>James L Tuxbury<br>Hinckley Allen<br>Hinckley Allen<br>28 State St<br>Boston, MA 02109<br>Work Phone (617) 378-4162<br>Added Date: 11/25/2025 | 624916 |
| **Defendant**<br>Proctor, Michael<br>6 Wentworth Road<br>Canton, MA 02021 | | |
| **Defendant**<br>Tully, Brian | **Attorney**<br>Timothy Michael Burke<br>Law Offices of Timothy M Burke<br>Law Offices of Timothy M Burke<br>117 Kendrick St<br>Suite 300<br>Needham, MA 02494<br>Work Phone (781) 455-0707<br>Added Date: 11/24/2025 | 065720 |

| FINANCIAL SUMMARY | | | | |
|---|---|---|---|---|
| Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
| Total | 315.00 | 315.00 | 0.00 | 0.00 |



| | | INFORMATIONAL DOCKET ENTRIES | |
|---|---|---|---|
| Date | Ref | Description | Judge |
| 11/17/2025 | 1 | Complaint electronically filed. | |
| 11/17/2025 | 2 | Civil action cover sheet filed. | |
| 11/18/2025 | | Case assigned to:<br>DCM Track A - Average was added on 11/18/2025 | |
| 11/18/2025 | | EDocument sent:<br><br>Tracking Order<br>Sent On: 11/18/2025 10:04:49<br>Notice Sent To: Damon M Seligson, Esq. dseligson@sheehan.com<br>Notice Sent To: Charles Waters, Esq. cwaters@sheehan.com<br>Notice Sent To: Aaron Davis Rosenberg, Esq. arosenberg@sheehan.com<br>Notice Sent To: Michael Proctor 6 Wentworth Road, Canton, MA 02021<br>Notice Sent To: Yuriy Bukhenik 60 Jamie Lane, Stoughton, MA 02072<br>Notice Sent To: Brian Tully<br>Notice Sent To: Brian Albert<br>Notice Sent To: Matthew McCabe<br>Notice Sent To: Brian Higgins<br>Notice Sent To: Nicole Albert<br>Notice Sent To: Jennifer McCabe | |
| 11/24/2025 | 3 | Acceptance of Service of Process for Defendant Brian Tully | |
| 11/25/2025 | 4 | Acceptance of Service of Process for Defendants, Brian Albert, Nicole Albert, Jennifer McCabe, Matthew McCabe and Brian Higgins | |
| 11/25/2025 | 5 | Notice of Removal to the United States District Court filed by<br><br>Applies To: Albert, Brian (Defendant); McCabe, Matthew (Defendant); Higgins, Brian (Defendant); Albert, Nicole (Defendant); McCabe, Jennifer (Defendant) | |
| 11/25/2025 | | Case transferred to U.S. District Court (Case 1:25-cv-13588). | |