**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN READ,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>        Defendants, | Civil Action No. 1:25-CV-13588-DJC |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
OMNIBUS MEMORANDUM OF LAW IN EXCESS OF
TWENTY PAGES IN SUPPORT OF JOINT MOTION TO DISMISS**

Defendants Brian Albert, Nicole Albert, Jennifer McCabe, Matthew McCabe and Brian Higgins (the "Moving Defendants"), by and through their undersigned counsel, hereby respectfully move this Court for leave to file a memorandum in excess of the twenty-page limit imposed by Local Rule 7.1(b)(4), specifically an omnibus memorandum of forty (40) pages, in support of their forthcoming Motion to Dismiss the Complaint, which is due to be filed with the Court on or before Friday, January 16, 2026. In support of their motion, the Moving Defendants state as follows:

1. All Moving Defendants intend to move to dismiss the Complaint filed in this case, both pursuant to Fed. R. Civ. P. 12(b) and the Massachusetts Anti-SLAPP Statute, M.G.L. c. 231, § 59H (the "Anti-SLAPP Statute").

2. Each of the five Moving Defendants could file separate Rule 12(b) motions to dismiss, in addition to separate Anti-SLAPP motions to dismiss, which, in total, could give rise to a maximum of 200 pages of briefing in support thereof. Given the numerous overlapping

arguments to be presented on behalf of the Moving Defendants, the Moving Defendants respectfully suggest that it would be more practical and efficient for them to file a single omnibus memorandum in support of a joint motion to dismiss under both under Fed. R. Civ. P. 12(b) and the Anti-SLAPP statute and hereby seek permission to exceed the twenty (20) page limit imposed by Local Rule 7.1(b)(4) to do so.  Specifically, the Moving Defendants respectfully request leave of Court to file one omnibus memorandum in support of a joint motion to dismiss, consisting of a maximum of forty (40) pages.

3. The Moving Defendants have conferred with counsel for Plaintiff, who assents to the relief sought herein.

WHEREFORE, the Moving Defendants respectfully request that this Court grant a twenty-page expansion of the page limit imposed Local Rule 7.1(b)(4), so that the Moving Defendants may submit one omnibus memorandum of law, consisting of no more than forty (40) pages, in support of a joint motion to dismiss the Complaint.

Respectfully submitted,

BRIAN ALBERT, NICOLE ALBERT, JENNIFER McCABE, MATTHEW McCABE, and BRIAN HIGGINS

By their attorneys,

*/s/ James L. Tuxbury*
James L. Tuxbury (BBO No. 624916)
HINCKLEY ALLEN & SNYDER LLP
28 State Street
Boston, MA  02109
(617) 378-4162
jtuxbury@hinckleyallen.com

Dated: January 9, 2026

3

**CERTIFICATE OF SERVICE**

I certify that, on January 9, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

/s/ *James L. Tuxbury*
James L. Tuxbury