UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>    Defendants. | Civil Action No. 1:25-cv-13588-DJC |

### ASSENTED-TO MOTION TO EXTEND DEFENDANTS BRIAN ALBERT, NICOLE ALBERT, JENNIFER MCCABE, MATTHEW MCCABE, AND BRIAN HIGGINS' DEADLINES TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY SEVEN (7) DAYS

Defendants Brian Albert, Nicole Albert, Jennifer McCabe, Matthew McCabe and Brian Higgins (collectively, "Moving Defendants") hereby move the Court, with the assent of counsel for Plaintiff Karen Read ("Plaintiff"), for an additional seven (7) days to answer or otherwise respond to the Complaint. In support of their motion, Moving Defendants state as follows:

1. Plaintiff commenced the above-captioned action initially by filing the Complaint in the Bristol County Superior Court of Massachusetts on or around November 17, 2025. *See* Case No. 2573-CV-00914.

2. Moving Defendants accepted service of the Complaint on November 25, 2025. *See* Dkt. No. 1.

3. That same day, Moving Defendants removed the action from the Bristol County Superior Court to the United States District Court for the District of Massachusetts pursuant to

28 U.S.C. §§ 1331 and 1441.  *See id.*

    4.    On December 10, 2025, the Court granted Moving Defendants' request that their deadlines for answering or otherwise responding to the Complaint be due on or before January 16, 2026.  *See* Dkt. No. 15.

    5.    The undersigned experienced a death in his immediate family early this morning which requires him to be out of the office this week in order to make arrangements and to attend services.

    6.    Moving Defendants note that the proposed amended deadline requested by this Motion is still within the sixty (60) days to which Moving Defendants otherwise would have been entitled to answer or respond to the Complaint had it initially been filed in the District of Massachusetts.

    7.    Counsel for Plaintiff assents to the relief sought in this Motion.

**WHEREFORE**, Defendants Brian Albert, Nicole Albert, Jennifer McCabe, Matthew McCabe and Brian Higgins respectfully request the Court:

    A.    Grant this Motion;

    B.    Extend the deadlines for Moving Defendants to answer or otherwise respond to the Complaint by seven (7) days, rendering such filings due on or before January 23, 2026; and

    C.    Grant any further relief the Court deems just and equitable.

Respectfully submitted,

BRIAN ALBERT, NICOLE ALBERT,
JENNIFER McCABE, MATTHEW McCABE,
and BRIAN HIGGINS

By their attorneys,

/s/ *James L. Tuxbury*
James L. Tuxbury (Bar No. 624916)
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 378-4162
jtuxbury@hinckleyallen.com

Dated: January 12, 2026

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on January 12, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

/s/ *James L. Tuxbury*
James L. Tuxbury
