**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN READ, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL PROCTOR, in his personal )<br>capacity; SGT. YURIY BUKHENIK, in his )<br>personal capacity; LT. BRIAN TULLY, in )<br>his personal capacity; BRIAN ALBERT; )<br>NICOLE ALBERT; JENNIFER McCABE; )<br>MATTHEW McCABE; and BRIAN )<br>HIGGINS, )<br>)<br>Defendants. )<br>)<br>)<br>) | Civil Action No. 1:25-cv-13588-DJC |

## ASSENTED-TO MOTION TO EXTEND DEFENDANT BRIAN TULLY'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Brian Tully ("Defendant") hereby moves the Court, with the assent of counsel for Plaintiff Karen Read ("Plaintiff"), for additional time to answer or otherwise respond to the Complaint. In support of his motion, the Defendant state as follows:

1. Defendant Tully's answer or response to the Complaint is presently due on January 12, 2025.

2. Counsel for Defendant Tully had been preparing for the trial of *Tavares v. Commonwealth of Massachusetts, et al.*, in Suffolk Superior Court (Civil Action No.: 1984CV03941), which was scheduled from January 8, 2026, through January 16, 2026. Counsel's client was dismissed days prior to the trial commencing.

3. Defendant Tully requests that the Court extend the deadline for answering or otherwise responding to the Complaint by an additional eleven days, rendering such response due on or before January 23, 2026.

4.      Counsel for Plaintiff assents to the relief sought in this motion.

**WHEREFORE**, Defendant Brian Tully respectfully requests the Court:

A.      Grant this Motion;

B.      Extend the deadline for Defendant to answer or otherwise respond to the Complaint by eleven days, rendering such filing due on or before January 23, 2026; and

C.      Grant any further relief the Court deems just and equitable.

Respectfully submitted,

For the Defendant, Brian Tully

By his attorneys,

/s/ *Timothy M. Burke*
Timothy M. Burke, Esq., BBO# 065720
Jared S. Burke, Esq., BBO# 677851
Law Offices of Timothy M. Burke
117 Kendrick Street, Suite 300
Needham, MA 02494
(781) 455-0707
tburke@timburkelaw.com
burkejared@gmail.com

Dated: January 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this date.  Email copies will be sent to those listed as non-participants on the ECF system.

Dated: 01/12/2026                    /s/ *Timothy M. Burke*

2