UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS, <br><br> Defendants. | Civil Action No. 1:25-CV-13588-DJC |

## DECLARATION OF JAMES L. TUXBURY IN SUPPORT OF MOTION TO DISMISS

I, James L. Tuxbury, on oath, hereby depose and state as follows:

1. I am a partner at Hinckley, Allen & Snyder, LLP and counsel to Defendants Jennifer McCabe, Matthew McCabe, Brian Albert, Nicole Albert, and Brian Higgins in the above-captioned action. I have personal knowledge of all things stated herein.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the Commonwealth's Statement of the Case, signed by Assistant District Attorney Adam Lally and filed on June 13, 2022 on the criminal docket in the Norfolk Superior Court case captioned *Commonwealth v. Read, Karen*, 2282CR00117 (the "Karen Read Criminal Case") (Dkt. No. 5).

3. Attached hereto as **Exhibit B** is a true and accurate copy of the Commonwealth's Notice of Discovery I, signed by Assistant District Attorney Adam Lally and filed on June 13, 2022 on the criminal docket in the Karen Read Criminal Case (Dkt. No. 6).

1

4. Attached hereto as **Exhibit C** is a true and accurate copy of the Order of Judge Cannone filed on September 19, 2022 on the criminal docket in the Karen Read Criminal Case (Dkt. No. 27).

5. Attached hereto as **Exhibit D** is a true and accurate copy of the June 20, 2023 Order of Judge Cannone filed on June 20, 2023 on the criminal docket in the Karen Read Criminal Case (Dkt. No. 97).

6. The following is a hyperlink to a YouTube video posted by NBC WJAR on May 6, 2025 of the testimony of Lt. Kevin O'Hara at the Karen Read 2025 trial in the Karen Read Criminal Case: https://www.youtube.com/watch?v=TWUyANOjJO0.

7. The following is a hyperlink to a YouTube video posted by The Trial Channel on April 28, 2025 of the testimony of Ian Whiffin at the Karen Read 2025 trial in the Karen Read Criminal Case: https://www.youtube.com/watch?v=TWUyANOjJO0.

SUBSCRIBED AND SWORN TO UNDER THE PENALTIES OF PERJURY THIS 23rd DAY OF JANUARY, 2026.

*/s/ James L. Tuxbury*
James L. Tuxbury

## **CERTIFICATE OF SERVICE**

I certify that, on January 23, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

*/s/ James L. Tuxbury*
James L. Tuxbury
