# Exhibit B

COMMONWEALTH OF MASSACHUSETTS

**NORFOLK, SS.**                                    **NORFOLK SUPERIOR COURT**
                                                    **DOCKET NO. 2282CR0117**

COMMONWEALTH

v.

KAREN READ

## COMMONWEALTH'S NOTICE OF DISCOVERY I

Now comes the Commonwealth in the above-captioned matter and indicates that of this date the following discovery and materials have been provided to the defendant through defense counsel:

1. Copy of Indictments, (3 pages);
2. Copy of Grand Jury Minutes, April 14, 2022, (88 pages);
3. Copy of Grand Jury Minutes, April 20, 2022, (96 pages);
4. Copy of Grand Jury Minutes, April 21, 2022, (153 pages);
5. Copy of Grand Jury Minutes, April 27, 2022, (125 pages);
6. Copy of Grand Jury Minutes, April 28, 2022, (160 pages);
7. Copy of Grand Jury Minutes, May 4, 2022, (105 pages);
8. Copy of Grand Jury Minutes, May 5, 2022, (66 pages);
9. Copy of Grand Jury Minutes, May 18, 2022, (85 pages);
10. Copy of Grand Jury Minutes, May 19, 2022, (61 pages);
11. Copy of Grand Jury Minutes, May 25, 2022, (34 pages);
12. Copy of certified copy of Death Certificate of John O'Keefe, (2 pages);
13. Copy of curriculum vitae of Nicholas Roberts, (2 pages);
14. Copy of Massachusetts State Police, Crime Laboratory, Serum/Plasma Conversion Report, (2 pages);
15. Copy of Massachusetts State Police, Crime Laboratory, Retrograde Extrapolation Report, (2 pages);

16. Copy of Canton Police Department Incident Report #: 22-87-OF, (12 pages);
17. Copy of Canton Police Department 911 calls, (1 disc);
18. Copy of Canton Police Department Scene Photos, (18 pages);
19. Copy of supplemental Canton Police Department scene photos from 2/04/22, (2 pages);
20. Copy of Massachusetts State Police Report Case #: 2022112-033, Analysis of Ring Camera from 1 Meadows Avenue, Canton, (3 pages);
21. Copy of Massachusetts State Police Report Case #: 2022-112-33, Video Surveillance and Receipts from the Waterfall Bar & Grille, (2 pages);
22. Copy of Massachusetts State Police Report Case #: 2022-112-33, Video Surveillance and Receipts from C.F. McCarthy's, (2 pages);
23. Copy of Massachusetts State Police Report Case #: 2022-112-33, Processing of John O'Keefe's Vehicle and Garage Doors at One Meadows Avenue, (2 pages);
24. Copy of Massachusetts State Police Report Case #: 2022-112-33, Retrieval of video footage from the Town of Canton, (1 page);
25. Copy of Massachusetts State Police Report Case #: 2022-112-33, Berla motor vehicle forensics of the infotainment and telematics system belonging to Karen Read, (2 pages);
26. Copy of Massachusetts State Police Report Case #: 2022-112-33, Cell phone extraction and forensic analysis of a cell phone belonging to Karen Read, (2 pages);
27. Copy of Massachusetts State Police Report Case #: 2022-112-33, Cell phone extraction and forensic analysis of a cell phone belonging to John O'Keefe, (2 pages);
28. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Nicholas Kolokithas and Karina Kolokithas, (3 pages);
29. Copy of Massachusetts State Police Report Case #: 2022-112-33, Analysis of C.F. McCarthy Video, (3 pages);
30. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of James Sullivan, (2 pages);
31. Copy of Massachusetts State Police Report Case #: 2022-112-33, Analysis of Waterfall Bar and Grill Video, (3 pages);
32. Copy of Massachusetts State Police Report Case #: 2022-112-33, Collection of Camera Footage from B'Nai Tikvah, (1 page);

33. Copy of Massachusetts State Police Report Case #: 2022-112-33, Analysis of Canton Public Library and Temple Beth Abraham Video, (2 pages);
34. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of P.F., (2 pages);
35. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of K.F., (3 pages);
36. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Christopher Curran, (2 pages);
37. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Kerri Curran, (2 pages);
38. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interviews of Laura Sullivan, Marietta Sullivan, and Joshua Levy, (3 pages);
39. Copy of Massachusetts State Police Report Case #: 2022-112-33, Analysis of Call Detail Records of Karen Read, (2 pages0;
40. Copy of Massachusetts State Police Report Case #: 2022-112-33, Arrest of Karen Read, (2 pages);
41. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Nicole Albert, (3 pages);
42. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Ryan Nagel, (3 pages);
43. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Daniel Whitley, (3 pages);
44. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Francis Walsh, (3 pages);
45. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Anthony Flematti, (3 pages);
46. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interviews of Chris and Julie Albert, (3 pages);
47. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Paul O'Keefe, (2 pages);

48. Copy of Massachusetts State Police Report Case #: 2022-112-33, Warrant Arrest Report, (7 pages);
49. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Matthew Kelly, (2 pages);
50. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Rebecca Trayers, (2 pages);
51. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Brigid Meehan, (1 page);
52. Copy of Massachusetts State Police Report Case #: 2022-112-33, Search for Evidence on Fairview Road, Canton, (2 pages);
53. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of B.H., (5 pages);
54. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Brian Albert, (2 pages);
55. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Katherine Camerano, Trooper Prince, (2 pages);
56. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of K.F. at One Meadows Avenue, Canton, (2 pages);
57. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Katherine Camerano, Trooper DiCicco, (2 pages);
58. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Michael Camerano, (2 pages);
59. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Jennifer McCabe, Trooper Prince, (3 pages);
60. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Jennifer McCabe, Trooper Proctor, (3 pages);
61. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Matthew McCabe, (2 pages);
62. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Kerry Roberts, (2 pages);

63. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Karen Read, (4 pages);
64. Copy of Massachusetts State Police Report Case #: 2022-112-33, Initial Response at 34 Fairview Road, (5 pages);
65. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Canton Officer Saraf, (2 pages);
66. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Katie McLaughlin, (2 pages);
67. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Canton Officer Mullaney, (2 pages);
68. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Michael Trotta, (2 pages);
69. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Timothy Nuttall, (2 pages);
70. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Gregory Woodbury, (2 pages);
71. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Wendell Robery, (2 pages);
72. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Jason Becker, (2 pages);
73. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Samuel Poch, (2 pages);
74. Copy of Massachusetts State Police Crime Laboratory, Case #: 22-02184, Report of Investigations, Crime Scene Services Section, (2 pages);
75. Copy of Massachusetts State Police, Crime Laboratory, Case #: 22-02184, Crime Scene Report, (3 pages);
76. Copy of Massachusetts State Police, SERT Unit, report and diagrams, (3 pages);
77. Copy of Massachusetts State Police, Crime Scene Services Section Report, Case #: 22-02184, Autopsy Photos, (2 pages);
78. Copy of Massachusetts State Police, Crime Scene Services Section, Case #: 22-02184, Good Samaritan photos, (2 pages);

79. Copy of Massachusetts State Police, Crime Scene Services Section, Case #: 22-02184, Booking, (2 pages);
80. Copy of Massachusetts State Police, Crime Scene Services Section, Case #: 22-02184, Scene Photos, (2 pages);
81. Copy of Massachusetts State Police, Crime Laboratory, Case Jacket for Case #: 22-02184, (3 pages);
82. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-2, (1 page);
83. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-3, (1 page);
84. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-4, (1 page);
85. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-5, (1 page);
86. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-6, (1 page);
87. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-7, (2 pages);
88. Copy of Cellebrite Extraction Report of cell phone of Jennifer McCabe, (1 flash drive);
89. Copy of Cellebrite Extraction Report of cell phone of Kerry Roberts, (1 flash drive);
90. Copy of Cellebrite Extraction Report of cell phone of John O'Keefe, (1 flash drive);
91. Copy of Cellebrite Extraction Report of cell phone of Jennifer McCabe from January 28-29, 2022, (50 pages);
92. Copy of Cellebrite Extraction Report of cell phone of Kerry Roberts from January 28-29, 2022, (25 pages);
93. Copy of Cellebrite Extraction Report of cell phone of John O'Keefe from January 28-29, 2022, (159 pages);
94. Copy of Cellebrite Extraction Report of cell phone of John O'Keefe, phone calls to and from Karen Read from January 29, 2022, (2 pages);
95. Copy of Cellebrite Extraction Report of cell phone of John O'Keefe, voicemails from Karen Read on January 29, 2022, (1 flash drive);

96. Copy of Ring Video of One Meadows Avenue, Canton, Driveway Camera, (1 disc);
97. Copy of Ring Video of One Meadows Avenue, Canton, Front Door Camera, (1 disc);
98. Copy of surveillance video, Pequitside, ( 1 disc);;
99. Copy of surveillance video, Cassie's Corner Store, (1 disc);
100. Copy of Massachusetts State Police, CARS Section, Test Video, (1 disc);
101. Copy of SAIN Interview, of P.F., (1 disc);
102. Copy of SAIN Interview of K.F., (1 disc);
103. Copy of Massachusetts State Police, Crime Scene Services Section, Snowbank Search photos, (1 disc);
104. Copy of Massachusetts State Police, Crime Scene Services Section, Vehicle and Scene Photos, (1 disc);
105. Copy of Massachusetts State Police, Booking Photos, (1 disc);
106. Copy of Massachusetts State Police, Crime Scene Services Section, John O'Keefe, Good Samaritan Photos, (1 disc);
107. Copy of certified copy of RMV Driver's History, Karen Read, (4 pages);
108. Copy of Canton Fire Department, reports regarding John O'Keefe, Incident #: 22-4491, (9 pages);
109. Copy of Canton Fire Department, reports regarding Karen Read, Incident #: 22-4495, (7 pages);
110. Copy of certified copy of RMV documents for MA Reg. #: 3GC684, (7 pages);
111. Copy of Massachusetts State Police CARS Diagram, (1 page);
112. Copy of Massachusetts State Police CARS, Bosch CDR Download, (7 pages);
113. Copy of curriculum vitae of Trooper Joseph Paul, (4 pages);
114. Copy of Office of the Chief Medical Examiner File #: 2022-1697, (72 pages);
115. Copy of curriculum vitae of Doctor Irini Scordi-Bello, (8 pages);
116. Copy of Massachusetts Uniform Citation, (2 pages);
117. Copy of Cell Phone Extraction of text communications between B.H. and John O'Keefe, (12 pages);
118. Copy of Cell Phone Extraction of text communications between B.H. and Karen Read, (56 pages);
119. Copy of items 118 and 119, (1 disc);

120. Copy of Verizon cell phone records of Karen Read, (4 pages);

121. Copy of Verizon VoLTE Records cellSites Diagrams for Karen Read's phone, (10 pages);

122. Copy of Verizon RTT Records diagrams for Karen Read's phone, (3 pages);

123. Copy of certified copy of Good Samaritan Medical Center records of Karen Read, (67 pages);

124. Copy of surveillance video from Waterfall Bar and Grille; Canton Public Library; Temple Beth Abraham; C.F. McCarthy's; Pequitside; Karen Read's Verizon Records; Canton Police Department Scene Photos, (1 flash drive);

125. Copy of C.F. McCarthy's Receipts, (5 pages);

126. Copy of Waterfall Bar & Grille Receipts, (3 pages);

127. Copy of Canton Police Department Cruiser Camera Video, (1 flash drive).


Respectfully Submitted,
For the Commonwealth

Michael W. Morrissey
District Attorney

By: */s/ Adam C. Lally/*

Adam C. Lally
Assistant District Attorney
45 Shawmut Road
Canton, MA 02021
781-830-4842

Dated: June 10, 2022