# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ, | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 1:25-CV-13588-DJC |
| v. | ) ) |
| MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS, | ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |

## DECLARATION OF BRIAN HIGGINS IN SUPPORT OF MOTION TO DISMISS

I, Brian Higgins, on oath, hereby depose and state as follows:

1. I am a defendant in the above-captioned action. I have personal knowledge of all things stated herein.

2. On the evening of January 28, 2022, I was with friends at a restaurant and bar located in Canton, Massachusetts called The Waterfall Bar & Grille ("The Waterfall"). Towards the end of the night, John O'Keefe ("Officer O'Keefe") and his girlfriend, Plaintiff Karen Read ("Ms. Read"), came to The Waterfall and socialized with my friends and me.

3. As The Waterfall was closing, Brian Albert invited me and others at The Waterfall to his home at 34 Fairview Road in Canton.

4. I never saw either Ms. Read or Officer O'Keefe enter the home at 34 Fairview Road that night.

5. I spoke with police investigators on February 3, 2022 and told them all of the foregoing. I also testified before a Grand Jury that was convened in Norfolk County Superior Court. In addition, I testified at the first of two Norfolk Superior Court murder trials brought against Ms. Read. I told the truth in all of my statements and testimony.

SUBSCRIBED AND SWORN TO UNDER THE PENALTIES OF PERJURY THIS ___ DAY OF JANUARY, 2026.

*Brian P. Higgins*

_____

## **CERTIFICATE OF SERVICE**

I certify that, on January 23, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

*/s/ James L. Tuxbury*
James L. Tuxbury