UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAREN READ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL PROCTOR, in his personal capacity,<br>SGT. YURIY BUCHENIK, in his personal capacity,<br>LT. BRIAN TULLY, in his personal capacity,<br>BRIAN ALBERT; NICOLE ALBERT;<br>JENNIFER McCABE, MATTHEW McCABE,<br>and BRIAN HIGGINS,<br><br>    Defendants. | Docket No. 1:25-CV-13588-DJC |

## DEFENDANTS BRIAN ALBERT, NICOLE ALBERT, JENNIFER McCABE, MATTHEW McCABE, AND BRIAN HIGGINS' UNOPPOSED MOTION TO ADMIT KIERAN T. MURPHY *PRO HAC VICE*

In accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Brian Albert, Nicole Albert, Jennifer McCabe, Matthew McCabe and Brian Higgins (the "Moving Defendants"), hereby move for the admission of Kieran T. Murphy as counsel *pro hac vice*. As grounds for this motion, the Moving Defendants rely upon the accompanying certificate of Kieran T. Murphy (Exhibit A), which certifies as follows:

1. Kieran T. Murphy is an associate at the law firm of Hinckley, Allen & Snyder LLP with offices in New York and Massachusetts.

2. He is a member in good standing of the bars of the United States Court of Appeals for the Second Circuit, United States District Courts for the Northern, Southern and Eastern Districts of New York, as well as the New York State Supreme Court, Appellate Division Third Department.

3.No disciplinary proceedings or criminal charges have been instituted against Mr. Murphy as a member of the bar in any jurisdiction in which he is admitted to practice.

4.Mr. Murphy has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

This motion is filed on behalf of the Moving Defendants by James L. Tuxbury, a member in good standing of the bar of this Court, who has filed an appearance in this matter. For the foregoing reasons, the Moving Defendants respectfully move this Court to enter an Order admitting Kieran T. Murphy *pro hac vice* to appear and practice on behalf of the Moving Defendants in this action.

        Respectfully submitted,

        BRIAN ALBERT, NICOLE ALBERT, JENNIFER MCCABE, MATTHEW MCCABE and BRIAN HIGGINS

        By their attorney,

        */s/ James L. Tuxbury*_____
        James L. Tuxbury (BBO #624916)
        HINCKLEY ALLEN & SNYDER LLP
        28 State Street
        Boston, MA 02021
        Telephone: (617) 345-9000
        jtuxbury@hinckleyallen.com

February 3, 2026

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, the undersigned hereby certifies that counsel for the Moving Defendants in good faith conferred with counsel for Plaintiff for their assent to file this motion. Counsel for Plaintiff assent to the relief sought herein.

*/s/ James L. Tuxbury*

4

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on February 3, 2026, the foregoing document was filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

                                                                  */s/ James L. Tuxbury*