**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KAREN READ,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; TOWN OF CANTON; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>      Defendants. | Civil Action No. 1:25-cv-13588-DJC |

## ASSENTED-TO MOTION FOR EXTENSION OF DEADLINE TO OPPOSE MOTIONS TO DISMISS

Plaintiff Karen Read ("Read") respectfully requests that the Court extend to March 9, 2026 the deadline for her to oppose the Motion to Dismiss filed by Defendant Brian Tully (Doc. No. 34) and the Special Motion to Dismiss/Motion to Dismiss (Doc. No. 36) filed by Defendants Brian Albert, Nicole Albert, Jennifer McCabe, Matthew McCabe, and Brian Higgins (collectively, the "Motions to Dismiss").

This extension is necessary to allow Read to substantively and fully respond to the numerous arguments asserted in these six defendants' motions. This is Read's first request for an extension of time. Counsel to each of the moving defendants has assented to this Motion.

**WHEREFORE**, Read respectfully requests that the Court allow this Motion and extend the deadline for Read to oppose the pending Motions to Dismiss to March 9, 2026.

Respectfully submitted,

KAREN READ,

By her attorneys,

/s /Aaron D. Rosenberg
Damon M. Seligson (BBO# 632763)
Charles M. Waters (BBO# 631425)
Aaron D. Rosenberg (BBO# 684826)
Sheehan Phinney Bass & Green, PA
28 State Street, 22nd Floor
Boston, MA 02109
617.897.5600
dseligson@sheehan.com
cwaters@sheehan.com
arosenberg@sheehan.com

Dated: February 4, 2026

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically today via the Court's CM/ECF Electronic Filing System.  A notice of electronic filing will be sent by e-mail to all parties via operation of the Court's CM/ECF Electronic Filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice.  Parties may access this filing through the Court's CM/ECF System.

/s/ Aaron D. Rosenberg
Aaron D. Rosenberg

Date:  February 4, 2026