# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAREN READ, )<br>  )<br>   Plaintiff, )<br>  )<br> v. )<br>  )<br> MICHAEL PROCTOR, in his personal capacity, )<br> SGT. YURIY BUCHENIK, in his personal capacity,)<br> LT. BRIAN TULLY, in his personal capacity, )<br> BRIAN ALBERT; NICOLE ALBERT; )<br> JENNIFER McCABE, MATTHEW McCABE, <br> and BRIAN HIGGINS, )<br>  )<br>   Defendants. )<br>  ) | Docket No. 1:25-CV-13588-DJC |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record for the Defendants Brian Albert and Nicole Albert in the above-captioned matter.

Respectfully submitted,

*/s/ Kieran T. Murphy*
Kieran T. Murphy (*pro hac vice*)
HINCKLEY ALLEN & SNYDER LLP
30 South Pearl Street, Suite 1101
Albany, New York 12207
Telephone: (518) 396-3100
kmurphy@hinckleyallen.com

February 13, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 13, 2026, the foregoing document was filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

*/s/ Kieran T. Murphy*