# EXHIBIT A

**From:** Aaron D. Rosenberg <arosenberg@sheehan.com>
**Sent:** Monday, February 2, 2026 9:25 PM
**To:** Tuxbury, James L. <jtuxbury@hinckleyallen.com>
**Subject:** Read v. Proctor, et al.

**EXTERNAL EMAIL**

Jim,

Will your clients assent to a 30 day extension of the deadline to oppose their Motion to Dismiss/Special Motion to Dismiss?

Thanks,

Aaron

*******************

Aaron D. Rosenberg
Sheehan Phinney Bass & Green, PA
(617) 897-5664
arosenberg@sheehan.com

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and automatically archived by Mimecast.