UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; TOWN OF CANTON; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>    Defendants. | Civil Action No. 1:25-cv-13588-DJC |

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF CORRECTED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO MOTIONS TO DISMISS**

    Plaintiff Karen Read ("Read") respectfully requests leave to file the short, two-page proposed reply attached as Exhibit 1, which addresses material omissions in the Opposition filed by Defendants Nicole and Brian Albert, Jennifer and Matthew McCabe, and Brian Higgins (the "House Defendants"). That Opposition argues that Read had twenty-one days from January 16, 2026 – the date that Defendant Michael Proctor ("Proctor") answered the Complaint – to amend, pursuant to Rule 15(a)(1)(B), despite the fact that they served their 40-page Motion to Dismiss a week later. The House Defendants omit, however, the reason that their deadline was different from Proctor's: the House Defendants' counsel asked for an additional week extension because of a death in the family, to which Read assented, and which the House Defendants now argue shortens the period of time Read had to amend as of right after receiving their Motion.

Read is mindful of Local Rule 7.1(b)(3) and the fact that replies are not permitted by default in this District. However, Read seeks to file the attached reply to point out additional relevant facts raised for the first time in the House Defendants' Opposition.

**WHEREFORE**, Read respectfully requests that the Court allow this Motion and grant her leave to file the Proposed Reply attached <u>Exhibit 1</u>.

> Respectfully submitted,
>
> KAREN READ,
>
> By her attorneys,
>
> <u>/s /Aaron D. Rosenberg</u>
> Damon M. Seligson (BBO# 632763)
> Charles M. Waters (BBO# 631425)
> Aaron D. Rosenberg (BBO# 684826)
> Sheehan Phinney Bass & Green, PA
> 28 State Street, 22nd Floor
> Boston, MA 02109
> 617.897.5600
> dseligson@sheehan.com
> cwaters@sheehan.com
> arosenberg@sheehan.com

Dated: February 18, 2026

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that I attempted to confer with counsel to all Defendants prior to filing this Motion. I emailed all counsel this morning, asking for their assent, and informing them that I planned to file this Motion later today because of the likelihood that the Court may soon act on the Motion. I thereafter conferred with counsel to the House Defendants regarding this Motion by email. Counsel for Defendant Bukhenik indicated that he does not oppose this Motion. No other Defendants' counsel responded.

> <u>/s/ Aaron D. Rosenberg</u>
> Aaron D. Rosenberg

Dated: February 18, 2026

2

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed electronically today via the Court's CM/ECF Electronic Filing System.  A notice of electronic filing will be sent by e-mail to all parties via operation of the Court's CM/ECF Electronic Filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice.  Parties may access this filing through the Court's CM/ECF System.

                                  */s/ Aaron D. Rosenberg*
                                  Aaron D. Rosenberg

Dated:  February 18, 2026