UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br><br>　　　　Plaintiff,<br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; TOWN OF CANTON; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-13588-DJC |

**NOTICE REGARDING NO OPPOSITION TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF CORRECTED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO MOTIONS TO DISMISS**

　　Plaintiff Karen Read ("Read") provides notice that, after Read filed her Motion for Leave to File Reply (Doc. No. 46), counsel to Defendant Brian Tully indicated that he does not oppose such Motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　KAREN READ,

　　　　　　　　　　　　　　　　　　　　By her attorneys,

　　　　　　　　　　　　　　　　　　　　*/s /Aaron D. Rosenberg*
　　　　　　　　　　　　　　　　　　　　Damon M. Seligson (BBO# 632763)
　　　　　　　　　　　　　　　　　　　　Charles M. Waters (BBO# 631425)
　　　　　　　　　　　　　　　　　　　　Aaron D. Rosenberg (BBO# 684826)
　　　　　　　　　　　　　　　　　　　　Sheehan Phinney Bass & Green, PA
　　　　　　　　　　　　　　　　　　　　28 State Street, 22nd Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　617.897.5600
　　　　　　　　　　　　　　　　　　　　dseligson@sheehan.com
　　　　　　　　　　　　　　　　　　　　cwaters@sheehan.com
Dated:  February 24, 2026　　　　　　　arosenberg@sheehan.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed electronically today via the Court's CM/ECF Electronic Filing System.  A notice of electronic filing will be sent by e-mail to all parties via operation of the Court's CM/ECF Electronic Filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice.  Parties may access this filing through the Court's CM/ECF System.

                                           */s/ Aaron D. Rosenberg*
                                           Aaron D. Rosenberg

Dated:  February 24, 2026