UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br><br>      Plaintiff,<br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; TOWN OF CANTON; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>      Defendants. | Civil Action No. 1:25-cv-13588-DJC |

## PARTIALLY ASSENTED-TO MOTION FOR LEAVE TO FILE OPPOSITION IN EXCESS OF LOCAL RULE PAGE LIMIT

Plaintiff Karen Read ("Read") respectfully requests leave to file an Opposition to Defendants Brian Albert's, Nicole Albert's, Jennifer McCabe's, Matthew McCabe's, and Brian Higgins' (the "Defendants") pending Motion to Dismiss (Doc. No. 36) of up to thirty (30) pages, if the Court denies Read's pending Corrected Motion for Extension to Respond to Motions to Dismiss (Doc. No. 44) or does not rule on such Motion prior to her current opposition-only deadline of March 9, 2026.

On January 9, 2026, Defendants filed a motion seeking leave to collectively file a brief of up to forty (40) pages in support of their Motion to Dismiss, based on the Massachusetts anti-SLAPP statute and Rule 12(b)(6). Doc. No. 25. Read assented to the request for leave to exceed the applicable page limit, and the Court allowed it. Doc. Nos. 25-26. Read requires a similar increase in the twenty page limit imposed by Local Rule 7.1, in order to address these five defendants' arguments and multiple alleged bases for dismissal.

Counsel for the Defendants, as well as their Co-Defendants Brian Tully and Michael Proctor have assented to the relief sought in this Motion. Counsel for Defendant Yuriy Bukhenik had not responded to a request for assent as of the time of filing.

**WHEREFORE**, Plaintiff Karen Read respectfully requests that the Court allow this Motion and grant her leave to file an Opposition to Defendants' pending Motion to Dismiss (Doc. No. 36) of up to thirty (30) pages.

Respectfully submitted,

KAREN READ,

By her attorneys,

/s /Aaron D. Rosenberg
Damon M. Seligson (BBO# 632763)
Charles M. Waters (BBO# 631425)
Aaron D. Rosenberg (BBO# 684826)
Sheehan Phinney Bass & Green, PA
28 State Street, 22nd Floor
Boston, MA 02109
617.897.5600
dseligson@sheehan.com
cwaters@sheehan.com
arosenberg@sheehan.com

Dated: March 5, 2026

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically today via the Court's CM/ECF Electronic Filing System. A notice of electronic filing will be sent by e-mail to all parties via operation of the Court's CM/ECF Electronic Filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice. Parties may access this filing through the Court's CM/ECF System.

/s/ Aaron D. Rosenberg
Aaron D. Rosenberg

Dated: March 5, 2026