UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br><br>      Plaintiff,<br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; TOWN OF CANTON; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>      Defendants. | Civil Action No. 1:25-cv-13588-DJC |

## MOTION TO EXTEND DEADLINE TO AMEND BY FOUR DAYS

Plaintiff Karen Read ("Read") respectfully requests a final, additional four (4) day extension of the time to amend her Complaint, which the Court granted her leave to do today.

On January 23, 2026, Defendants Brian Tully, Brian Higgins, Jennifer and Matthew McCabe, and Nicole and Brian Albert moved to dismiss Read's Complaint. Doc. No. 36. On February 4, 2026, Read filed an assented-to motion to extend her deadline to oppose Defendants' motions until March 9, 2026, which the Court allowed. Doc. Nos. 40-41. On February 13, 2026, Read filed a Corrected Motion, asking to extend the deadline for Read to amend as of right to the same deadline. Doc. No. 44. Defendants Higgins and the McCabes and Alberts opposed that Motion. Doc No. 45. The Court allowed Read's Corrected Motion on March 6, 2026. Doc. No. 49.

Read's current deadline to amend is now March 9, 2026, one business day after the Court granted Read the continued right to amend over objection. Until that order, Read had been preparing oppositions, which Defendants had argued was her only proper response to the

pending motions. Now that the Court has allowed her Corrected Motion, she intends to amend and respectfully requests four (4) additional days to do so.

Shortly after the Court's Order allowing Read's Corrected Motion, counsel to Read sought all Defendants' assent by email. No Defendants responded immediately and, because of the late hour and impending deadline, Read has filed this Motion prior to such responses.

**WHEREFORE**, Plaintiff Karen Read respectfully requests that the Court allow this Motion and extend her deadline to amend her Complaint to March 13, 2026.

Respectfully submitted,

KAREN READ,

By her attorneys,

*/s /Aaron D. Rosenberg*
Damon M. Seligson (BBO# 632763)
Charles M. Waters (BBO# 631425)
Aaron D. Rosenberg (BBO# 684826)
Sheehan Phinney Bass & Green, PA
28 State Street, 22nd Floor
Boston, MA 02109
617.897.5600
dseligson@sheehan.com
cwaters@sheehan.com
arosenberg@sheehan.com

Dated: March 6, 2026

## CERTIFICATION PURSUANT TO RULE 7.1

      I certify that I attempted to confer with counsel to all defendants regarding this Motion prior to filing it. Specifically, I emailed all counsel shortly after the Court's Order this morning, seeking their assent. No Defendant immediately responded and, because of the late hour and the impending deadline, I filed this Motion prior to any responses.

                                          */s/ Aaron D. Rosenberg*
                                          Aaron D. Rosenberg

March 6, 2026

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was filed electronically today via the Court's CM/ECF Electronic Filing System. A notice of electronic filing will be sent by e-mail to all parties via operation of the Court's CM/ECF Electronic Filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Aaron D. Rosenberg*
                                          Aaron D. Rosenberg

Dated: March 6, 2026