**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN READ, )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL PROCTOR, in his personal )<br>capacity; SGT. YURIY BUKHENIK, in his )<br>personal capacity; LT. BRIAN TULLY, in )<br>his personal capacity; BRIAN ALBERT; )<br>NICOLE ALBERT; JENNIFER McCABE; )<br>MATTHEW McCABE; and BRIAN )<br>HIGGINS, )<br><br>Defendants. ) | Civil Action No. 1:25-cv-13588-DJC |

<u>**ASSENTED-TO MOTION TO EXTEND DEFENDANT BRIAN TULLY'S**</u>
<u>**DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE**</u>
<u>**AMENDED COMPLAINT**</u>

Defendant Brian Tully ("Defendant") hereby moves the Court, with the assent of counsel for Plaintiff Karen Read ("Plaintiff"), for additional time to answer or otherwise respond to the Complaint. In support of his motion, the Defendant state as follows:

1. Defendant Tully's answer or response to the Amended Complaint is presently due on March 27, 2026.

2. The request for an extension of time is necessary to allow the Defendant Tully to substantially and fully respond to the numerous allegations asserted in the Amended Complaint. This is Defendant Tully's first request for an extension of time since the filing of the Amended Complaint on March 13, 2026.

3. Defendant Tully requests that the Court extend the deadline for answering or otherwise responding to the Complaint by an additional seven (7) days, rendering

1

such response due on or before April 3, 2026.

4. Counsel for Plaintiff assents to the relief sought in this motion.

**WHEREFORE**, Defendant Brian Tully respectfully requests the Court:

A. Grant this Motion;

B. Extend the deadline for Defendant to answer or otherwise respond to the Amended Complaint by seven (7) days, rendering such filing due on or before April 3, 2026; and

C. Grant any further relief the Court deems just and equitable.

Respectfully submitted,

For the Defendant, Brian Tully

By his attorneys,

/s/ *Timothy M. Burke*
Timothy M. Burke, Esq., BBO# 065720
Jared S. Burke, Esq., BBO# 677851
Law Offices of Timothy M. Burke
117 Kendrick Street, Suite 300
Needham, MA 02494
(781) 455-0707
tburke@timburkelaw.com
burkejared@gmail.com

Dated: March 24, 2026

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this date. Email copies will be sent to those listed as non-participants on the ECF system.

Dated: March 24, 2026                    /s/ *Timothy M. Burke*