UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN READ,

     Plaintiff,

v.

MICHAEL PROCTOR, in his personal
capacity; SGT. YURIY BUKHENIK, in his
personal capacity; LT. BRIAN TULLY, in his
personal capacity; TOWN OF CANTON;
BRIAN ALBERT; NICOLE ALBERT;
JENNIFER McCABE; MATTHEW
McCABE; and BRIAN HIGGINS,

     Defendants.

Civil Action No. 1:25-CV-13588-DJC

**DEFENDANT YURIY BUKHENIK'S
ASSENTED TO MOTION FOR EXTENSION OF TIME**

Defendant Yuri Bukhenik hereby asks that this Court extend the time within which he must file his response to Plaintiff's Amended Complaint. In support of his motion, Defendant Bukhenik states as follows:

1. Defendant Bukhenik's response to Plaintiff's Amended Complaint is due on March 27, 2026;

2. The request for an extension of time is necessary to allow the Defendant Bukhenik to substantially and fully respond to the numerous allegations asserted in the Amended Complaint;

3. This is Defendant Bukhenik's first request for an extension of time since the filing of the Amended Complaint on March 13, 2026;

4. Defendant Bukhenik requests that the Court extend the deadline for responding to the Amended Complaint to April 3, 2026.

1

5. Plaintiff counsel assents to this motion.

WHEREFORE, defendant Yuriy Bukhenik requests that the Court extend the time within which he must file his response to Plaintiff's Amended Complaint to April 3, 2026.

Respectfully submitted,

Defendant, Yuriy Bukhenik,
By his attorneys,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
Michael V. Glennon, BBO# 678977
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com
mglennon@bhpklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042

Dated: March 25, 2026