# Exhibit B

## COMMONWEALTH OF MASSACHUSETTS

**NORFOLK, SS.**                    **NORFOLK SUPERIOR COURT**
                                    **DOCKET NO. 2282CR0117**

### COMMONWEALTH

**v.**

### KAREN READ

---

### COMMONWEALTH'S NOTICE OF DISCOVERY I

---

Now comes the Commonwealth in the above-captioned matter and indicates that of this date the following discovery and materials have been provided to the defendant through defense counsel:

1.  Copy of Indictments, (3 pages);

2.  Copy of Grand Jury Minutes, April 14, 2022, (88 pages);

3.  Copy of Grand Jury Minutes, April 20, 2022, (96 pages);

4.  Copy of Grand Jury Minutes, April 21, 2022, (153 pages);

5.  Copy of Grand Jury Minutes, April 27, 2022, (125 pages);

6.  Copy of Grand Jury Minutes, April 28, 2022, (160 pages);

7.  Copy of Grand Jury Minutes, May 4, 2022, (105 pages);

8.  Copy of Grand Jury Minutes, May 5, 2022, (66 pages);

9.  Copy of Grand Jury Minutes, May 18, 2022, (85 pages);

10. Copy of Grand Jury Minutes, May 19, 2022, (61 pages);

11. Copy of Grand Jury Minutes, May 25, 2022, (34 pages);

12. Copy of certified copy of Death Certificate of John O'Keefe, (2 pages);

13. Copy of curriculum vitae of Nicholas Roberts, (2 pages);

14. Copy of Massachusetts State Police, Crime Laboratory, Serum/Plasma Conversion Report, (2 pages);

15. Copy of Massachusetts State Police, Crime Laboratory, Retrograde Extrapolation Report, (2 pages);

1

16. Copy of Canton Police Department Incident Report #: 22-87-OF, (12 pages);

17. Copy of Canton Police Department 911 calls, (1 disc);

18. Copy of Canton Police Department Scene Photos, (18 pages);

19. Copy of supplemental Canton Police Department scene photos from 2/04/22, (2 pages);

20. Copy of Massachusetts State Police Report Case #: 2022112-033, Analysis of Ring Camera from 1 Meadows Avenue, Canton, (3 pages);

21. Copy of Massachusetts State Police Report Case #: 2022-112-33, Video Surveillance and Receipts from the Waterfall Bar & Grille, (2 pages);

22. Copy of Massachusetts State Police Report Case #: 2022-112-33, Video Surveillance and Receipts from C.F. McCarthy's, (2 pages);

23. Copy of Massachusetts State Police Report Case #: 2022-112-33, Processing of John O'Keefe's Vehicle and Garage Doors at One Meadows Avenue, (2 pages);

24. Copy of Massachusetts State Police Report Case #: 2022-112-33, Retrieval of video footage from the Town of Canton, (1 page);

25. Copy of Massachusetts State Police Report Case #: 2022-112-33, Berla motor vehicle forensics of the infotainment and telematics system belonging to Karen Read, (2 pages);

26. Copy of Massachusetts State Police Report Case #: 2022-112-33, Cell phone extraction and forensic analysis of a cell phone belonging to Karen Read, (2 pages);

27. Copy of Massachusetts State Police Report Case #: 2022-112-33, Cell phone extraction and forensic analysis of a cell phone belonging to John O'Keefe, (2 pages);

28. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Nicholas Kolokithas and Karina Kolokithas, (3 pages);

29. Copy of Massachusetts State Police Report Case #: 2022-112-33, Analysis of C.F. McCarthy Video, (3 pages);

30. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of James Sullivan, (2 pages);

31. Copy of Massachusetts State Police Report Case #: 2022-112-33, Analysis of Waterfall Bar and Grill Video, (3 pages);

32. Copy of Massachusetts State Police Report Case #: 2022-112-33, Collection of Camera Footage from B'Nai Tikvah, (1 page);

2

33. Copy of Massachusetts State Police Report Case #: 2022-112-33, Analysis of Canton Public Library and Temple Beth Abraham Video, (2 pages);

34. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of P.F., (2 pages);

35. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of K.F., (3 pages);

36. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Christopher Curran, (2 pages);

37. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Kerri Curran, (2 pages);

38. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interviews of Laura Sullivan, Marietta Sullivan, and Joshua Levy, (3 pages);

39. Copy of Massachusetts State Police Report Case #: 2022-112-33, Analysis of Call Detail Records of Karen Read, (2 pages0;

40. Copy of Massachusetts State Police Report Case #: 2022-112-33, Arrest of Karen Read, (2 pages);

41. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Nicole Albert, (3 pages);

42. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Ryan Nagel, (3 pages);

43. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Daniel Whitley, (3 pages);

44. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Francis Walsh, (3 pages);

45. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Anthony Flematti, (3 pages);

46. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interviews of Chris and Julie Albert, (3 pages);

47. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Paul O'Keefe, (2 pages);

3

48. Copy of Massachusetts State Police Report Case #: 2022-112-33, Warrant Arrest Report, (7 pages);

49. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Matthew Kelly, (2 pages);

50. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Rebecca Trayers, (2 pages);

51. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Brigid Meehan, (1 page);

52. Copy of Massachusetts State Police Report Case #: 2022-112-33, Search for Evidence on Fairview Road, Canton, (2 pages);

53. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of B.H., (5 pages);

54. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Brian Albert, (2 pages);

55. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Katherine Camerano, Trooper Prince, (2 pages);

56. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of K.F. at One Meadows Avenue, Canton, (2 pages);

57. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Katherine Camerano, Trooper DiCicco, (2 pages);

58. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Michael Camerano, (2 pages);

59. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Jennifer McCabe, Trooper Prince, (3 pages);

60. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Jennifer McCabe, Trooper Proctor, (3 pages);

61. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Matthew McCabe, (2 pages);

62. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Kerry Roberts, (2 pages);

4

63. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Karen Read, (4 pages);

64. Copy of Massachusetts State Police Report Case #: 2022-112-33, Initial Response at 34 Fairview Road, (5 pages);

65. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Canton Officer Saraf, (2 pages);

66. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Katie McLaughlin, (2 pages);

67. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Canton Officer Mullaney, (2 pages);

68. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Michael Trotta, (2 pages);

69. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Timothy Nuttall, (2 pages);

70. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of Gregory Woodbury, (2 pages);

71. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Wendell Robery, (2 pages);

72. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Jason Becker, (2 pages);

73. Copy of Massachusetts State Police Report Case #: 2022-112-33, Interview of FF Samuel Poch, (2 pages);

74. Copy of Massachusetts State Police Crime Laboratory, Case #: 22-02184, Report of Investigations, Crime Scene Services Section, (2 pages);

75. Copy of Massachusetts State Police, Crime Laboratory, Case #: 22-02184, Crime Scene Report, (3 pages);

76. Copy of Massachusetts State Police, SERT Unit, report and diagrams, (3 pages);

77. Copy of Massachusetts State Police, Crime Scene Services Section Report, Case #: 22-02184, Autopsy Photos, (2 pages);

78. Copy of Massachusetts State Police, Crime Scene Services Section, Case #: 22-02184, Good Samaritan photos, (2 pages);

5

79. Copy of Massachusetts State Police, Crime Scene Services Section, Case #: 22-02184, Booking, (2 pages);

80. Copy of Massachusetts State Police, Crime Scene Services Section, Case #: 22-02184, Scene Photos, (2 pages);

81. Copy of Massachusetts State Police, Crime Laboratory, Case Jacket for Case #: 22-02184, (3 pages);

82. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-2, (1 page);

83. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-3, (1 page);

84. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-4, (1 page);

85. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-5, (1 page);

86. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-6, (1 page);

87. Copy of Massachusetts State Police, Crime Laboratory, Evidence Submission Form #: 22-02184-7, (2 pages);

88. Copy of Cellebrite Extraction Report of cell phone of Jennifer McCabe, (1 flash drive);

89. Copy of Cellebrite Extraction Report of cell phone of Kerry Roberts, (1 flash drive);

90. Copy of Cellebrite Extraction Report of cell phone of John O'Keefe, (1 flash drive);

91. Copy of Cellebrite Extraction Report of cell phone of Jennifer McCabe from January 28-29, 2022, (50 pages);

92. Copy of Cellebrite Extraction Report of cell phone of Kerry Roberts from January 28-29, 2022, (25 pages);

93. Copy of Cellebrite Extraction Report of cell phone of John O'Keefe from January 28-29, 2022, (159 pages);

94. Copy of Cellebrite Extraction Report of cell phone of John O'Keefe, phone calls to and from Karen Read from January 29, 2022, (2 pages);

95. Copy of Cellebrite Extraction Report of cell phone of John O'Keefe, voicemails from Karen Read on January 29, 2022, (1 flash drive);

6

96. Copy of Ring Video of One Meadows Avenue, Canton, Driveway Camera, (1 disc);

97. Copy of Ring Video of One Meadows Avenue, Canton, Front Door Camera, (1 disc);

98. Copy of surveillance video, Pequitside, ( 1 disc);;

99. Copy of surveillance video, Cassie's Corner Store, (1 disc);

100. Copy of Massachusetts State Police, CARS Section, Test Video, (1 disc);

101. Copy of SAIN Interview, of P.F., (1 disc);

102. Copy of SAIN Interview of K.F., (1 disc);

103. Copy of Massachusetts State Police, Crime Scene Services Section, Snowbank Search photos, (1 disc);

104. Copy of Massachusetts State Police, Crime Scene Services Section, Vehicle and Scene Photos, (1 disc);

105. Copy of Massachusetts State Police, Booking Photos, (1 disc);

106. Copy of Massachusetts State Police, Crime Scene Services Section, John O'Keefe, Good Samaritan Photos, (1 disc);

107. Copy of certified copy of RMV Driver's History, Karen Read, (4 pages);

108. Copy of Canton Fire Department, reports regarding John O'Keefe, Incident #: 22-4491, (9 pages);

109. Copy of Canton Fire Department, reports regarding Karen Read, Incident #: 22-4495, (7 pages);

110. Copy of certified copy of RMV documents for MA Reg. #: 3GC684, (7 pages);

111. Copy of Massachusetts State Police CARS Diagram, (1 page);

112. Copy of Massachusetts State Police CARS, Bosch CDR Download, (7 pages);

113. Copy of curriculum vitae of Trooper Joseph Paul, (4 pages);

114. Copy of Office of the Chief Medical Examiner File #: 2022-1697, (72 pages);

115. Copy of curriculum vitae of Doctor Irini Scordi-Bello, (8 pages);

116. Copy of Massachusetts Uniform Citation, (2 pages);

117. Copy of Cell Phone Extraction of text communications between B.H. and John O'Keefe, (12 pages);

118. Copy of Cell Phone Extraction of text communications between B.H. and Karen Read, (56 pages);

119. Copy of items 118 and 119, (1 disc);

7

120.    Copy of Verizon cell phone records of Karen Read, (4 pages);

121.    Copy of Verizon VoLTE Records cellSites Diagrams for Karen Read's phone, (10 pages);

122.    Copy of Verizon RTT Records diagrams for Karen Read's phone, (3 pages);

123.    Copy of certified copy of Good Samaritan Medical Center records of Karen Read, (67 pages);

124.    Copy of surveillance video from Waterfall Bar and Grille; Canton Public Library; Temple Beth Abraham; C.F. McCarthy's; Pequitside; Karen Read's Verizon Records; Canton Police Department Scene Photos, (1 flash drive);

125.    Copy of C.F. McCarthy's Receipts, (5 pages);

126.    Copy of Waterfall Bar & Grille Receipts, (3 pages);

127.    Copy of Canton Police Department Cruiser Camera Video, (1 flash drive).


Respectfully Submitted,
For the Commonwealth

Michael W. Morrissey
District Attorney

By:

Adam C. Lally
Assistant District Attorney
45 Shawmut Road
Canton, MA 02021
781-830-4842


Dated: June 10, 2022

8