**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

KAREN READ,                                        )
                                                   )
                    Plaintiff,                     )
                                                   )      Civil Action No. 1:25-CV-13588-DJC
v.                                                 )
                                                   )
MICHAEL PROCTOR, in his personal                   )
capacity; SGT. YURIY BUKHENIK, in his              )
personal capacity; LT. BRIAN TULLY, in             )
his personal capacity; BRIAN ALBERT;               )
NICOLE ALBERT; JENNIFER McCABE;                    )
MATTHEW McCABE; and BRIAN                          )
HIGGINS,                                           )
                                                   )
                    Defendants.                    )
                                                   )

## DECLARATION OF JENNIFER MCCABE IN SUPPORT OF MOTION TO DISMISS

I, Jennifer McCabe, on oath hereby depose and state as follows:

1.      I am a defendant in the above-captioned action.  I have personal knowledge of all things stated herein.

2.      On the evening of January 28, 2022, I was with friends and family at a restaurant and bar located in Canton, Massachusetts called The Waterfall Bar & Grille ("The Waterfall"). Towards the end of the night, John O'Keefe ("Officer O'Keefe") and his girlfriend, Plaintiff Karen Read ("Ms. Read"), came to The Waterfall and socialized with my friends and family.

3.      As The Waterfall was closing, my brother-in-law, Brain Albert, invited all of us to his home at 34 Fairview Road in Canton ("34 Fairview").   After Officer O'Keefe left The Waterfall, he texted me asking for the Alberts' address, and I called him to give him the address.

4.      I understand that Ms. Read drove with Officer O'Keefe to 34 Fairview Road.  I never saw either Ms. Read or Officer O'Keefe enter the home at 34 Fairview Road that night.

5.      Early in the morning of January 29, 2022, I received a phone call from Officer O'Keefe's niece who then put Ms. Read on the phone.  Ms. Read was hysterical and told me that she had left Officer O'Keefe at The Waterfall following a fight that the two had and that he had never come home.  Ms. Read also told me that she had a cracked taillight on her vehicle.  I told Ms. Read that I saw her leaving The Waterfall with Officer O'Keefe and subsequently saw the two outside of 34 Fairview in Ms. Read's vehicle.  I further told Ms. Read that they did not come into the home at 34 Fairview.

6.      Shortly after that phone call, Ms. Read drove to my home unexpectedly.  Along with Kerry Roberts ("Ms. Roberts"), we drove back to Officer O'Keefe's home to drop off Ms. Roberts's car and to make sure that Officer O'Keefe was not there.  While we were driving back to Officer O'Keefe's home, Ms. Read stated, "Could I have hit him? Did I hit him?"  Ms. Read also pointed her cracked taillight out to me in the driveway of Officer O'Keefe's home.

7.      After Officer O'Keefe had been found in the snow outside of 34 Fairview Road, I heard Ms. Read state to a first responder, "I hit him, I hit him, I hit him."

8.      I spoke with police investigators on January 29, 2022 and told them all of the foregoing.  I also testified before a Grand Jury that was convened in Norfolk County Superior Court.  In addition, I testified at the two Norfolk Superior Court murder trials brought against Ms. Read.  I told the truth in all of my statements and testimony.

9.      I understand that Ms. Read has alleged that I conducted a Google search on my cell phone of "Hos long to die in cold" at 2:27 a.m. on January 29, 2022. That is not accurate. I did not conduct any such search at that time.  Rather, I conducted that Google search at approximately 6:24 a.m. on January 29, 2022.  Also, the reason why I conducted that Google search at approximately 6:24 a.m. on January 29, 2022 was because Ms. Read asked me to do so.

10.     Ms. Read never once said in my presence, either to me or anyone else, that she saw or observed Officer O'Keefe enter the home at 34 Fairview on January 29, 2022.

SUBSCRIBED AND SWORN TO UNDER THE PENALTIES OF PERJURY THIS 3rd DAY OF APRIL, 2026.


*/s/ Jennifer McCabe*
Jennifer McCabe

## CERTIFICATE OF SERVICE

I certify that, on April 3, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

*/s/ Kieran T. Murphy*
Kieran T. Murphy

4