**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN READ,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>          Defendants. | )<br>)<br>)<br>)   Civil Action No. 1:25-CV-13588-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MATTHEW MCCABE IN SUPPORT OF MOTION TO DISMISS

I, Matthew McCabe, on oath hereby depose and state as follows:

1.      I am a defendant in the above-captioned action.  I have personal knowledge of all things stated herein.

2.      On the evening of January 28, 2022, I was with friends and family at a restaurant and bar located in Canton, Massachusetts called The Waterfall Bar & Grille ("The Waterfall"). Towards the end of the night, John O'Keefe ("Officer O'Keefe") and his girlfriend, Plaintiff Karen Read ("Ms. Read"), came to The Waterfall and socialized with my friends and family.

3.       As The Waterfall was closing, my brother-in-law, Brain Albert, invited all of us over to his home at 34 Fairview Road in Canton.

4.      I understand that Ms. Read drove with Officer O'Keefe to 34 Fairview Road.  I never saw either Ms. Read or Officer O'Keefe enter the home at 34 Fairview Road that night.

5.      I spoke with police investigators on January 29, 2022 and told them all of the foregoing.  I also testified before a Grand Jury that was convened in Norfolk County Superior

Court.  In addition, I testified at the first of two Norfolk Superior Court murder trials brought against Ms. Read.  I told the truth in all of my statements and testimony.

SUBSCRIBED AND SWORN TO UNDER THE PENALTIES OF PERJURY THIS 3rd DAY OF APRIL, 2026.

*/s/ Matthew McCabe*_____
Matthew McCabe

## **CERTIFICATE OF SERVICE**

I certify that, on April 3, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

*/s/ Kieran T. Murphy*
Kieran T. Murphy