**EXHIBIT 1**

 Outlook

---

### RE: O'Keefe/C&C Hospitality, et al. - Proctor Deposition

---

**From** Aaron D. Rosenberg <arosenberg@sheehan.com>

**Date** Wed 4/8/2026 12:03 PM

**To**  Tom DiGangi <tdigangi@piercedavis.com>

**Cc**  Jason Crotty <JCrotty@piercedavis.com>; Barbara Fergusson <BFergusson@piercedavis.com>; Matthew Hamel <mhamel@piercedavis.com>; Damon M. Seligson <dseligson@sheehan.com>; Charles M. Waters <cwaters@sheehan.com>

Tom,

Please send over the Motion you plan to file in the federal proceeding (which we discussed on the phone this morning) when it is ready, and we will consider it and let you know our position.

Thanks,

Aaron

Aaron D. Rosenberg

# SHEEHAN PHINNEY

28 State Street, 22nd Floor, Boston, MA 02109
T 617.897.5664
arosenberg@sheehan.com
www.sheehan.com



**From:** Aaron D. Rosenberg
**Sent:** Tuesday, April 7, 2026 11:35 AM
**To:** Matthew Hamel <mhamel@piercedavis.com>; Damon M. Seligson <dseligson@sheehan.com>; Charles M. Waters <cwaters@sheehan.com>
**Cc:** Jason Crotty <JCrotty@piercedavis.com>; Tom DiGangi <tdigangi@piercedavis.com>; Barbara Fergusson <BFergusson@piercedavis.com>
**Subject:** RE: O'Keefe/C&C Hospitality, et al. - Proctor Deposition

Matt,

Thanks for accepting service.

As you know, there is no obligation – by Rule or other law – that requires a party who notices a third party deposition to provide discovery to the third party witness. Frankly, I've never had a third party request that. Putting that aside, practically speaking, there is a massive amount of information easily accessible to you regarding this case online, including almost all trial testimony and exhibits admitted in the criminal trials, various police reports, and various pleadings and filings in this matter (and the federal court case) setting forth in detail all the claims made by almost everyone. Outside of protected attorney-client and/or attorney work product information and documents that I am restricted from producing to you by various protective/Court orders, I'm not sure there is much that I could possibly send to you that isn't already in the public forum. It would be a difficult and extremely time-consuming task for us to conduct a review to isolate what we are able to provide to you in advance of the deposition and what is and is not already available to you and then to produce some subset of documents to you. This would be particularly burdensome because we are currently engaged in extensive discovery between the parties, with upwards of 20 upcoming depositions, and an August discovery deadline. Finally, if we provided some, but not all documents to you, we are concerned that we could create trial issues that would not otherwise exist, particularly where no Rule contemplates a production like this. For these reasons, I think we should handle this deposition just like all others under the Rules of Civil Procedure.

Thanks,

Aaron

Aaron D. Rosenberg

# SHEEHAN PHINNEY

28 State Street, 22nd Floor, Boston, MA 02109
T 617.897.5664
arosenberg@sheehan.com
www.sheehan.com



**From:** Matthew Hamel <mhamel@piercedavis.com>
**Sent:** Monday, April 6, 2026 1:39 PM
**To:** Aaron D. Rosenberg <arosenberg@sheehan.com>; Damon M. Seligson <dseligson@sheehan.com>; Charles M. Waters <cwaters@sheehan.com>
**Cc:** Jason Crotty <JCrotty@piercedavis.com>; Tom DiGangi <tdigangi@piercedavis.com>; Barbara Fergusson <BFergusson@piercedavis.com>
**Subject:** RE: O'Keefe/C&C Hospitality, et al. - Proctor Deposition

Aaron:

Confirming that I may accept service of the subpoena on behalf of Mr. Proctor.

On a related note, we had previously inquired whether you would be willing to share the documents produced thus far in the O'Keefe v. Read matter in advance of Mr. Proctor's deposition. You indicated you were not obligated to do so and were not inclined to do so. Can you please confirm that remains your client's position?

Thanks,