**EXHIBIT 2**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KAREN READ, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL PROCTOR, in his personal | ) | |
| capacity, SGT. YURIY BUKHENIK, in his | ) | Docket No.: 1:25-CV-13588- DJC |
| personal capacity, LT. BRIAN TULLY, in | ) | |
| his personal capacity, BRIAN ALBERT, | ) | |
| NICOLE ALBERT, JENNIFER McCABE, | ) | |
| MATTHEW McCABE, and BRIAN | ) | |
| HIGGINS, | ) | |
|     Defendants | ) | |
| | ) | |

**DEPOSITION SUBPOENA DUCES TECUM**
**F.R.C.P. RULE 30(A) AND RULE 45**

**TO:**   **Keeper of the Records**
Norfolk County District Attorney's Office
45 Shawmut Road
Canton, MA 02021

GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure to appear and testify on behalf of the Defendant Michael Proctor, before a Notary Public of the Commonwealth at the office of **Thomas DiGangi, of PIERCE, DAVIS & PERRITANO, LLP, 10 Post Office Square, Suite 1100N, Boston, MA 02109**, on the _____ **day of _____ 2026, at 10:00 a.m.**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

***     THE DEPONENT IS REQUESTED TO BRING TO THE DEPOSITION ALL OF THE ITEMS REFERRED TO ON THE ATTACHED SCHEDULE "A".

***     YOUR APPEARANCE FOR DEPOSITION WILL NOT BE REQUIRED IF PRIOR ARRANGEMENTS ARE MADE FOR THE PRODUCTION OF CERTIFIED COPIES OF THE REQUESTED DOCUMENTS. See attached Certification

**Please contact Thomas DiGangi, Esq. upon receipt of this subpoena at (617) 350-0950.**

In accordance with Federal Rule of Civil Procedure 30(b)(1), I hereby certify that notice was given to the Plaintiff's attorney on April _____, 2026, and that the notice of this deposition along with a copy of this subpoena.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

_____
Thomas DiGangi, BBO No. 648415

_____
Notary Public
My commission expires:

Dated: April _____, 2026

## CERTIFICATION OF BUSINESS RECORDS

1.  I am the Keeper of Norfolk County District Attorney's Office;

2.  The attached certified records are true and accurate copies of records maintained by the Norfolk County District Attorney's Office;

3.  Such records have been made and kept in the ordinary course of business by the Norfolk County District Attorney's Office by someone with personal knowledge of their contents at the time they were made.


Signed under the pains and penalties of perjury this _____ day of _____, 2026.


_____
Norfolk County District Attorney's Office

## SCHEDULE A

Copies of all non-privileged documents in the Norfolk County District Attorney's Office's possession, custody and control relating to, and arising out of, the Arrest, Indictment and Jury Trials, which took place in or about 2024 and 2025, pertaining to *Commonwealth v. Karen Read*, Criminal Action No.: 2282CR00117. (To be sure, this Schedule does not seek documents protected as attorney work product nor documents protected as the mental impressions of counsel.) This request includes, but is not limited to:

1. Videos, including but not limited police videos, Ring camera videos, booking videos, interviews and media videos of the defendant Karen Read;

2. police reports, administrative log journals, supplemental reports, expert reports whether from the prosecution's expert or the defendant's experts,

3. OCME reports, 911 calls, witness statements, text messages, GPS and cellbrite data, photographs, supplement reports;

4. accident reconstruction reports,

5. trial transcripts;

6. extractions from any and all cell phones including but not limited to Michael Proctor's, Karen Read's and other witness;

7. diagrams, handwritten notes, booking sheets, consent forms;

8. all discovery that was produced to defendant Karen Read and her attorneys;

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br>　　　Plaintiff,<br><br>v.<br><br>MICHAEL PROCTOR, in his personal<br>capacity, SGT. YURIY BUKHENIK, in his<br>personal capacity, LT. BRIAN TULLY, in<br>his personal capacity, BRIAN ALBERT,<br>NICOLE ALBERT, JENNIFER McCABE,<br>MATTHEW McCABE, and BRIAN<br>HIGGINS,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Docket No.: 1:25-CV-13588- DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEPOSITION SUBPOENA DUCES TECUM
### F.R.C.P. RULE 30(A) AND RULE 45

**TO:**　**Keeper of the Records**
　　　Canton Police Department
　　　1492 Washington Street
　　　Canton, MA 02021

GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure to appear and testify on behalf of the Defendant Michael Proctor, before a Notary Public of the Commonwealth at the office of **Thomas DiGangi, of PIERCE, DAVIS & PERRITANO, LLP, 10 Post Office Square, Suite 1100N, Boston, MA 02109**, on the _____ **day of _____ 2026, at 10:00 a.m.**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

***　THE DEPONENT IS REQUESTED TO BRING TO THE DEPOSITION ALL OF THE ITEMS REFERRED TO ON THE ATTACHED SCHEDULE "A".

***　YOUR APPEARANCE FOR DEPOSITION WILL NOT BE REQUIRED IF PRIOR ARRANGEMENTS ARE MADE FOR THE PRODUCTION OF CERTIFIED COPIES OF THE REQUESTED DOCUMENTS. See attached Certification

**Please contact Thomas DiGangi, Esq. upon receipt of this subpoena at (617) 350-0950.**

In accordance with Federal Rule of Civil Procedure 30(b)(1), I hereby certify that notice was given to the Plaintiff's attorney on April _____, 2026, and that the notice of this deposition along with a copy of this subpoena.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

_____
Thomas DiGangi, BBO No. 648415

_____
Notary Public
My commission expires:

Dated: April _____, 2026

## CERTIFICATION OF BUSINESS RECORDS

1. I am the Keeper of Canton Police Department;

2. The attached certified records are true and accurate copies of records maintained by the Canton Police Department;

3. Such records have been made and kept in the ordinary course of business by the Canton Police Department by someone with personal knowledge of their contents at the time they were made.

Signed under the pains and penalties of perjury this _____ day of _____, 2026.

_____
Canton Police Department

## SCHEDULE A

Copies of all non-privileged documents in the Canton Police Department's possession, custody and control relating to, and arising out of, the Arrest, Indictment and Jury Trials, which took place in or about 2024 and 2025, pertaining to *Commonwealth v. Karen Read*, Criminal Action No.: 2282CR00117. (To be sure, this Schedule does not seek documents protected as attorney work product nor documents protected as the mental impressions of counsel.) This request includes, but is not limited to:

1. Videos, including but not limited police videos, Ring camera videos, booking videos, interviews and media videos of the defendant Karen Read;

2. police reports, administrative log journals, supplemental reports, expert reports whether from the prosecution's expert or the defendant's experts,

3. OCME reports, 911 calls, witness statements, text messages, GPS and cellbrite data, photographs, supplement reports;

4. accident reconstruction reports,

5. trial transcripts;

6. extractions from any and all cell phones including but not limited to Michael Proctor's, Karen Read's and other witness;

7. diagrams, handwritten notes, booking sheets, consent forms;

8. all discovery that was produced to defendant Karen Read and her attorneys.