**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KAREN READ,<br><br>     Plaintiff,<br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; TOWN OF CANTON; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>     Defendants. | Civil Action No. 1:25-cv-13588-DJC |

**OPPOSITION TO DEFENDANT MICHAEL PROCTOR'S**
**MOTION TO CONDUCT LIMTIED DISCOVERY**

The Court should deny Defendant Michael Proctor's ("Proctor") request to take early discovery in this case for the sole purpose of using it in a separate ongoing proceeding in another case in Massachusetts state court.

Proctor seeks to issue federal subpoenas to two non-parties prior to the Court's Rule 16 Conference and before any other party conducts discovery so that he may, in his words, "refresh his memory" before a deposition in that other case and otherwise "prepare for his deposition." Def.'s Memo. of Law, Doc. No. 67, p. 4. He claims that this somehow constitutes "good cause" for this Court to permit early discovery in this case.

Proctor does not point to any case, statute, rule, or other authority supporting this request because there is none. If Proctor truly believed he had any right, as a non-party deponent in a civil case in state superior court, to discovery of, or access to, any of these documents, he would have sought them in such court. Apparently recognizing he does not, he instead asks this Court to

assist him in circumventing the state court rules. The Court should not do so and should deny

Proctor's Motion.

Respectfully submitted,

KAREN READ,

By her attorneys,

/s /Aaron D. Rosenberg_____
Damon M. Seligson (BBO# 632763)
Charles M. Waters (BBO# 631425)
Aaron D. Rosenberg (BBO# 684826)
Sheehan Phinney Bass & Green, PA
28 State Street, 22nd Floor
Boston, MA 02109
617.897.5600
dseligson@sheehan.com
cwaters@sheehan.com
arosenberg@sheehan.com

Dated: April 13, 2026

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically today via the Court's
CM/ECF Electronic Filing System. A notice of electronic filing will be sent by e-mail to all
parties via operation of the Court's CM/ECF Electronic Filing system or by mail to anyone
unable to accept electronic filing as indicated on the Notice. Parties may access this filing
through the Court's CM/ECF System.

/s/ Aaron D. Rosenberg_____
Aaron D. Rosenberg

Dated:  April 13, 2026