**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KAREN READ, <br><br> Plaintiff, <br> v. <br><br> MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS, <br><br> Defendants. | Civil Action No. 1:25-cv-13588-DJC |

**NOTICE OF OPPOSITION TO DEFENDANTS'**
**MOTIONS TO DISMISS AND SPECIAL MOTION TO DISMISS**

Plaintiff Karen Read ("Read") hereby opposes the Special Motion to Dismiss/Motion to Dismiss filed by Defendants Brian Higgins, Jennifer and Matthew McCabe, and Brian and Nicole Albert (Doc. No. 64), as well as the Motion to Dismiss filed by Defendant Brian Tully. Doc. No. 63.

On April 14, 2026, Read filed her Assented-to Motion for Extension of Time to May 14, 2026 to Oppose Pending Motion to Dismiss and to Exceed Local Rules' Page Limitation (Doc. #69). Because the Court has yet to rule on the Assented-To Motion, Read provides notice that she opposes the Defendants' pending Motions. Read will substantively address the arguments asserted by in support of those Motions by the deadline set by the Court in response to her Assented-to Motion.

Respectfully submitted,

KAREN READ,

By her attorneys,

*/s /Aaron D. Rosenberg*
Damon M. Seligson (BBO# 632763)
Charles M. Waters (BBO# 631425)
Aaron D. Rosenberg (BBO# 684826)
Sheehan Phinney Bass & Green, PA
28 State Street, 22nd Floor
Boston, MA 02109
617.897.5600
dseligson@sheehan.com
cwaters@sheehan.com
arosenberg@sheehan.com

Dated: April 17, 2026

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically today via the Court's CM/ECF Electronic Filing System.  A notice of electronic filing will be sent by e-mail to all parties via operation of the Court's CM/ECF Electronic Filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Aaron D. Rosenberg*
Aaron D. Rosenberg

Dated:  April 17, 2026

2