UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN READ,

       Plaintiff,

v.

MICHAEL PROCTOR, in his personal
capacity; SGT. YURIY BUKHENIK, in his
personal capacity; LT. BRIAN TULLY, in his
personal capacity; TOWN OF CANTON;
BRIAN ALBERT; NICOLE ALBERT;
JENNIFER McCABE; MATTHEW
McCABE; and BRIAN HIGGINS,

       Defendants.

Civil Action No. 1:25-CV-13588-DJC

## DECLARATION OF DAMON M. SELIGSON

I, Damon M. Seligson, on my oath, do hereby attest and declare, as follows:

1.     I am over the age of eighteen (18).

2.     I am an attorney licensed to practice law in the Commonwealth of Massachusetts.

3.     I have been a member of the Massachusetts Bar since 1996, and from the date of my admission through to and including the present date, I have remained in good standing with the Massachusetts Board of Bar Overseers.

4.     I am a shareholder at Sheehan, Phinney, Bass & Green, PA and I work in the firm's Boston office located at 28 State Street, Floor 22, Boston, MA 02109.

5.     I am counsel for Karen Read who is named as a defendant in this action.

6.     I provide this affidavit in support of Karen Read's Opposition to the Defendants' to the Defendants' Special Motion to Dismiss and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

1

7. Appended hereto at Attachment 1 are portions of the transcript of the trial testimony of the Commonwealth of Massachusetts Chief Medical Examiner, Dr. Irini Scordi-Bello.

8. Appended hereto at Attachment 2 are call logs evidencing communications exchanged between Brian Higgins and Brian Albert.

9. Appended hereto at Attachment 3 are portions of the transcript of the trial testimony of Ian Whiffin.

10. Appended hereto at Attachment 4 are portions of the transcript of the grand jury testimony of Brian Higgins. [Withheld for *In Camera Review* or filing pursuant to order of impoundment].

11. Appended hereto at Attachment 5 are portions of the transcript of the trial testimony of Marie Russell.

12. Appended hereto at Attachment 6 is the transcript of an interview given by Nicole Albert.

13. Appended hereto at Attachment 7 is Canton Police Department Incident Report.

14. Appended hereto at Attachment 8 are portions of the transcript of the trial testimony of Jennifer McCabe.

15. Appended hereto at Attachment 9 are portions of the transcript of the trial testimony of Brian Albert.

16. Appended hereto as Attachment 10 are portions of the trial transcript of Richard Green.

17. Appended hereto as Attachment 11 is MSP Report re: Caitlin Albert.

18. Appended hereto at Attachment 12 is a report concerning Jennifer McCabe's phone records.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 14th DAY OF May, 2026.

_____
Damon M. Seligson, Esq.