# ATTACHMENT 2

**617-892-5421 (Brian Higgins)**

| Date | Time | From | To | Duration | Comm Type |
|---|---|---|---|---|---|
| 01/29/2022 | 2:22:35 AM | 617-777-0888 (Subscriber: Brian Albert) | 617-892-5421 (Subscriber: Brian Higgins) | 00:00:01 | Regular Call |
| 01/29/2022 | 2:22:52 AM | 617-892-5421 (Subscriber: Brian Higgins) | 617-777-0888 (Subscriber: Brian Albert) | 00:00:22 | Regular Call |
| 01/29/2022 | 7:20:18 AM | 617-777-0888 (Subscriber: Brian Albert) | 617-892-5421 (Subscriber: Brian Higgins) | 00:01:56 | Regular Call |
| 01/29/2022 | 7:22:24 AM | 617-892-5421 (Subscriber: Brian Higgins) | 781-570-1887 (User: Kenneth Berkowitz) | 00:03:30 | Regular Call |
| 01/29/2022 | 3:10:05 PM | 617-892-5421 (Subscriber: Brian Higgins) | 617-438-2053 (Subscriber: Kevin Albert) | 00:12:03 | Regular Call |
| 01/29/2022 | 3:24:47 PM | 617-777-0888 (Subscriber: Brian Albert) | 617-892-5421 (Subscriber: Brian Higgins) | 00:06:05 | Regular Call |
| 01/29/2022 | 6:12:46 PM | 617-777-0888 (Subscriber: Brian Albert) | 617-892-5421 (Subscriber: Brian Higgins) | 00:01:07 | Regular Call |
| 01/29/2022 | 6:16:16 PM | 781-570-1887 (User: Kenneth Berkowitz) | 617-892-5421 (Subscriber: Brian Higgins) | 00:05:15 | Regular Call |
| 01/29/2022 | 6:35:04 PM | 617-777-0888 (Subscriber: Brian Albert) | 617-892-5421 (Subscriber: Brian Higgins) | 00:10:12 | Regular Call |
| 01/29/2022 | 6:48:08 PM | 781-570-1887 (User: Kenneth Berkowitz) | 617-892-5421 (Subscriber: Brian Higgins) | 00:04:08 | Regular Call |
| 01/30/2022 | 12:19:24 PM | 617-438-2053 (Subscriber: Kevin Albert) | 617-892-5421 (Subscriber: Brian Higgins) | 00:17:21 | Regular Call |
| 01/30/2022 | 12:52:04 PM | 781-570-1887 (User: Kenneth Berkowitz) | 617-892-5421 (Subscriber: Brian Higgins) | 00:09:46 | Regular Call |
| 02/04/2022 | 8:45:06 AM | 781-570-1887 (User: Kenneth Berkowitz) | 617-892-5421 (Subscriber: Brian Higgins) | 00:03:04 | Regular Call |
| 02/04/2022 | 8:48:33 AM | 617-892-5421 (Subscriber: Brian Higgins) | 617-777-0888 (Subscriber: Brian Albert) | 00:04:21 | Regular Call |
| 02/04/2022 | 8:52:55 AM | 781-570-1887 (User: Kenneth Berkowitz) | 617-892-5421 (Subscriber: Brian Higgins) | 00:11:45 | Regular Call |

Case 1:25-cv-13588-DJC    Document 74-4    Filed 05/14/26    Page 2 of 3



EXHIBIT
QQ

Case 1:25-cv-13588-DJC    Document 74-4    Filed 05/14/26    Page 3 of 3

**617-777-0888 (Brian Albert)**

| Date | Time | From | To | Duration | Comm Type |
|------|------|------|-----|----------|-----------|
| 01/29/2022 | 2:22:35 AM | 617-777-0888 (Subscriber: Brian Albert) | 617-892-5421 (Subscriber: Brian Higgins) | 0:00:01 | Regular Call |
| 01/29/2022 | 2:22:52 AM | 617-892-5421 (Subscriber: Brian Higgins) | 617-777-0888 (Subscriber: Brian Albert) | 0:00:22 | Regular Call |
| 01/29/2022 | 7:20:18 AM | 617-777-0888 (Subscriber: Brian Albert) | 617-892-5421 (Subscriber: Brian Higgins) | 0:01:56 | Regular Call |
| 01/29/2022 | 7:30:31 AM | 617-892-5421 (Subscriber: Brian Higgins) | 617-777-0888 (Subscriber: Brian Albert) | 0:05:47 | Regular Call |
| 01/29/2022 | 7:57:42 AM | 617-777-0888 (Subscriber: Brian Albert) | 617-892-5421 (Subscriber: Brian Higgins) | 0:12:33 | Regular Call |
| 01/29/2022 | 9:40:59 AM | 617-777-0888 (Subscriber: Brian Albert) | 617-438-2053 (Subscriber: Kevin Albert) | 0:01:05 | Regular Call |
| 01/29/2022 | 9:50:32 AM | 781-570-1887 (Subscriber: Kenneth Berkowitz) | 617-777-0888 (Subscriber: Brian Albert) | 0:00:17 | Voicemail |
| 01/29/2022 | 9:54:06 AM | 617-777-0888 (Subscriber: Brian Albert) | 781-570-1887 (Subscriber: Kenneth Berkowitz) | 0:04:40 | Regular Call |
| 01/29/2022 | 11:30:22 AM | 617-777-0888 (Subscriber: Brian Albert) | 781-858-0142 (Subscriber: Jennifer McCabe) | 0:01:31 | Regular Call |
| 01/29/2022 | 12:20:59 PM | 781-858-0142 (Subscriber: Jennifer McCabe) | 617-777-0888 (Subscriber: Brian Albert) | 0:07:52 | Regular Call |
| 01/29/2022 | 2:01:47 PM | 617-777-0888 (Subscriber: Brian Albert) | 617-438-2053 (Subscriber: Kevin Albert) | 0:08:00 | Regular Call |
| 01/29/2022 | 6:45:28 PM | 617-777-0888 (Subscriber: Brian Albert) | 617-438-2053 (Subscriber: Kevin Albert) | 0:16:35 | Regular Call |
| 01/30/2022 | 1:06:40 PM | 617-777-0888 (Subscriber: Brian Albert) | 781-570-1887 (Subscriber: Kenneth Berkowitz) | 0:16:46 | Regular Call |
| 01/31/2022 | 8:04:52 PM | 781-858-0142 (Subscriber: Jennifer McCabe) | 617-777-0888 (Subscriber: Brian Albert) | 0:11:09 | Regular Call |
| 02/01/2022 | 1:48:27 PM | 781-570-1887 (Subscriber: Kenneth Berkowitz) | 617-777-0888 (Subscriber: Brian Albert) | 0:08:25 | Regular Call |
| 02/04/2022 | 8:48:33 AM | 617-892-5421 (Subscriber: Brian Higgins) | 617-777-0888 (Subscriber: Brian Albert) | 0:04:21 | Regular Call |



EXHIBIT
QQ