# ATTACHMENT 4 INTENTIONALLY OMMITTED