# ATTACHMENT 6



CHARLES D. BAKER
GOVERNOR

KARYN E. POLITO
LIEUTENANT GOVERNOR

TERRENCE M. REIDY
SECRETARY

# The Commonwealth of Massachusetts
# Department of State Police

Division of Investigative Services
Norfolk County State Police Detective Unit
45 Shawmut Road, Canton, MA 02021
February 23, 2022



CHRISTOPHER S. MASON
COLONEL/SUPERINTENDENT

R. SCOTT WARMINGTON
DEPUTY SUPERINTENDENT

TO:        Detective Lieutenant Brian Tully, #3520

FROM:      Sergeant Yuriy Bukhenik, #3543

SUBJECT:   Nicole Albert (DOB 12/18/1970) (781-858-0204) at 34 Fairview Rd. Canton
           RE: O'Keefe MV Homicide

Case:      2022-112-33

1.      On February 3, 2022, at approximately 5:20 PM, Tpr. Proctor and I travelled to 34 Fairview Rd. Canton for a prescheduled interview with Nicole Albert (DOB 12/18/1970) (781-858-0204) at her residence. Through our investigation into the death of John O'Keefe, Nicole had been identified as a witness present with the group of friends at Waterfall Bar and Grill on January 28, 2022. Nicole is also the resident with her husband Brian who invited some friends and family back to 34 Fairview Rd. in Canton following the bar closing for the night and was a witness to events inside the home. The following is a summary of information requested and provided by Nicole during that interview with Tpr. Proctor and me.



2.    After being invited into the home by Nicole and her husband Brian, Trooper Proctor and I formally introduced ourselves and thanked the both of them for their time. Nicole began by saying that she does not know Karen and had never met her prior to the 28th of January. She had met John O'Keefe once or twice out in a social setting. Nicole shared that she was aware that John had recently moved near her sister's home and only knew him as Kayley's uncle. On the night of January 28th, Nicole stated that she met her sister Julie, daughter Tristen and her boyfriend out at dinner at approximately 7:30 PM at the Waterfall Bar and Grill. At approximately 9:00 PM Jen and Matt McCabe met the Nicole and Julie at the bar and then at approximately 10:00 PM Brian came out after his return from New York City.

3.    At Approximately 11:00 PM Nicole remembered that John and Karen came into the bar and were positioned on the opposite end of the high-top table the group was occupying. Nicole recalled John coming over once and asking if they wanted anything from the bar. Nicole stated that John was wearing jeans, sneakers and a hat. At approximately midnight, Nicole stated that she left the Waterfall and was met at her home by her sister Jen McCabe, brother-in-law Matt McCabe and husband Brian. Nicole went on to say that all the guests left her home an hour later at approximately 1:00 AM on the 29th of January.

4.    Later on, during the morning hours of January 29, 2022, Nicole stated that she was still in bed when her sister Jen came into the room and shared with Nicole what had transpired outside and that John was found deceased on the edge of her property by the street in the snow. Nicole stated that she never left her home and by the time she came down stairs, Canton Fire Department must have transported both John and Karen from the scene.

5.    According to Nicole there was no fights, arguments or altercation at any time during the night between anyone present at Waterfall or her home at 34 Fairview Rd. in Canton. Nicole stated that everything was fine and she remembered John talking to her sister Jen at the bar. Nicole did not observe any injuries on John while he was present at the bar. Nicole shared that her and Brian walked out of Waterfall prior to John and Karen; and that the two were still at the bar at that time. When asked about the utility box at the edge of her property, near the flag pole where John was found, Nicole stated that it had been open and slightly damaged for a long time prior to January 28, 2022.

6.      Directing her attention to her home following the Waterfall, Nicole stated that she did not hear any arguments, noises coming from the outside of her home and that neither John nor Karen came into the home at any point. Nicole went on to say that she was not even aware that her sister Jen had even invited John and Karen to the house following the Waterfall. Without having any additional information to share with Tpr. Proctor and me, we thanked Nicole for her time and concluded the interview.

Respectfully Submitted,

*Sgt. Yuriy Bukhenik* #3543

Sergeant Yuriy Bukhenik, #3543
Massachusetts State Police
Norfolk District Attorney's Office