# ATTACHMENT 7



| | | |
|---|---|---|
| **Canton Police Department** | | **Page: 1** |
| **Incident Report** | | **01/30/2022** |

### Incident #: 22-87-OF
### Call #: 22-449

Date/Time Reported: 01/29/2022 0608
Report Date/Time: 01/29/2022 0824
Status: No Crime Involved

Reporting Officer: Sergeant Sean Goode

Signature: _____



| # INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|
| 1 **READ, KAREN**<br>481 GILBERT ST<br>MANSFIELD MA 02048 | F | W | 41 | 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 | 617-947-9554 |

Military Active Duty: N
BODY: NOT AVAIL.
DOB: 02/26/1980
LICENSE NUMBER: NOT AVAIL.

COMPLEXION: NOT AVAIL.
PLACE OF BIRTH: NOT AVAIL.
ETHNICITY: NOT HISPANIC

_____[CONTACT INFORMATION]_____

Home Phone          (Primary)      617-947-9554

| # EVENTS(S) | | |
|---|---|---|

LOCATION TYPE: Residence/Home/Apt./Condo     Zone: West Sector
32 FAIRVIEW RD
CANTON MA 02021

1 **Assist Fire/EMS**

| # VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|
| 1 **O'KEEFE, JOHN**<br>1 MEADOWS AVE<br>CANTON MA 02021-3216 | M | W | 46 | 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 | |

DOB: 12/08/1975
INJURIES: Other Major Injury
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
TAKEN TO: Good Samaritan
TAKEN BY: Canton Fire Dept
TREATED DATE: 01/29/2022 @ 0608
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1

```
                        Canton Police Department              Page: 2
                        Incident Report                      01/30/2022

             Incident #: 22-87-OF
                 Call #: 22-449
```

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 1 | MCCABE, JENNIFER J<br>12 COUNTRY LN<br>CANTON MA 02021<br>DOB: 02/14/1976 | REPORTING PARTY | F | W | 45 | NOT AVAIL | 781-858-0142 |

CONTACT INFORMATION:
Home Phone      (Primary)    781-858-0142
Work Phone      (Primary)    781-821-0906

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 2 | ROBERTS, KERRY A<br>14 PONKAPOAG WAY<br>CANTON MA 02021<br>DOB: 01/10/1977 | REPORTING PARTY | F | W | 45 | NOT AVAIL | 617-584-1822 |

CONTACT INFORMATION:
Home Phone      (Primary)    617-584-1822

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 3 | HIGGINS, BRIAN P<br>1492 WASHINGTON ST<br>CANTON MA 02021<br>DOB: 10/23/1972 | WITNESS | M | W | 49 | 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 | 617-504-2506 |

CONTACT INFORMATION:
Home Phone      (Primary)    617-504-2506

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 4 | ALBERT, B<br>34 FAIRVIEW RD<br>CANTON MA 02021<br>DOB: 09/04/1968 | WITNESS | M | W | 53 | 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 | 617-777-0888 |

CONTACT INFORMATION:
Home Phone      (Primary)    617-777-0888

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 5 | ALBERT, NICOLE A<br>34 FAIRVIEW RD<br>CANTON MA 02021-1720<br>DOB: 12/18/1970 | WITNESS | F | W | 51 | 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 | 781-858-0204 |

CONTACT INFORMATION:
Home Phone      (Primary)    781-858-0204

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 6 | MCCABE, MATTHEW L<br>12 COUNTRY LN<br>CANTON MA 02021<br>DOB: 07/10/1974 | WITNESS | M | W | 47 | 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 | 781-571-9835 |

CONTACT INFORMATION:
Home Phone      (Primary)    781-571-9835

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 7 | ALBERT, BRIAN<br>34 FAIRVIEW RD<br>CANTON MA 02021<br>DOB: 01/29/1999 | WITNESS | M | W | 23 | 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 | |

CONTACT INFORMATION:
Home Phone      (Primary)    617-571-1406
Home Phone                   617-777-0888

**Canton Police Department**
**Incident Report**

**Page: 3**
**01/30/2022**

Incident #: 22-87-OF
Call #: 22-449

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 8 | ALBERT, CAITLIN<br>34 FAIRVIEW RD<br>CANTON MA 02021<br>DOB: 03/08/1996 | WITNESS | F | W | 25 | 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 | |
| 9 | MORRIS, TRISTIN<br>158 DEDHAM ST<br>CANTON MA 02021<br>DOB: 08/19/1995 | WITNESS | M | W | 26 | 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 | 617-710-9630 |

CONTACT INFORMATION:
Home Phone          (Primary)          617-710-9630

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 10 | NAGEL, JULIE<br>78 HIGHLAND ST<br>CANTON MA 02021<br>DOB: 12/04/1997 | WITNESS | F | W | 24 | 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 | |

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | BROKEN DRINKING GLASS<br>QUANTITY: 1          VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 01/29/2022<br>OWNER: O'KEEFE, JOHN JOSEPH | 22-18-PR | Evidence (Not Nibrs Reportable) |
| 2 | 6 SOLO CUPS WITH BLOOD AND WATER<br>QUANTITY: 1          VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 01/29/2022<br>OWNER: O'KEEFE, JOHN JOSEPH | 22-19-PR | Evidence (Not Nibrs Reportable) |

**Canton Police Department**

**Canton Police Department**                                      Page: 1

NARRATIVE FOR SERGEANT SEAN E GOODE

Ref: 22-87-OF

1. On 01/29/2022 I was the Patrol Supervisor of the 12AM-8AM shift. At approximately 6:04AM, I received E911 call from woman reporting an unresponsive male party found in the snow at 34 Fairview Road. At the time, the weather was very heavy snow with air temperature in the teens. The call was then transferred to Canton Fire and I dispatched Ofc Saraf and Mullaney to assist. I notified Lt. Gallagher and Det Sgt Lank respectfully after hearing the seriousness of the call.

2. Once on scene the victim was already in the back of the ambulance and CPR was in progress. I was met by MCCABE, Jennifer (02/14/1976), ROBERTS, Kerry (01/10/1977) and READ, Karen (2/26/1980) standing outside of the ambulance. All parties will be referenced by their first names going forward. Jennifer introduced herself to me and explained that they found their friend O'KEEFE, John (12/08/1975) lying unresponsive on his back in the snow. Jennifer explained that they arrived at this address because it was the last place Karen (Johns girlfriend) believed he would be. Jennifer stated she had gotten a call from Karen around 4:53AM inquiring about John's where a bouts. She told Karen she didn't know where he was. I asked Jennifer why she would think you would know where he was. Jennifer explained that a group of them had all been at the Waterfall Grill and Bar in Canton earlier in the night. At around 12AM Jennifer and her husband left the bar heading to her brother in-law Brian Albert's house at 34 Fairview Road. Jennifer stated Karen and John where at the bar together and around 12:14AM John texted Jennifer asking where they were going. Jennifer invited them to 34 Fairview Road. A short time later Jennifer stated she saw Karen and John pull up in their car and saw the passenger door open but they never came in and she saw the car drive off. Jennifer just thought they changed their mind and went home for the night.

3. I walked over to Karen and ask her who she was and how she ended up here. I also placed Karen in the back of my marked cruiser 682 to warm up. Karen was hysterical and continually yelling "is he dead!". I kept reassuring her that Canton Fire was doing everything they can to save his life. I asked how John ended up there and she stated "I don't know". I asked her if she drove here last night and she stated "I think so" then "I can't remember". At this point I stopped asking questions because she was too upset and she was unable to keep her train of thought.

4. At this time Det Sgt Lank arrived on scene and I briefed him on what had transpired so far. I then spoke to Kerry who stated she was contacted by her friend Karen around 5AM wondering if she knew where John was. Kerry stated she called a few hospitals and the Canton Police to see if he had been transported at some point during the night. Then Kerry picked up Jennifer and Karen and they began to search for John ending up here at 34 Fairview.

5. Canton Fire began to transport the victim to Good Samaritan and Karen who was now sitting in Kerry's car began to act out yelling and screaming "is he dead" and trying to get out of the car and walk around. At this time, I advised Kerry to take Karen home and that she was not needed anymore. Moments later I was contacted by dispatch that Karen was making suicidal statements to her father over the phone. I made the decision to have Kerry bring Karen back to the scene and had her transported to the hospital via Section 12.

6. Det Sgt Lank at this time contacted the homeowners at 34 Fairview Road and completed a supplemental report.

7. I spoke to Ofc Saraf and asked him what he observed arriving first on scene. Saraf stated he saw a woman (Karen) attempting CPR on the victim in the snow. Saraf stated Karen had blood around her mouth which he believed was from the victims mouth and nose area. Saraf explained seconds later Canton Fire arrived on scene and took over medical care and moments later I arrived.

*onto 6 snow 6 12 when started shift*
*an call - flipped him over*
*face up*

**Canton Police Department**                                           Page: 1

SUPPLEMENTAL NARRATIVE FOR PATROLMAN STEVEN A SARAF

Ref: **22-87-OF**

1. On 01/29/22, I was dispatched to 34 Fairview Rd. for a report of a unresponsive party in the snow. When I arrived I saw three people on the ground over the victim (O'KEEFE) waving at me. They said he was not breathing. They were performing CPR on O'KEEFE. I noticed READ, Karen, the victim's girlfriend had blood on her face from doing mouth to mouth. O'KEEFE was bleeding from his face. I went over to the victim and felt his skin and it was cold to the touch. I asked if he was a drug user and they said no, he is a Boston Cop. I went to get the A.E.D. from my patrol vehicle and at the same moment the Canton Fire Department was arriving. CFD took over the care of Mr. O'KEEFE.

2. Following that, READ, Karen kept screaming is he dead, is he dead. She was severely distraught and was not able to tell me what happened. I tried to console her and keep her out of the inclement weather. I had her sit in one of the cars. Sgt Goode arrived and started speaking to the the parties that were there.

**Canton Police Department**                                    Page: 1

SUPPLEMENTAL NARRATIVE FOR STEPHEN MULLANEY

Ref: 22-87-OF

1. On Wednesday January 29, 2022 I, Officer Mullaney was assigned to patrol the East sector for the 11:45p-7:45a patrol shift. At approximately 6:05a Officer Saraf and I were dispatched to 34 Fairview Road for a report of an unresponsive party.

2. Upon my arrival, Canton FD was arriving on scene. Ofc. Saraf had already been on scene. When I exited my cruiser I observed a female party attempting CPR on the victim in the snow. As I approached the victim, Canton FD began CPR. I then assisted Canton FD with lifting the victim onto a stretcher. The victim was then taken by stretcher to the ambulance.

3. At this time, Ofc. Saraf asked me to assist in getting witnesses information. I then spoke with MCCABE, Jennifer. I asked MCCABE who the victim was and she identified the victim as O'KEEFE, John. MCCABE then explained to me that a group of people had gone out to Waterfall Grill and Bar in Canton Center earlier in the night. Jennifer stated that she and her husband left the bar at approximately 12a and went to her brother-in-law's house at 34 Fairview Road. MCCABE then told me that O'KEEFE and his girlfriend, READ, Karen were invited to 34 Fairview road but never arrived. I asked MCCABE if she possibly knew how long the victim had been where he was found and she told he was dropped off by READ sometime between 12a-1a. MCCABE then told me that she was called by READ at approximately 5:00a wondering if she knew where John was. At this time, Sgt. Goode arrived on scene and the victim was transported to Good Samartian shortly after.

4. While talking to MCCABE, READ was hysterical and distraught and repeatedly screamed, "is he dead," and "that's my boyfriend." Sgt. Goode then advised ROBERTS, Kerry to take READ home. After READ and ROBERTS left, Canton Control advised officers that READ was making suicidal statements to her father. ROBERTS then brought READ back to the scene where Sgt. Goode asked me to fill out Section 12 paperwork and she was transported to Good Samaritan Hospital.

5. I stayed on scene and assisted Sgt. Goode, Det. Sgt. Lank and Lt. Gallagher.

Canton Police Department                                          Page: 1
SUPPLEMENTAL NARRATIVE FOR SERGEANT MICHAEL J LANK
Ref: 22-87-OF

On 01/29/2022, at 608am, I was contacted at home by Sgt. Sean Goode. Sgt. Goode advised me that a male party had been found in the snow by the area of 34 Fairview Rd. Sgt. Goode stated that the party involved, who is a Boston Police officer, was in grave condition and Canton EMS was on scene. The conditions at this time were blizzard like, with heavy snow, wind, and freezing temperatures.

2. At approximately 624am, I arrived on scene at 34 Fairview Rd. Sgt. Goode, Officer Saraf, and Officer Mullaney had already spoken to multiple witnesses and the victim was being treated in the ambulance by Canton EMS. The ambulance left for Good Samaritain Hospital shortyly after I arrived. Sgt. Goode made me aware that the officers and EMT's told him that the victim was bleeding from the nose and mouth. They also stated that he appearecd to have swelling above one of his eyes.

3. The first person that I spoke to was MCCABE, Jennifer. She was able to provide us with a general timeline of events:
- *Jennifer was at Waterfall bar and Grill in Canton with her husband,Matthew McCabe, Brian Albert (brother-in-law), and Niclole Albert (sister).*
- *Approximately 1100pm. They were accompanied at the bar by O'KEEFE, John, and his girlfriend, READ, Karen.*
- *Approximately 1200am. Jennifer, Matthew, Brian and Nicole left the bar and went back to ALBERT'S house at 34 Fairview Rd.*
- *Approximately 1214am. O'KEEFE texted Jennifer and asked where they were going. Jennifer responded that they were going to 34 Fairview Rd. Moments later a vehicle pulled up in front of the house, which Jennifer believed was O'KEEFE and his girlfriend, READ. She observed as the vehicle just sat out in front of the house for several minutes. The vehicle was facing uphill, with the passenger side facing the house. She thought that the vehicle sat outside for at least fifteen minutes. MCCABE stated that neither party ever came to the door and ultimately the vehicle drove away. She attempted to text O'KEEFE, but never got a response.*
- *Approximately 130am. MCCABE and her husband leave the house and give a ride home to Julie Nagel, who lives on Highland Street in Canton.*
- *Approximately 453am. MCCABE was contacted by READ and FURBUSH, Kayley (neice of O'Keefe). They were distraught because O'KEEFE never arrived home and was not answering his phone. MCCABE and READ attempted to call some of O'KEEFE's close friends, including ROBERTS, Kerry.*
- *Approximately 500am. ROBERTS picked up MCCABE and READ to go looking for O'KEEFE.*
- *Approximately 600am. ROBERTS, MCCABE, and READ locate O'KEEFE in the yard of 34 Fairview Rd. He was located on the left side of the yard about eight feet in from the street. He was found unconscious on the ground, laying on his back. ROBERTS began to perform*

Canton **Police** Department                          Page: 2
SUPPLEMENTAL NARRATIVE FOR SERGEANT MICHAEL J LANK
Ref: **22-87-OF**

*CPR.*

*- Approximately 604am. 911 call was placed to the Canton Police Station.*

4. Officers on scene were able to secure the scene as best they could, as the weather conditions continued to be severe. State Police CPAC unit was contacted at 638am. Trooper Proctor called back within a few minutes and was made aware of the situation.

5. While on scene, all attempts to speak with READ were unsuccessful. She was hysterical and difficult to control. The only statement that she was able to relay to Canton officers while on scene, was that she did not remember ever being at 34 Fairview Rd. READ later made statements via telephone to her parents, threatening suicide. Canton EMS ultimately responded back to the scene and READ was taken to the hospital under a Section 12 order.

6. Next, I went into 34 Fairview Rd. and spoke with the home owners, ALBERT, Brian and ALBERT, Nicole. Both parties from this point forward will be referred to by their first names. Brian stated that they had seen the victim at Waterfall Bar and Grill and had spoken to him. He stated that he did not know the party well, but knew that he was a friend of MCCABE (sister-in-law). Brian and Nicole recalled that the victim had been welcomed to come to their house, but he never arrived. When asked about O'KEEFE's demeanor or if O'KEEFE had any altercations with anyone earlier at the bar, Brian said that he seemed to be fine at the bar and there were no issues whatsoever. MCCABE, Matthew (husband of Jennifer) also stated that he had observed the vehicle pull up out front of the house, but never saw either party get out of the vehicle. Matthew also reiterated what Brian said. O'KEEFE seemed to be fine at the bar and that there was really nobody else in the establishment other than their group. Next, I asked Brian and Nicole who else was at the house that night. Aside from the names already mentioned, the following people were present at some point during the time in question: Brian Albert Jr. (Brian and Nicole's son), Caitlin Albert (daughter), Julie Nagel (Brian Jr.'s friend), and Brian Higgins, who is a friend of Brian Albert Sr. They advised me that their daughter Caitlin left the house around 1215am, when she was picked up by her boyfriend, Tristin Morris.

7. While still on scene, Lt. Gallagher, Sgt. Goode and I attempted to retrieve as much evidence as possible given the weather conditions. Lt. Gallagher was able to use a leaf blower to blow away the top layers of snow. We were able to observe a broken drinking glass and multiple patches of red, which appeared to be frozen blood drops. Six samples of this substance was retrieved by using red Solo plastic cups. The broken glass was retrieved and bagged into evidence. Both items were returned to the Canton police station and logged into evidence.

8. At approximately 900am, I was contacted at the police station by MCCABE, Jennifer.

Canton Police Department                                          Page: 3
SUPPLEMENTAL NARRATIVE FOR SERGEANT MICHAEL J LANK
Ref: **22-87-OF**

She asked if it was possible to come back to 34 Fairview Rd. and speak with her. Lt. Gallagher and I both left immediately and arrived back at 34 Fairview within a few moments. MCCABE told us that she recalled something that she was not sure if we were aware of. She said that when READ was driving around with her and ROBERTS looking for the victim, she said something to the effect of "I hope I didn't hit him". MCCABE told us that she made these statements again at the scene when the victim was discovered. She thought that READ may have made these statements in front of a police officer, but she was not sure.

Canton Police Department
Images Associated with 22-87-OF



## Canton Police Department
Images Associated with 22-87-OF





## Canton Police Department
Images Associated with 22-87-OF








Canton Police Department                                          Page: 1
SUPPLEMENTAL NARRATIVE FOR SERGEANT MICHAEL J LANK
Ref: 22-87-OF

On 01/29/2022, at 608am, I was contacted at home by Sgt. Sean Goode. Sgt. Goode advised me that a male party had been found in the snow by the area of 34 Fairview Rd. Sgt. Goode stated that the party involved, who is a Boston Police Officer, was in grave condition and Canton EMS was on scene. The conditions at this time were blizzard like, with heavy snow, wind, and freezing temperatures.

2. At approximately 624am, I arrived on scene at 34 Fairview Rd. Sgt. Goode, Officer Saraf, and Officer Mullaney had already spoken to multiple witnesses and the victim was being treated in the ambulance by Canton EMS. The ambulance left for Good Samaritain Hospital shortyly after I arrived. Sgt. Goode made me aware that the officers and EMT's told him that the victim was bleeding from the nose and mouth. They also stated that he appearecd to have swelling above one of his eyes.

3. The first person that I spoke to was MCCABE, Jennifer. She was able to provide us with a general timeline of events:

- Jennifer was at Waterfall bar and Grill in Canton with her husband, Matthew McCabe, Brian Albert (brother-in-law), and Niclole Albert (sister).
- Approximately 1100pm. They were accompanied at the bar by O'KEEFE, John, and his girlfriend, READ, Karen.
- Approximately 1200am. Jennifer, Matthew, Brian and Nicole left the bar and went back to ALBERT'S house at 34 Fairview Rd.
- Approximately 1214am.  O'KEEFE texted Jennifer and asked where they were going. Jennifer responded that they were going to 34 Fairview Rd. Moments later a vehicle pulled up in front of the house, which Jennifer believed was O'KEEFE and his girlfriend, READ. She observed as the vehicle just sat out in front of the house for several minutes. The vehicle was facing uphill, with the passenger side facing the house. She thought that the vehicle sat outside for at least fifteen minutes. MCCABE stated that neither party ever came to the door and ultimately the vehicle drove away. She attempted to text O'KEEFE, but never got a response.
- Approximately 130am. MCCABE and her husband leave the house and give a ride home to Julie Nagel, who lives on Highland Street in Canton.
- Approximately 453am. MCCABE was contacted by READ and FURBUSH, Kayley (neice of O'Keefe). They were distraught because O'KEEFE never arrived home and was not answering his phone. MCCABE and READ attempted to call some of O'KEEFE's close friends, including ROBERTS, Kerry.
- Approximately 500am. ROBERTS picked up MCCABE and READ to go looking for O'KEEFE.
- Approximately 600am. ROBERTS, MCCABE, and READ locate O'KEEFE in the yard of 34 Fairview Rd. He was located on the left side of the yard about eight feet in from the street. He

Canton Police Department

SUPPLEMENTAL NARRATIVE FOR SERGEANT MICHAEL J LANK

Ref: 22-87-OF

*was found unconscious on the ground, laying on his back. ROBERTS began to perform CPR. - Approximately 604am. 911 call was placed to the Canton Police Station.*

4. Officers on scene were able to secure the scene as best they could, as the weather conditions continued to be severe. State Police CPAC unit was contacted at 638am. Trooper Proctor called back within a few minutes and was made aware of the situation.

5. While on scene, all attempts to speak with READ were unsuccessful. She was hysterical and difficult to control. The only statement that she was able to relay to Canton officers while on scene, was that she did not remember ever being at 34 Fairview Rd. READ later made statements via telephone to her parents, threatening suicide. Canton EMS ultimately responded back to the scene and READ was taken to the hospital under a Section 12 order.

6. Next, I went into 34 Fairview Rd. and spoke with the home owners, ALBERT, Brian and ALBERT, Nicole. Both parties from this point forward will be referred to by their first names. Brian stated that they had seen the victim at Waterfall Bar and Grill and had spoken to him. He stated that he did not know the party well, but knew that he was a friend of MCCABE (sister-in-law). Brian and Nicole recalled that the victim had been welcomed to come to their house, but he never arrived. When asked about O'KEEFE's demeanor or if O'KEEFE had any altercations with anyone earlier at the bar, Brian said that he seemed to be fine at the bar and there were no issues whatsoever. MCCABE, Matthew (husband of Jennifer) also stated that he had observed the vehicle pull up out front of the house, but never saw either party get out of the vehicle. Matthew also reiterated what Brian said. O'KEEFE seemed to be fine at the bar and that there was really nobody else in the establishment other than their group. Next, I asked Brian and Nicole who else was at the house that night. Aside from the names already mentioned, the following people were present at some point during the time in question: Brian Albert Jr. (Brian and Nicole's son), Caitlin Albert (daughter), Julie Nagel (Brian Jr.'s friend), and Brian Higgins, who is a friend of Brian Albert Sr. They advised me that their daughter Caitlin left the house around 1215am, when she was picked up by her boyfriend, Tristin Morris.

7. While still on scene, Lt. Gallagher, Sgt. Goode and I attempted to retrieve as much evidence as possible given the weather conditions. Lt. Gallagher was able to use a leaf blower to blow away the top layers of snow. We were able to observe a broken drinking glass and multiple patches of red, which appeared to be frozen blood drops. Six samples of this substance was retrieved by using red Solo plastic cups. The broken glass was retrieved and bagged into evidence. Both items were returned to the Canton Police Station and logged into evidence.

8. At approximately 900am, I was contacted at the police station by MCCABE, Jennifer. She asked if it was possible to come back to 34 Fairview Rd. and speak with her. Lt. Gallagher

and I both left immediately and arrived back at 34 Fairview within a few moments. MCCABE told us that she recalled something that she was not sure if we were aware of. She said that when READ was driving around with her and ROBERTS looking for the victim, she said something to the effect of "I hope I didn't hit him". MCCABE told us that she made these statements again at the scene when the victim was discovered. She thought that READ may have made these statements in front of a police officer, but she was not sure.

9. On 2/4/2022, I was working the 8am-4pm shift as the Detective Sergeant. At approximately 850am, I was contacted by Lt. Gallagher, who advised me that Chief Berkowitz was at 34 Fairview Rd. and had possibly discovered more evidence.

Detective Taylor and I drove to the scene at 34 Fairview Rd. and met with Chief Berkowitz. He directed our attention to the area where O'KEEFE had been discovered. I was able to observe a red broken piece of hard plastic, which appeared to have been broken off of a motor vehicle light fixture. The temperature overnight had reached 45 degrees with heavy rains, which melted much of the snow from the storm on Saturday. This revealed much of the area that had originally been covered in deep snow. I photographed the broken plastic as it was in the snow and will attach to this report.

State Police CPAC unit was notified and responded to the scene. Trooper Bukhenik arrived and secured the item into evidence.



**Canton Police Department**
**Incident Report**

Page: 1
01/30/2022

**Incident #: 22-87-OF**
**Call #: 22-449**

Date/Time Reported: 01/29/2022 0608
Report Date/Time: 01/29/2022 0824
Status: No Crime Involved

Reporting Officer: Sergeant Sean Goode

Signature: _____



| # | INVOLVED | | SEX | RACE | AGE | SSN | PHONE |
|---|----------|---|-----|------|-----|-----|-------|
| 1 | READ, KAREN | | F | W | 41 | 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 | 617-947-9554 |
| | 481 GILBERT ST | | | | | | |
| | MANSFIELD MA 02048 | | | | | | |

Military Active Duty: N
BODY: NOT AVAIL.                    COMPLEXION: NOT AVAIL.
DOB: 02/26/1980            PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: NOT AVAIL.          ETHNICITY: NOT HISPANIC

_____[CONTACT INFORMATION]_____

Home Phone        (Primary)      617-947-9554

| # | EVENTS(S) |
|---|-----------|

LOCATION TYPE: Residence/Home/Apt./Condo    Zone: West Sector
32 FAIRVIEW RD
CANTON MA 02021

1  Assist Fire/EMS

| # | VICTIM(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|---|-----|------|-----|-----|-------|
| 1 | O'KEEFE, JOHN J | | M | W | 46 | 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 | |
| | 1 MEADOWS AVE | | | | | | |
| | CANTON MA 02021-3216 | | | | | | |

DOB: 12/08/1975
INJURIES: Other Major Injury
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
TAKEN TO: Good Samaritan
TAKEN BY: Canton Fire Dept
TREATED DATE: 01/29/2022 @ 0608
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1

**Canton Police Department**
**Incident Report**

Page: 2
01/30/2022

Incident #: 22-87-OF
Call #: 22-449

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 1 | MCCABE, JENNIFER J<br>12 COUNTRY LN<br>CANTON MA 02021<br>DOB: 02/14/1976 | REPORTING PARTY | F | W | 45 | NOT AVAIL | 781-858-0142 |

CONTACT INFORMATION:
Home Phone       (Primary)      781-858-0142
Work Phone       (Primary)      781-821-0906

| 2 | ROBERTS, KERRY A<br>14 PONKAPOAG WAY<br>CANTON MA 02021<br>DOB: 01/10/1977 | REPORTING PARTY | F | W | 45 | NOT AVAIL | 617-584-1822 |

CONTACT INFORMATION:
Home Phone       (Primary)      617-584-1822

| 3 | HIGGINS, BRIAN P<br>1492 WASHINGTON ST<br>CANTON MA 02021<br>DOB: 10/23/1972 | WITNESS | M | W | 49 | 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 | 617-504-2506 |

CONTACT INFORMATION:
Home Phone       (Primary)      617-504-2506

| 4 | ALBERT, B<br>34 FAIRVIEW RD<br>CANTON MA 02021<br>DOB: 09/04/1968 | WITNESS | M | W | 53 | 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 | 617-777-0888 |

CONTACT INFORMATION:
Home Phone       (Primary)      617-777-0888

| 5 | ALBERT, NICOLE A<br>34 FAIRVIEW RD<br>CANTON MA 02021-1720<br>DOB: 12/18/1970 | WITNESS | F | W | 51 | 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 | 781-858-0204 |

CONTACT INFORMATION:
Home Phone       (Primary)      781-858-0204

| 6 | MCCABE, MATTHEW L<br>12 COUNTRY LN<br>CANTON MA 02021<br>DOB: 07/10/1974 | WITNESS | M | W | 47 | 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 | 781-571-9835 |

CONTACT INFORMATION:
Home Phone       (Primary)      781-571-9835

| 7 | ALBERT, BRIAN<br>34 FAIRVIEW RD<br>CANTON MA 02021<br>DOB: 01/29/1999 | WITNESS | M | W | 23 | 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 | |

CONTACT INFORMATION:
Home Phone       (Primary)      617-571-1406
Home Phone                      617-777-0888

Canton Police Department                          Page: 3
Incident Report                             01/30/2022

Incident #: 22-87-OF
Call #: 22-449

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 8 | ALBERT, CAITLIN<br>34 FAIRVIEW RD<br>CANTON MA 02021<br>DOB: 03/08/1996 | WITNESS | F | W | 25 | 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 | |
| 9 | MORRIS, TRISTIN<br>158 DEDHAM ST<br>CANTON MA 02021<br>DOB: 08/19/1995 | WITNESS | M | W | 26 | 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 | 617-710-9630 |

CONTACT INFORMATION:
Home Phone            (Primary)      617-710-9630

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 10 | NAGEL, JULIE<br>78 HIGHLAND ST<br>CANTON MA 02021<br>DOB: 12/04/1997 | WITNESS | F | W | 24 | 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 | |

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|------------------|------------|--------|
| 1 | BROKEN DRINKING GLASS<br>QUANTITY: 1        VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 01/29/2022<br>OWNER: O'KEEFE, JOHN JOSEPH | 22-18-PR | Evidence (Not Nibrs Reportable) |
| 2 | 6 SOLO CUPS WITH BLOOD AND WATER<br>QUANTITY: 1        VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 01/29/2022<br>OWNER: O'KEEFE, JOHN JOSEPH | 22-19-PR | Evidence (Not Nibrs Reportable) |

**Canton Police Department**                                   Page: 1

NARRATIVE FOR SERGEANT SEAN E GOODE

Ref: 22-87-OF

1. On 01/29/2022 I was the Patrol Supervisor of the 12AM-8AM shift. At approximately 6:04AM, I received E911 call from woman reporting an unresponsive male party found in the snow at 34 Fairview Road. At the time, the weather was very heavy snow with air temperature in the teens. The call was then transferred to Canton Fire and I dispatched Ofc Saraf and Mullaney to assist. I notified Lt. Gallagher and Det Sgt Lank respectfully after hearing the seriousness of the call.

2. Once on scene the victim was already in the back of the ambulance and CPR was in progress. I was met by MCCABE, Jennifer (02/14/1976), ROBERTS, Kerry (01/10/1977) and READ, Karen (2/26/1980) standing outside of the ambulance. All parties will be referenced by their first names going forward. Jennifer introduced herself to me and explained that they found their friend O'KEEFE, John (12/08/1975) lying unresponsive on his back in the snow. Jennifer explained that they arrived at this address because it was the last place Karen (Johns girlfriend) believed he would be. Jennifer stated she had gotten a call from Karen around 4:53AM inquiring about John's where a bouts. She told Karen she didn't know where he was. I asked Jennifer why she would think you would know where he was. Jennifer explained that a group of them had all been at the Waterfall Grill and Bar in Canton earlier in the night. At around 12AM Jennifer and her husband left the bar heading to her brother in-law Brian Albert's house at 34 Fairview Road. Jennifer stated Karen and John where at the bar together and around 12:14AM John texted Jennifer asking where they were going. Jennifer invited them to 34 Fairview Road. A short time later Jennifer stated she saw Karen and John pull up in their car and saw the passenger door open but they never came in and she saw the car drive off. Jennifer just thought they changed their mind and went home for the night.

3. I walked over to Karen and ask her who she was and how she ended up here. I also placed Karen in the back of my marked cruiser 682 to warm up. Karen was hysterical and continually yelling "is he dead!". I kept reassuring her that Canton Fire was doing everything they can to save his life. I asked how John ended up there and she stated "I don't know". I asked her if she drove here last night and she stated "I think so" then "I can't remember". At this point I stopped asking questions because she was too upset and she was unable to keep her train of thought.

4. At this time Det Sgt Lank arrived on scene and I briefed him on what had transpired so far. I then spoke to Kerry who stated she was contacted by her friend Karen around 5AM wondering if she knew where John was. Kerry stated she called a few hospitals and the Canton Police to see if he had been transported at some point during the night. Then Kerry picked up Jennifer and Karen and they began to search for John ending up here at 34 Fairview.

5. Canton Fire began to transport the victim to Good Samaritan and Karen who was now sitting in Kerry's car began to act out yelling and screaming "is he dead" and trying to get out of the car and walk around. At this time, I advised Kerry to take Karen home and that she was not needed anymore. Moments later I was contacted by dispatch that Karen was making suicidal statements to her father over the phone. I made the decision to have Kerry bring Karen back to the scene and had her transported to the hospital via Section 12.

6. Det Sgt Lank at this time contacted the homeowners at 34 Fairview Road and completed a supplemental report.

7. I spoke to Ofc Saraf and asked him what he observed arriving first on scene. Saraf stated he saw a woman (Karen) attempting CPR on the victim in the snow. Saraf stated Karen had blood around her mouth which he believed was from the victims mouth and nose area. Saraf explained seconds later Canton Fire arrived on scene and took over medical care and moments later I arrived.

*ask Go snow 6 12 when started shift*
*9h call - flipped him over*
*face up*

**Canton Police Department**                              Page: 1

SUPPLEMENTAL NARRATIVE FOR PATROLMAN STEVEN A SARAF

Ref: **22-87-OF**

1. On 01/29/22, I was dispatched to 34 Fairview Rd. for a report of a unresponsive party in the snow. When I arrived I saw three people on the ground over the victim (O'KEEFE) waving at me. They said he was not breathing. They were performing CPR on O'KEEFE. I noticed READ, Karen, the victim's girlfriend had blood on her face from doing mouth to mouth. O'KEEFE was bleeding from his face. I went over to the victim and felt his skin and it was cold to the touch. I asked if he was a drug user and they said no, he is a Boston Cop. I went to get the A.E.D. from my patrol vehicle and at the same moment the Canton Fire Department was arriving. CFD took over the care of Mr. O'KEEFE.

2. Following that, READ, Karen kept screaming is he dead, is he dead. She was severely distraught and was not able to tell me what happened. I tried to console her and keep her out of the inclement weather. I had her sit in one of the cars. Sgt Goode arrived and started speaking to the the parties that were there.

**Canton Police Department**                              Page: 1

SUPPLEMENTAL NARRATIVE FOR STEPHEN MULLANEY

Ref: **22-87-OF**

1. On Wednesday January 29, 2022 I, Officer Mullaney was assigned to patrol the East sector for the 11:45p-7:45a patrol shift. At approximately 6:05a Officer Saraf and I were dispatched to 34 Fairview Road for a report of an unresponsive party.

2. Upon my arrival, Canton FD was arriving on scene. Ofc. Saraf had already been on scene. When I exited my cruiser I observed a female party attempting CPR on the victim in the snow. As I approached the victim, Canton FD began CPR. I then assisted Canton FD with lifting the victim onto a stretcher. The victim was then taken by stretcher to the ambulance.

3. At this time, Ofc. Saraf asked me to assist in getting witnesses information. I then spoke with MCCABE, Jennifer. I asked MCCABE who the victim was and she identified the victim as O'KEEFE, John. MCCABE then explained to me that a group of people had gone out to Waterfall Grill and Bar in Canton Center earlier in the night. Jennifer stated that she and her husband left the bar at approximately 12a and went to her brother-in-law's house at 34 Fairview Road. MCCABE then told me that O'KEEFE and his girlfriend, READ, Karen were invited to 34 Fairview road but never arrived. I asked MCCABE if she possibly knew how long the victim had been where he was found and she told he was dropped off by READ sometime between 12a-1a. MCCABE then told me that she was called by READ at approximately 5:00a wondering if she knew where John was. At this time, Sgt. Goode arrived on scene and the victim was transported to Good Samartian shortly after.

4. While talking to MCCABE, READ was hysterical and distraught and repeatedly screamed, "is he dead," and "that's my boyfriend." Sgt. Goode then advised ROBERTS, Kerry to take READ home. After READ and ROBERTS left, Canton Control advised officers that READ was making suicidal statements to her father. ROBERTS then brought READ back to the scene where Sgt. Goode asked me to fill out Section 12 paperwork and she was transported to Good Samaritan Hospital.

5. I stayed on scene and assisted Sgt. Goode, Det. Sgt. Lank and Lt. Gallagher.

```
          Canton Police Department                          Page: 1
     SUPPLEMENTAL NARRATIVE FOR SERGEANT MICHAEL J LANK
   Ref: 22-87-OF
```

On 01/29/2022, at 608am, I was contacted at home by Sgt. Sean Goode. Sgt. Goode advised me that a male party had been found in the snow by the area of 34 Fairview Rd. Sgt. Goode stated that the party involved, who is a Boston Police officer, was in grave condition and Canton EMS was on scene. The conditions at this time were blizzard like, with heavy snow, wind, and freezing temperatures.

2. At approximately 624am, I arrived on scene at 34 Fairview Rd. Sgt. Goode, Officer Saraf, and Officer Mullaney had already spoken to multiple witnesses and the victim was being treated in the ambulance by Canton EMS. The ambulance left for Good Samaritain Hospital shortyly after I arrived. Sgt. Goode made me aware that the officers and EMT's told him that the victim was bleeding from the nose and mouth. They also stated that he appearecd to have swelling above one of his eyes.

3. The first person that I spoke to was MCCABE, Jennifer. She was able to provide us with a general timeline of events:
- *Jennifer was at Waterfall bar and Grill in Canton with her husband,Matthew McCabe, Brian Albert (brother-in-law), and Niclole Albert (sister).*
- *Approximately 1100pm. They were accompanied at the bar by O'KEEFE, John, and his girlfriend, READ, Karen.*
- *Approximately 1200am. Jennifer, Matthew, Brian and Nicole left the bar and went back to ALBERT'S house at 34 Fairview Rd.*
- *Approximately 1214am. O'KEEFE texted Jennifer and asked where they were going. Jennifer responded that they were going to 34 Fairview Rd. Moments later a vehicle pulled up in front of the house, which Jennifer believed was O'KEEFE and his girlfriend, READ. She observed as the vehicle just sat out in front of the house for several minutes. The vehicle was facing uphill, with the passenger side facing the house. She thought that the vehicle sat outside for at least fifteen minutes. MCCABE stated that neither party ever came to the door and ultimately the vehicle drove away. She attempted to text O'KEEFE, but never got a response.*
- *Approximately 130am. MCCABE and her husband leave the house and give a ride home to Julie Nagel, who lives on Highland Street in Canton.*
- *Approximately 453am. MCCABE was contacted by READ and FURBUSH, Kayley (neice of O'Keefe). They were distraught because O'KEEFE never arrived home and was not answering his phone. MCCABE and READ attempted to call some of O'KEEFE's close friends, including ROBERTS, Kerry.*
- *Approximately 500am. ROBERTS picked up MCCABE and READ to go looking for O'KEEFE.*
- *Approximately 600am. ROBERTS, MCCABE, and READ locate O'KEEFE in the yard of 34 Fairview Rd. He was located on the left side of the yard about eight feet in from the street. He was found unconscious on the ground, laying on his back. ROBERTS began to perform*

CPR.

- *Approximately 604am. 911 call was placed to the Canton Police Station.*

4. Officers on scene were able to secure the scene as best they could, as the weather conditions continued to be severe. State Police CPAC unit was contacted at 638am. Trooper Proctor called back within a few minutes and was made aware of the situation.

5. While on scene, all attempts to speak with READ were unsuccessful. She was hysterical and difficult to control. The only statement that she was able to relay to Canton officers while on scene, was that she did not remember ever being at 34 Fairview Rd. READ later made statements via telephone to her parents, threatening suicide. Canton EMS ultimately responded back to the scene and READ was taken to the hospital under a Section 12 order.

6. Next, I went into 34 Fairview Rd. and spoke with the home owners, ALBERT, Brian and ALBERT, Nicole. Both parties from this point forward will be referred to by their first names. Brian stated that they had seen the victim at Waterfall Bar and Grill and had spoken to him. He stated that he did not know the party well, but knew that he was a friend of MCCABE (sister-in-law). Brian and Nicole recalled that the victim had been welcomed to come to their house, but he never arrived. When asked about O'KEEFE's demeanor or if O'KEEFE had any altercations with anyone earlier at the bar, Brian said that he seemed to be fine at the bar and there were no issues whatsoever. MCCABE, Matthew (husband of Jennifer) also stated that he had observed the vehicle pull up out front of the house, but never saw either party get out of the vehicle. Matthew also reiterated what Brian said. O'KEEFE seemed to be fine at the bar and that there was really nobody else in the establishment other than their group. Next, I asked Brian and Nicole who else was at the house that night. Aside from the names already mentioned, the following people were present at some point during the time in question: Brian Albert Jr. (Brian and Nicole's son), Caitlin Albert (daughter), Julie Nagel (Brian Jr.'s friend), and Brian Higgins, who is a friend of Brian Albert Sr. They advised me that their daughter Caitlin left the house around 1215am, when she was picked up by her boyfriend, Tristin Morris.

7. While still on scene, Lt. Gallagher, Sgt. Goode and I attempted to retrieve as much evidence as possible given the weather conditions. Lt. Gallagher was able to use a leaf blower to blow away the top layers of snow. We were able to observe a broken drinking glass and multiple patches of red, which appeared to be frozen blood drops. Six samples of this substance was retrieved by using red Solo plastic cups. The broken glass was retrieved and bagged into evidence. Both items were returned to the Canton police station and logged into evidence.

8. At approximately 900am, I was contacted at the police station by MCCABE, Jennifer.

**Canton Police Department**                                        Page: 3

SUPPLEMENTAL NARRATIVE FOR SERGEANT MICHAEL J LANK

Ref: **22-87-OF**

She asked if it was possible to come back to 34 Fairview Rd. and speak with her. Lt. Gallagher and I both left immediately and arrived back at 34 Fairview within a few moments. MCCABE told us that she recalled something that she was not sure if we were aware of. She said that when READ was driving around with her and ROBERTS looking for the victim, she said something to the effect of "I hope I didn't hit him". MCCABE told us that she made these statements again at the scene when the victim was discovered. She thought that READ may have made these statements in front of a police officer, but she was not sure.

Canton Police Department
Images Associated with 22-87-OF

 

### Canton Police Department
Images Associated with 22-87-OF





### Canton Police Department
Images Associated with 22-87-OF

## Canton Police Department
### Images Associated with 22-87-OF








Canton Police Department                                          Page: 1

SUPPLEMENTAL NARRATIVE FOR SERGEANT MICHAEL J LANK

Ref: 22-87-OF

On 01/29/2022, at 608am, I was contacted at home by Sgt. Sean Goode. Sgt. Goode advised me that a male party had been found in the snow by the area of 34 Fairview Rd. Sgt. Goode stated that the party involved, who is a Boston Police Officer, was in grave condition and Canton EMS was on scene. The conditions at this time were blizzard like, with heavy snow, wind, and freezing temperatures.

2. At approximately 624am, I arrived on scene at 34 Fairview Rd. Sgt. Goode, Officer Saraf, and Officer Mullaney had already spoken to multiple witnesses and the victim was being treated in the ambulance by Canton EMS. The ambulance left for Good Samaritain Hospital shortly after I arrived. Sgt. Goode made me aware that the officers and EMT's told him that the victim was bleeding from the nose and mouth. They also stated that he appearecd to have swelling above one of his eyes.

3. The first person that I spoke to was MCCABE, Jennifer. She was able to provide us with a general timeline of events:

- Jennifer was at Waterfall bar and Grill in Canton with her husband, Matthew McCabe, Brian Albert (brother-in-law), and Niclole Albert (sister).
- Approximately 1100pm. They were accompanied at the bar by O'KEEFE, John, and his girlfriend, READ, Karen.
- Approximately 1200am. Jennifer, Matthew, Brian and Nicole left the bar and went back to ALBERT'S house at 34 Fairview Rd.
- Approximately 1214am. O'KEEFE texted Jennifer and asked where they were going. Jennifer responded that they were going to 34 Fairview Rd. Moments later a vehicle pulled up in front of the house, which Jennifer believed was O'KEEFE and his girlfriend, READ. She observed as the vehicle just sat out in front of the house for several minutes. The vehicle was facing uphill, with the passenger side facing the house. She thought that the vehicle sat outside for at least fifteen minutes. MCCABE stated that neither party ever came to the door and ultimately the vehicle drove away. She attempted to text O'KEEFE, but never got a response.
- Approximately 130am. MCCABE and her husband leave the house and give a ride home to Julie Nagel, who lives on Highland Street in Canton.
- Approximately 453am. MCCABE was contacted by READ and FURBUSH, Kayley (neice of O'Keefe). They were distraught because O'KEEFE never arrived home and was not answering his phone. MCCABE and READ attempted to call some of O'KEEFE's close friends, including ROBERTS, Kerry.
- Approximately 500am. ROBERTS picked up MCCABE and READ to go looking for O'KEEFE.
- Approximately 600am. ROBERTS, MCCABE, and READ locate O'KEEFE in the yard of 34 Fairview Rd. He was located on the left side of the yard about eight feet in from the street. He

*was found unconscious on the ground, laying on his back. ROBERTS began to perform CPR.*
*- Approximately 604am. 911 call was placed to the Canton Police Station.*

4. Officers on scene were able to secure the scene as best they could, as the weather conditions continued to be severe. State Police CPAC unit was contacted at 638am. Trooper Proctor called back within a few minutes and was made aware of the situation.

5. While on scene, all attempts to speak with READ were unsuccessful. She was hysterical and difficult to control. The only statement that she was able to relay to Canton officers while on scene, was that she did not remember ever being at 34 Fairview Rd. READ later made statements via telephone to her parents, threatening suicide. Canton EMS ultimately responded back to the scene and READ was taken to the hospital under a Section 12 order.

6. Next, I went into 34 Fairview Rd. and spoke with the home owners, ALBERT, Brian and ALBERT, Nicole. Both parties from this point forward will be referred to by their first names. Brian stated that they had seen the victim at Waterfall Bar and Grill and had spoken to him. He stated that he did not know the party well, but knew that he was a friend of MCCABE (sister-in-law). Brian and Nicole recalled that the victim had been welcomed to come to their house, but he never arrived. When asked about O'KEEFE's demeanor or if O'KEEFE had any altercations with anyone earlier at the bar, Brian said that he seemed to be fine at the bar and there were no issues whatsoever. MCCABE, Matthew (husband of Jennifer) also stated that he had observed the vehicle pull up out front of the house, but never saw either party get out of the vehicle. Matthew also reiterated what Brian said. O'KEEFE seemed to be fine at the bar and that there was really nobody else in the establishment other than their group. Next, I asked Brian and Nicole who else was at the house that night. Aside from the names already mentioned, the following people were present at some point during the time in question: Brian Albert Jr. (Brian and Nicole's son), Caitlin Albert (daughter), Julie Nagel (Brian Jr.'s friend), and Brian Higgins, who is a friend of Brian Albert Sr. They advised me that their daughter Caitlin left the house around 1215am, when she was picked up by her boyfriend, Tristin Morris.

7. While still on scene, Lt. Gallagher, Sgt. Goode and I attempted to retrieve as much evidence as possible given the weather conditions. Lt. Gallagher was able to use a leaf blower to blow away the top layers of snow. We were able to observe a broken drinking glass and multiple patches of red, which appeared to be frozen blood drops. Six samples of this substance was retrieved by using red Solo plastic cups. The broken glass was retrieved and bagged into evidence. Both items were returned to the Canton Police Station and logged into evidence.

8. At approximately 900am, I was contacted at the police station by MCCABE, Jennifer. She asked if it was possible to come back to 34 Fairview Rd. and speak with her. Lt. Gallagher

Canton Police Department
SUPPLEMENTAL NARRATIVE FOR SERGEANT MICHAEL J LANK
Ref: 22-87-OF

and I both left immediately and arrived back at 34 Fairview within a few moments. MCCABE told us that she recalled something that she was not sure if we were aware of. She said that when READ was driving around with her and ROBERTS looking for the victim, she said something to the effect of "I hope I didn't hit him". MCCABE told us that she made these statements again at the scene when the victim was discovered. She thought that READ may have made these statements in front of a police officer, but she was not sure.

9. On 2/4/2022, I was working the 8am-4pm shift as the Detective Sergeant. At approximately 850am, I was contacted by Lt. Gallagher, who advised me that Chief Berkowitz was at 34 Fairview Rd. and had possibly discovered more evidence.

Detective Taylor and I drove to the scene at 34 Fairview Rd. and met with Chief Berkowitz. He directed our attention to the area where O'KEEFE had been discovered. I was able to observe a red broken piece of hard plastic, which appeared to have been broken off of a motor vehicle light fixture. The temperature overnight had reached 45 degrees with heavy rains, which melted much of the snow from the storm on Saturday. This revealed much of the area that had originally been covered in deep snow. I photographed the broken plastic as it was in the snow and will attach to this report.

State Police CPAC unit was notified and responded to the scene. Trooper Bukhenik arrived and secured the item into evidence.