# ATTACHMENT 11





# *The Commonwealth of Massachusetts*
# *Department of State Police*

Division of Investigative Services

Norfolk State Police Detective Unit

45 Shawmut Road

Canton, MA 02021

**MAURA T. HEALEY**
*GOVERNOR*

**KIMBERLEY DRISCOLL**
*LIEUTENANT GOVERNOR*

**TERRENCE M. REIDY**
*SECRETARY*

**JOHN E. MAWN JR.**
*COLONEL/SUPERINTENDENT*

**JOHN D. PINKHAM**
*DEPUTY SUPERINTENDENT*

August 23, 2023

To:         Detective Lieutenant Brian P. Tully #3520

From:      Trooper Michael Proctor #3863

Subject:   Interview of Caitlin Albert (DOB:03/08/1996) at 141 Tremont St, Boston.
           Re: John O'Keefe Motor Vehicle Homicide

Case:      2022-112-033

1.         On July 6, 2023, Trooper Christopher Moore and I traveled to 141 Tremont St, Boston for a prearranged interview with Caitlin Albert. Tpr. Moore and I arrived at approximately 10:00am and conducted the interview of Caitlin in the presence of her attorney, Greg Henning. Caitlin was at her parent's house, 34 Fairview Road on the evening of Friday January 28, 2022 and went to the Waterfall Bar and Grill.

DIVISION OF INVESTIGATIVE SERVICES
MASS. STATE POLICE
Year / Dist / Crime / Case

69
Serial#
Captain          Supervisor

Page 1 of 2

2.         Caitlin, her mother Nicole, Julie Albert and her boyfriend Tristan Morris went to the Waterfall Bar and Grill for dinner around 6:30pm. Caitlin stated they were later met by Matt and Jen McCabe at the Waterfall Bar. Brian Albert and Brian Higgins met the group on their way back from New York City, the two were attending a funeral for a Police Officer killed in the line of duty. Caitlin stated that Chris Albert later met the group. Caitlin and Nicole were seated facing the main doorway when a man and woman walked into the bar. Caitlin did not know the pair and asked her mother who they were. Nicole explained that is John O'Keefe, a former neighbor of Julie and Chris and the woman must be his girlfriend. Caitlin stated the only interaction she had with John was when he approached her and Nicole and asked if they would like a drink from the bar. The group started to slowly leave around 12:00am/12:30am after Nicole had invited a few people over to their house on Fairview Road. During the night at the bar Caitlin did not observe any arguments amongst the group she was with, or other patrons at the establishment. As Caitlin was leaving she observed snow to be falling and recalled walking carefully to her parent's vehicle and trying not to slip.

3.         When Caitlin arrived at 34 Fairview Rd with her parents they parked in the driveway and encountered her cousin Colin Albert who was walking out of the house and getting a ride home from his friend Allie. When Caitlin entered the house she saw her brother, Brian Jr., Sarah (Levinson) and Julie (Nagel). Shortly after getting to her parent's home Brian Higgins arrived. Caitlin stated prior to Matt and Jen arriving, her father took their dog out to the backyard so she could use the bathroom and then brought her back upstairs where she remained the rest of the night. Caitlin recalls her dad showing Brian Higgins around and thought to herself that he must have never been here before. Caitlin recalled hearing Jen talking on the phone and saying "Come by, text me when you get here. It was John". Caitlin stated John never entered the house that night and she never saw him. At approximately 1:45am, Caitlin was picked up by Tristan who left from the Waterfall Bar earlier in the night. Caitlin and Tristan returned to their residence in Easton. Caitlin stated she was the last person to leave that did not live at her parent's house.

Respectfully submitted,

TPR. *(signature)*

Trooper Michael D. Proctor #3863
Massachusetts State Police
Norfolk SPDU