# ATTACHMENT 12

# HEXORDIA



HEXORDIA

# Digital Forensics Analysis Report

Prepared For:        Norfolk District Attorney

Prepared By:        Jessica Hyde

Hexordia Case Number:  HEX-NDA-230501_3

Contact Information:
Jessica Hyde
jessica@hexordia.com
(315) 400-1509
PO Box 155
Bridgeport, NY 13030



2

# Table of Contents

| | |
|---|---|
| **Table of Contents** | **2** |
| **Executive Summary** | **3** |
| **Request** | **3** |
| **Evidence Analyzed** | **3** |
| **Forensic Analysis** | **3** |
| **Relevant Findings** | **4** |
| Geolocation findings | 4 |
| Interactive Phone Activity | 7 |
| **Conclusion** | **49** |



# Executive Summary

This digital forensics analysis details findings related to a request from the Norfolk District Attorney's office via Detective Lieutenant Brian Tully to review information pertaining to specific information from a device identified as belonging to Jennifer McCabe; namely,  data from 12:01am - noon EST on January 29, 2022. This review excludes analysis of browser related artifacts which are the focus of 230501_2.

# Request

The request was to provide a timeline of evidence of data for the first 12 hours of the day on January 29, 2022. This report does *not* cover Google search history and Safari history as that was reported on in HEX-NDA-230501 and HEX-NDA-230501_2. I was provided with copies of the following documents.; namely, O'Keefe Homicide evidence report regarding prosecution expert findings from Trooper Nicholas Guariano, and the Affidavit of Richard Green in Support of Defendant's Motion for Order Pursuant to Mass.R. Crim. P. 17 Directed to Brian Albert, Verizon, and AT&T, Defense Opposition to Motion to Exclude Green with Exhibits, Digital Forensic Report of Jen McCabe Phone by Ian Whiffin, Opposition to Commonwealth Motion to Exclude testimony of Richard Green, Revised Affidavit of Richard Green. A copy of the full file system extraction of a device was provided.

# Evidence Analyzed

The evidence analyzed was a Full File System forensic image provided by Massachusetts State Police of an iOS device Serial #G0NCX5RRN72W with a SHA256 hash of d4c61df2d41211749a96ec2a8f20a4384f67a0126037ff8de7ab3e00a0a6d109. The device is identified as an iPhone 11 running software version iOS 15.2.1. Since the Full File System image was a forensic image file, Hexordia utilized a forensically sound method to copy the file to a working drive for analysis.

# Forensic Analysis

The full file system image received via US Postal Service was copied using ArcPoint Atrio (ver 1.1.9) to an external Destination Drive labeled HEX-NDA-230501_001. The copied FFS image was processed with Cellebrite Physical Analyzer (ver 7.70.0.5) on a Windows 11 (ver 23H2) system. Hash was verified after processing. The image was additionally processed with the following tools: AXIOM (ver8.8.0.4272), iLEAPP (ver 2.0.3), ArtEx Beta 2.10.20. Additional analysis of SQLite databases was performed using Sanderson Forensics Browser for SQLite ver 3.3.0.

Hexordia searched the drive for data from January 29, 2022 from midnight to noon EST. The goal of this analysis was to understand the timeline of activity on the device to include calls, texts, geolocation information, and other digital forensic artifacts.

4

# Relevant Findings

## Geolocation findings

There was data pertaining to geolocations visited on January 29, 2022 found on the iOS device examined. This data includes Significant Location information. Each entry contains a "Vicinity Entry Date and Time" as well as a "Vicinity Exit Date and Time" located in private\var\mobile\Library\Caches\com.apple.routined\Local.sqlite. Of note, the "Created Date/Time" is the time that Apple determined this was a significant location, not the time in which the location was visited. The "Accuracy" column, according to Magnet Forensics Artifact Reference Guide denotes "The distance from the original geographic coordinate that could yield the user's actual location. The unit of measurement is presumed to be meters."

Locations 1 and 4 are at 34 Fairview Rd Canton, Massachusetts. Locations 2, 3, and 5 are the same location on Country Lane in Canton, Massachusetts.

| Reference | Vicinity Entry Date/Time | Vicinity Exit Date/Time | Created Date/Time | Latitude | Longitude | Accuracy |
|---|---|---|---|---|---|---|
| 1 | 1/29/2022 00:22 | 1/29/2022 01:48 | 1/29/2022 12:45 | 42.17432738 | -71.15366107 | 13.07312379 |
| 2 | 1/29/2022 02:16 | 1/29/2022 05:43 | 1/29/2022 12:45 | 42.18415739 | -71.12771762 | 6.484813105 |
| 3 | 1/29/2022 05:50 | 1/29/2022 05:55 | 1/29/2022 12:45 | 42.15574724 | -71.12980914 | 282.4121614 |
| 4 | 1/29/2022 06:06 | 1/29/2022 11:15 | 1/29/2022 12:45 | 42.17428275 | -71.15364264 | 11.54384169 |
| 5 | 1/29/2022 11:26 | 1/30/2022 12:14 | 1/30/2022 22:18 | 42.18412847 | -71.1277095 | 7.224607623 |



Location 1 and 4 at 34 Fairview Rd in Canton, Massachusetts

6



Locations 2,3, and 5 on Country Lane in Canton, Massachusetts

Additionally, private\var\mobile\Library\Caches\com.apple.routined\Local.sqlite contains five Apple Maps Trips artifacts that show visits arriving and leaving the same locations on this same date correlating with the Significant Locations above.

| Record | Origin Latitude | Origin Longitude | Destination Latitude | Destination Longitude | Start Date/Time - UTC-05:00 | End Date/Time UTC-05:00 |
|---|---|---|---|---|---|---|
| 1 | 42.15477168 | -71.14542307 | 42.17432738 | -71.1537 | 1/29/2022 00:15 | 1/29/2022 00:22 |
| 2 | 42.17432738 | -71.15366107 | 42.18415739 | -71.1277 | 1/29/2022 01:48 | 1/29/2022 02:16 |
| 3 | 42.18415739 | -71.12771762 | 42.15574724 | -71.1298 | 1/29/2022 05:43 | 1/29/2022 05:50 |
| 4 | 42.15574724 | -71.12980914 | 42.17428275 | -71.1536 | 1/29/2022 05:55 | 1/29/2022 06:06 |



| 5 | 42.17428275 | -71.15364264 | 42.18412847 | -71.1277 | 1/29/2022 11:15 | 1/29/2022 11:26 |
|---|---|---|---|---|---|---|

There was use of the mapping application Waze.  The Waze application shows recent use on January 29th according to parsing from iLEAPP of  Waze Text-To-Speech navigation from \data\private\var\mobile\Containers\Data\Application\28331419-44B1-4493-A7D4-C8B596E13BE7\Library\Caches\tts\tts.db shows the following Text-to-Speech. This may indicate the time at which the directions were recorded, not the time that they were spoken.

| Time | Text-to-Speech |
|---|---|
| 2022-01-29 06:25:20 am EST | exit left |
| 2022-01-29 06:25:20 am EST | exit right |
| 2022-01-29 06:25:20 am EST | you'll arrive |
| 2022-01-29 06:25:20 am EST | turn left |
| 2022-01-29 06:25:20 am EST | turn right |
| 2022-01-29 06:25:20 am EST | speed camera reported ahead |
| 2022-01-29 06:25:20 am EST | red light camera ahead |
| 2022-01-29 06:25:20 am EST | Got it. Keeping your current route |
| 2022-01-29 06:25:20 am EST | keep left |
| 2022-01-29 06:25:20 am EST | keep right |
| 2022-01-29 06:25:20 am EST | continue straight |
| 2022-01-29 06:25:20 am EST | you've arrived at your destination |

## Interactive Phone Activity

Using a variety of different artifacts we can see active interaction with the mobile device  on January 29, 2022. It is of note that the  recent call logs from \private\var\mobile\Library\CallHistoryDB\CallHistory.storedata only stores 200 Mobile Calls (incoming and outgoing) and 200 Facetime calls (incoming and outgoing). The last 200 Mobile Calls start on Jan 29 2022 at 8:59:47 am ET. The limitation to 200 mobile calls is NOT indicative of user deletion, but rather a function of clean ups of the phone's recent call feature. The indication in Cellebrite Physical Analyzer that shows the message as deleted is showing that the records have been recovered from the Write Ahead



8

Log, does not exist in the live database, and that the last commit was to remove We can use other artifacts such as Biome App Intents from \data\private\car\mobile\Library\Biome\streams\public\AppIntent\local to build the timeline of calls between midnight and 8:59 am ET on January 29th.

| Time of Call on 2022-01-29 in EST | Partner | Partner Name | Direction | Duration | Source |
|---|---|---|---|---|---|
| 12:14:30 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:18:43 AM | 16179229234 | John Okeefe | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:29:34 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:40:34 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:40:41 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:40:48 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:41:19 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:41:26 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |



| Time of Call on 2022-01-29 in EST | Partner | Partner Name | Direction | Duration | Source |
|---|---|---|---|---|---|
| 12:41:37 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:42:56 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:45:55 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:47:29 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 12:50:15 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 4:53:15 AM | 16178036062 | ITS THE FINAL COUNT DOWN😄 combia my lord 🍵 (+161780 36062) | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 4:58:20 AM | 17815895374 | Julie Albert | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 4:59:03 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |

10

| Time of Call on 2022-01-29 in EST | Partner | Partner Name | Direction | Duration | Source |
|---|---|---|---|---|---|
| 5:01:18 AM | 16178036062 | ITS THE FINAL COUNT DOWN😊 combia my lord 🌀 (+161780 36062) | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:03:43 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:05:02 AM | 16179479554 | +1 (617) 947-9554 | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:05:11 AM | 16179479554 | +1 (617) 947-9554 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:06:00 AM | 16178036062 | ITS THE FINAL COUNT DOWN😊 combia my lord 🌀 (+161780 36062) | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:06:03 AM | 16178036062 | ITS THE FINAL COUNT DOWN😊 combia my lord 🌀 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |

| Time of Call on 2022-01-29 in EST | Partner | Partner Name | Direction | Duration | Source |
|---|---|---|---|---|---|
| | | (+161780 36062) | | | |
| 5:07:21 AM | 17818580204 | coco | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:08:26 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:09:13 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:13:47 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:16:20 AM | 16179479554 | +1 (617) 947-9554 | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:19:19 AM | 16179479554 | +1 (617) 947-9554 | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:20:01 AM | 17814136678 | Tom Beatty | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:20:46 AM | 17814136678 | Tom Beatty | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:24:21 AM | 17814136678 | Tom Beatty | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |

12

| Time of Call on 2022-01-29 in EST | Partner | Partner Name | Direction | Duration | Source |
|---|---|---|---|---|---|
| 5:25:20 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:25:26 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:25:52 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:25:53 AM | 16179479554 | +1 (617) 947-9554 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:25:56 AM | 16179479554 | +1 (617) 947-9554 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:26:01 AM | 16179479554 | +1 (617) 947-9554 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:26:08 AM | 16179479554 | +1 (617) 947-9554 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:26:14 AM | 16179479554 | +1 (617) 947-9554 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:28:05 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 5:29:47 AM | 17814136678 | Tom Beatty | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |



13

| Time of Call on 2022-01-29 in EST | Partner | Partner Name | Direction | Duration | Source |
|---|---|---|---|---|---|
| 5:30:32 AM | 17817749433 | Erin Beaty | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 5:31:08 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 5:31:16 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 5:31:45 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 5:32:24 AM | 16179479554 | +1 (617) 947-9554 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 5:32:31 AM | 16179479554 | +1 (617) 947-9554 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 5:33:47 AM | 17814136678 | Tom Beatty | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 5:52:15 AM | 16179229234 | John Okeefe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 5:52:38 AM | 17814136678 | Tom Beatty | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 5:57:05 AM | 17814136678 | Tom Beatty | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |

14

| Time of Call on 2022-01-29 in EST | Partner | Partner Name | Direction | Duration | Source |
|---|---|---|---|---|---|
| 6:03:35 AM | 911 | 911 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 6:07:40 AM | 17818580204 | coco | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 6:08:15 AM | 17818580204 | coco | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 6:23:00 AM | 16177770888 | uncle brian a | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 6:34:51 AM | 17815719835 | Matt McCabe | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 6:46:52 AM | 17815719835 | Matt McCabe | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 6:52:39 AM | 17815719835 | Matt McCabe | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 7:21:40 AM | 16179479554 | +1 (617) 947-9554 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 7:21:44 AM | 16179479554 | +1 (617) 947-9554 | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |
| 7:32:31 AM | 16175841822 | +1 (617) 584-1822 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\66 5125380914017 |

15

| Time of Call on 2022-01-29 in EST | Partner | Partner Name | Direction | Duration | Source |
|---|---|---|---|---|---|
| 7:48:52 AM | 16175841822 | Kerry Roberts | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 8:38:41 AM | 17818215090 | +1 (781) 821-5090 | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 8:45:59 AM | 16175841822 | Kerry Roberts | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 8:50:15 AM | 17814136678 | Tom Beatty | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 8:59:27 AM | 13392371658 | +1 (339) 237-1658 | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 8:59:34 AM | 16175841822 | Kerry Roberts | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 8:59:34 AM | 13392371658 | | Outgoing | 0:00:14 | private\var\mobile\Library\CallHistoryDB\CallHistory.storedata |
| 8:59:47 AM | 16175841822 | | Incoming | 0:05:29 | private\var\mobile\Library\CallHistoryDB\CallHistory.storedata |
| 9:29:35 AM | 16175841822 | Kerry Roberts | Outgoing | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 9:30:08 AM | 16175841822 | | Outgoing | 0:00:02 | private\var\mobile\Library\CallHistoryDB\CallHistory.storedata |
| 9:33:01 AM | 16175841822 | Kerry Roberts | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |

| Time of Call on 2022-01-29 in EST | Partner | Partner Name | Direction | Duration | Source |
|---|---|---|---|---|---|
| 9:33:05 AM | 16175841822 | | Incoming | 0:01:44 | private\var\mobile\Library\CallHistoryDB\CallHistory.storedata |
| 9:37:14 AM | 16175841822 | Kerry Roberts | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 9:37:22 AM | 16175841822 | | Incoming | 0:01:27 | private\var\mobile\Library\CallHistoryDB\CallHistory.storedata |
| 10:40:02 AM | 16175841822 | Kerry Roberts | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 10:40:08 AM | 16175841822 | | Incoming | 0:15:04 | private\var\mobile\Library\CallHistoryDB\CallHistory.storedata |
| 10:54:52 AM | 17813640165 | +1 (781) 364-0165 | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 10:55:03 AM | 17813640165 | | Incoming | 0:01:18 | private\var\mobile\Library\CallHistoryDB\CallHistory.storedata |
| 11:30:11 AM | 16177770888 | uncle brian a | Incoming | | private\var\mobile\Library\Biome\streams\public\AppIntent\local\665125380914017 |
| 11:30:21 AM | 16177770888 | | Incoming | 0:01:31 | private\var\mobile\Library\CallHistoryDB\CallHistory.storedata |

In addition to calls, there were a number of text messages that took place on January 29, 2022 between 12:01am and noon.



| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 12:02:19 AM | Matt McCabe (+17815719835) | MICHELLE GALLERY (+16176994152), +1 (781) 858-0142 | This was stupid game. Should of won, |
| 12:02:59 AM | Matt McCabe (+17815719835) | MICHELLE GALLERY (+16176994152), +1 (781) 858-0142 | Shame on him and trying to make it about her 1000th.  They played there game we are fine. |
| 12:05:46 AM | MICHELLE GALLERY (+16176994152) | Matt McCabe (+17815719835), +1 (781) 858-0142 | You see that last play that they forced to get it to her with 4 sec left and she had 4 players on her! 🙍 perfect example! |
| 12:13:33 AM | Matt McCabe (+17815719835) | MICHELLE GALLERY (+16176994152), +1 (781) 858-0142 | He lost that game because he was focused on her 1k. Shame |
| 12:14:02 AM | Matt McCabe (+17815719835) | MICHELLE GALLERY (+16176994152), +1 (781) 858-0142 | Why the fuck would you pull Fay who had our first 8 pts |
| 12:14:27 AM | John Okeefe (+16179229234) | +1 (781) 858-0142 | Where to? |
| 12:15:54 AM | Matt McCabe (+17815719835) | MICHELLE GALLERY (+16176994152), +1 (781) 858-0142 | I yelled at him to wake up when he took Fay out in I think the 3rd. Kierra was clearly trying to force her points. Disgusting. |
| 12:27:33 AM | Jennifer (p:+17818580142) | John Okeefe (+16179229234) | Here!? |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 12:31:47 AM | Jennifer (p:+17818580142) | John Okeefe (+16179229234) | Pulll behind me |
| 12:40:31 AM | Jennifer (p:+17818580142) | John Okeefe (+16179229234) | Hello |
| 12:42:08 AM | Jennifer (p:+17818580142) | John Okeefe (+16179229234) | Where are u |
| 12:45:53 AM | Jennifer (p:+17818580142) | John Okeefe (+16179229234) | Hello |
| 2:25:11 AM | Jennifer (p:+17818580142) | MICHELLE GALLERY (+16176994152), Matt McCabe (+17815719835) | I am disgusted!!! Can't stop thinking about it!!! Ur girls should say are we trying to win games or !?!? |
| 2:25:56 AM | Jennifer (p:+17818580142) | Denise (+13392370881), coco (+17818580204), Shelly (+17816909542) | I called dad as well but polly was there |
| 4:59:37 AM | Jennifer (p:+17818580142) | John Okeefe (+16179229234) | Please answer |
| 4:59:49 AM | Jennifer (p:+17818580142) | John Okeefe (+16179229234) | Karen is worried we need to find u |
| 5:04:40 AM | Jennifer (p:+17818580142) | John Okeefe (+16179229234) | Please answer so i know ur ok |
| 5:13:23 AM | Jennifer (p:+17818580142) | ITS THE FINAL COUNT DOWN😊 combia my lord 🎵 (+16178036062) | Does he have find my iPhone? |



19

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 5:13:48 AM | ITS THE FINAL COUNT DOWN😄 combia my lord 🌀 (+16178036062) | +1 (781) 858-0142 | we don't share it he has a separate one it's not on my phone |
| 5:14:50 AM | Jennifer (p:+17818580142) | ITS THE FINAL COUNT DOWN😊 combia my lord 🌀 (+16178036062) | Ok does she share with Karen |
| 5:15:02 AM | Jennifer (p:+17818580142) | ITS THE FINAL COUNT DOWN😊 combia my lord 🌀 (+16178036062) | Have u tried to text him? |
| 5:15:08 AM | ITS THE FINAL COUNT DOWN😊 combia my lord 🌀 (+16178036062) | +1 (781) 858-0142 | i don't think they share location they did want to |
| 5:15:15 AM | ITS THE FINAL COUNT DOWN😄 combia my lord 🌀 (+16178036062) | +1 (781) 858-0142 | i texted him a few times |
| 5:15:41 AM | Jennifer (p:+17818580142) | ITS THE FINAL COUNT DOWN😊 combia my lord 🌀 (+16178036062) | Ok. I am trying to call people.i wikl be in touch soon |
| 5:15:52 AM | ITS THE FINAL COUNT DOWN😊 combia my lord 🌀 (+16178036062) | +1 (781) 858-0142 | okay thank you |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 5:21:50 AM | Jennifer (p:+17818580142) | ITS THE FINAL COUNT DOWN😄 combia my lord 🕛 (+16178036062) | Do you know anyone he would of maybe called or met up with? |
| 5:22:20 AM | ITS THE FINAL COUNT DOWN😄 combia my lord 🕛 (+16178036062) | +1 (781) 858-0142 | we tried the cameranos but mike is sleeping and i don't know who else they met up with |
| 5:22:35 AM | ITS THE FINAL COUNT DOWN😄 combia my lord 🕛 (+16178036062) | +1 (781) 858-0142 | karen left to look for him but i don't think she's gonna find anything |
| 5:22:57 AM | Jennifer (p:+17818580142) | ITS THE FINAL COUNT DOWN😄 combia my lord 🕛 (+16178036062) | Ok. I tried too Beatty. Ok I just talked to her! |
| 5:23:38 AM | ITS THE FINAL COUNT DOWN😄 combia my lord 🕛 (+16178036062) | +1 (781) 858-0142 | i would say the currans but i don't know if they ended up going |
| 5:24:17 AM | Jennifer (p:+17818580142) | ITS THE FINAL COUNT DOWN😄 combia my lord 🕛 (+16178036062) | The currans were out with Tom. |
| 5:32:11 AM | Jennifer (e:jennm1410@hotmail.com) | Tom Beatty (+17814136678) | Can u call me please |

21

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 7:26:46 AM | Michelle Lanigan (+17812675205) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | I'd be up for a trip! And a new england thing late summer too |
| 7:26:51 AM | Jennifer (p:+17818580142) | Karen (+16179479554) | Can u send me Kerry's number |
| 7:34:12 AM | Jennifer (p:+17818580142) | Kerry Roberts (+16175841822) | Hi! It Jen McCabe. Are you on way to hospital |
| 7:36:02 AM | Kerry Roberts (+16175841822) | +1 (781) 858-0142 | They won't let anyone in |
| 7:36:10 AM | Kerry Roberts (+16175841822) | +1 (781) 858-0142 | Taking Okeefe's to canton house |
| 7:36:28 AM | Jennifer (p:+17818580142) | Kerry Roberts (+16175841822) | Have u heard anything |
| 7:55:43 AM | Jennifer (p:+17818580142) | uncle brian a (+16177770888) | Large hot with cream and sugar |
| 8:23:18 AM | Kelly M (+16178722982) | Matt McCabe (+17815719835), John M (+17814131315), +1 (781) 858-0142 | Morning! Had to share... and someone please Give me a break on this bs... Dennis posted this yesterday... |



| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 8:24:18 AM | Kelly M (+16178722982) | Matt McCabe (+17815719835), John M (+17814131315), +1 (781) 858-0142 | ^^^ That's fine …whatever…where the eyeroll comes in is that Jack reposted it …and read the comment from his MIL… can we stop with the self promotion? …. |
| 8:24:26 AM | Kelly M (+16178722982) | Matt McCabe (+17815719835), John M (+17814131315), +1 (781) 858-0142 | [OBJ][OBJ] |
| 8:27:07 AM | Kelly M (+16178722982) | Matt McCabe (+17815719835), John M (+17814131315), +1 (781) 858-0142 | Early to start on this but had to share the big bag of crazy going on! 😄 |
| 8:28:21 AM | Nicole Gerrish (+19196072538) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), +1 (781) 858-0142 | I will be in Florida for the spring slot. Florida keys? |

23

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 8:38:23 AM | Michelle Lanigan (+17812675205) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | That sounds great.. and warm! |
| 8:44:20 AM | Jennifer (p:+17818580142) | Kerry Roberts (+16175841822) | Any update? |
| 8:44:23 AM | Jen Crawley Lauren S (+16178339713) | +1 (781) 858-0142 | Good Morning! Any interest in joining? No need to be on camera! |
| 8:44:50 AM | Jennifer (p:+17818580142) | Kerry Roberts (+16175841822) | Teddy Lehan is going to call you. They were wondering where kayley was. |
| 8:45:17 AM | Kerry Roberts (+16175841822) | +1 (781) 858-0142 | He just called. |
| 8:45:20 AM | Kerry Roberts (+16175841822) | +1 (781) 858-0142 | No update |
| 8:45:33 AM | Jennifer (p:+17818580142) | Kerry Roberts (+16175841822) | Can u call me quick |
| 8:48:27 AM | Jason Roberts (+17815261340) | +1 (781) 858-0142 | I'm at Dunks, do you guys want anything?? |
| 8:53:49 AM | Julie Albert (+17815895374) | +1 (781) 858-0142 | OBJOBJ |



24

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 9:15:27 AM | ITS THE FINAL COUNT DOWN😊 combia my lord 🐤 (+16178036062) | +1 (781) 858-0142 | is everything ok |
| 9:19:27 AM | Nicole Gerrish (+19196072538) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), +1 (781) 858-0142 | I will have the minivan so I can pick you all up in Miami.  Asking my mom for resort recommendations since she has lots of friends that travel there.  Not much left for rentals cause short notice but can look for that too. |
| 9:22:35 AM | Sue (+17816083707) | Michelle Berardi (+14089101720), Sarah (+17817060575), Mary (+17819101341), Michelle Lanigan (+17812675205), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | I would love to see you all and plan a trip! Late summer would definitely work. Not sure about March/April weekend... Caitlin is on spring break that first weekend and we might do some college tours... let me know what you guys plan and if I can meet you, I will. Miss you all! Michelle, we do not have a plow guy 😔😔😔😔"I wish we did! |
| 9:30:41 AM | Jennifer (p:+17818580142) | Kerry Roberts (+16175841822) | Kayley just texted me |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 9:32:36 AM | Nicole Gerrish (+19196072538) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), +1 (781) 858-0142 | https://www.islanderfloridakeys.com/offers/winter-sale-2022 |
| 9:33:05 AM | Nicole Gerrish (+19196072538) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), +1 (781) 858-0142 | Open to other ideas too but here is an option. |
| 9:35:53 AM | Jennifer (p:+17818580142) | Kerry Roberts (+16175841822) | Kayley texted me |
| 9:38:28 AM | MICHELLE GALLERY (+16176994152) | Matt McCabe (+17815719835), +1 (781) 858-0142 | Could have easily won that game in regulation. Forcing it to Kiarra with 3 girls on her was a stupid play! |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 9:52:43 AM | Shelly (+17816909542) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), uncle brian a (+16177770888), Olivia 🖤 (+17817832988), Mom 👩‍👧👩‍👧 (+17818580142), | Happy Birthday Brian!! |

27

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | Tristin (+16177109630), Maddie 🖤🖤 (+17817837105), +1 (781) 858-0142 | |
| 9:52:50 AM | Shelly (+17816909542) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), | ï¿¼ |

28

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | uncle brian a (+16177770888), Olivia 🖤 (+17817832988), Mom 👥 👥 (+17818580142), Tristin (+16177109630), Maddie 🖤🖤 (+17817837105), +1 (781) 858-0142 | |



| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 9:52:53 AM | Shelly (+17816909542) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), uncle brian a (+16177770888), Olivia 🖤 (+17817832988), Mom 👭👭 (+17818580142), | ï¿¼ |



| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | Tristin (+16177109630), Maddie 🖤🖤 (+17817837105), +1 (781) 858-0142 | |
| 9:52:55 AM | Shelly (+17816909542) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), | OBJOBJ¿¼ |



| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | uncle brian a (+16177770888), Olivia 🖤 (+17817832988), Mom 👨‍👧👨‍👧 (+17818580142), Tristin (+16177109630), Maddie 🖤🖤 (+17817837105), +1 (781) 858-0142 | |



32

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 9:52:57 AM | Shelly (+17816909542) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), uncle brian a (+16177770888), Olivia 🖤 (+17817832988), Mom 👫👫 (+17818580142), | ï¿¼ |



| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | Tristin (+16177109630), Maddie 🖤🤍 (+17817837105), +1 (781) 858-0142 | |
| 9:53:00 AM | Shelly (+17816909542) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), | ï¿¼ |



34

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | uncle brian a (+16177770888), Olivia 🖤 (+17817832988), Mom 💇‍♀️💇‍♀️ (+17818580142), Tristin (+16177109630), Maddie 🖤🤍 (+17817837105), +1 (781) 858-0142 | |



| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 9:53:01 AM | Shelly (+17816909542) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), uncle brian a (+16177770888), Olivia ♥ (+17817832988), Mom 👮👮 (+17818580142), | ï¿¼ |



| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | Tristin (+16177109630), Maddie 🖤🖤 (+17817837105), +1 (781) 858-0142 | |
| 9:53:54 AM | Denise (+13392370881) | coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), uncle brian a (+16177770888), | Happy birthday brian! 🎂🎊 |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | Olivia 🖤 (+17817832988), Mom 👥 👥 (+17818580142), Tristin (+16177109630), Maddie 🖤🖤 (+17817837105), +1 (781) 858-0142 | |
| 9:56:26 AM | Michelle Lanigan (+17812675205) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | Grateful to you for already looking Nicole! Thank you.  That resort looks nice |
| 9:58:23 AM | Michelle Berardi (+14089101720) | Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | Yes! So we're thinking Florida That last weekend of March? The resort looks great. I'm open to anything.Just need a getaway. |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 10:00:43 AM | Nicole Gerrish (+19196072538) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), +1 (781) 858-0142 | I could do either weekend that you suggested since we are off for 3 weeks. Depends on who's in and when can make it, but I am in! |
| 10:01:46 AM | Michelle Berardi (+14089101720) | Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | Yeah!!! I'm in, so when we know from everyone else we can plan. |



| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 10:12:42 AM | Brian R (+17816902134) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), uncle brian a (+16177770888), Olivia 🖤 (+17817832988), Mom 👭👭 (+17818580142), Tristin (+16177109630), | Happy bday, Bri!ðŸŽ‚ðŸŽˆ |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | Maddie 🖤🤍 (+17817837105), +1 (781) 858-0142 | |
| 10:26:29 AM | Sarah (+17817060575) | Michelle Berardi (+14089101720), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | I can do first weekend in April not last weekend in March. But if March works for you all go for it |
| 10:27:30 AM | Michelle Lanigan (+17812675205) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | Either is good for me |
| 10:30:49 AM | Nicole Gerrish (+19196072538) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), +1 (781) 858-0142 | So March 31 - April 3rd works for MB, ML, and Sarah?<br><br>Jen, Mary??<br><br>Sue, you can do this! ðŸ˜ |



| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 10:31:07 AM | Nicole Gerrish (+19196072538) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), +1 (781) 858-0142 | There has to be a good college in the keys. |
| 10:31:18 AM | Tom Beatty (+17814136678) | +1 (781) 858-0142 | Can you let me know when or if you tell Ashley. Megan had a sleepover with Bella last night |
| 10:32:03 AM | Michelle Berardi (+14089101720) | Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | Yes, that would work well |
| 10:33:10 AM | Jennifer (p:+17818580142) | Tom Beatty (+17814136678) | Ok. Right now not saying a word until the family tells kids and family |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 10:42:05 AM | annie is to cool for u! (+17812490797) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), uncle brian a (+16177770888), Olivia 🖤 (+17817832988), Mom 👨‍👧👨‍👧 (+17818580142), Tristin (+16177109630), | Happy Birthday Brian !!!! |



43

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | Maddie 🖤🖤 (+17817837105), +1 (781) 858-0142 | |
| 10:42:08 AM | Mary (+17819101341) | Michelle Berardi (+14089101720), Sarah (+17817060575), Sue (+17816083707), Michelle Lanigan (+17812675205), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | I might be able to. Let me figure out a few things |
| 10:42:34 AM | Michelle Berardi (+14089101720) | Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | Loved â€œI might be able to. Let me figure out a few things â€ |
| 10:42:50 AM | Michelle Berardi (+14089101720) | Sarah (+17817060575), Sue (+17816083707), Mary (+17819101341), Michelle Lanigan (+17812675205), Nicole Gerrish (+19196072538), +1 (781) 858-0142 | Liked â€œThere has to be a good college in the keys. â€ |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| 11:18:03 AM | Kevin R (+17816902001) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Catiee Albertt! (+17815711091), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), uncle brian a (+16177770888), Olivia 🖤 (+17817832988), Mom 👮‍♀️👮‍♀️ (+17818580142), Tristin (+16177109630), | Happy Bday Bri 🎂🎂 |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | Maddie 🖤🖤 (+17817837105), +1 (781) 858-0142 | |
| 11:18:50 AM | Catiee Albertt! (+17815711091) | Denise (+13392370881), coco (+17818580204), Tommy My Fav Cousin (+13392377452), Jack (+17815718280), Lil Bri (+17815711406), Colie (+13392378544), annie is to cool for u! (+17812490797), Matt McCabe (+17815719835), Allie McCabe (+15082097501), Bob (+13392370882), Brian R (+17816902134), Kevin R (+17816902001), Emily (+15082097536), Kayla (+17815718278), Brendan Albert (+17815710117), uncle brian a (+16177770888), Olivia 🖤 (+17817832988), | The car bed!!! |

| Time of Call on 2022-01-29 in EST | Sender | Recipient(s) | Message |
|---|---|---|---|
| | | Mom 👍👍 (+17818580142), Tristin (+16177109630), Maddie 🖤🖤 (+17817837105), +1 (781) 858-0142 | |
| 11:51:21 AM | John M (+17814131315) | Matt McCabe (+17815719835), Kelly M (+16178722982), +1 (781) 858-0142 | So is game canceled 😴😛 |



The following shows a reconstructed chat message thread between the mobile device analyzed and a phone listed in the contacts as John Okeefe (+16179229234) on January 29, 2022

**John Okeefe (+16179229234)**

✓ Received

1/29/2022 12:14:27 AM

Where to?

**Jennifer (p:+17818580142)**

➚ Sent

1/29/2022 12:27:33 AM

Here!?

**Jennifer (p:+17818580142)**

➚ Sent

1/29/2022 12:31:47 AM

Pulll behind me

**Jennifer (p:+17818580142)**

➚ Sent

1/29/2022 12:40:31 AM

Hello

**Jennifer (p:+17818580142)**

➚ Sent

1/29/2022 12:42:08 AM

Where are u

**Jennifer (p:+17818580142)**

➚ Sent

1/29/2022 12:45:53 AM

Hello

**Jennifer (p:+17818580142)**

➚ Sent

1/29/2022 4:59:37 AM

Please answer

**Jennifer (p:+17818580142)**

➚ Sent

1/29/2022 4:59:49 AM

Karen is worried we need to find u

**Jennifer (p:+17818580142)**

➚ Sent

1/29/2022 5:04:40 AM

Please answer so i know ur ok

The following shows a chat message thread between the mobile device analyzed and a phone listed in the contacts as Matt McCabe (+17815719835) between 12:01 am and 12pm ET.



The following shows a chat message thread between the mobile device analyzed and a phone listed in the contacts as Tom Beatty (+17818580142) between 12:01 am and 12pm ET.



The following shows a chat message thread between the mobile device analyzed and a phone listed in the contacts as Kerry Roberts (+6175841822) between 12:01 am and 12pm ET January 29. 2022.

49



# Conclusion

There was a consistent phone history throughout Jan 29th including both phone calls and messages. None of these messages were user deleted, despite being marked with a red "X" in Cellebrite Physical Analyzer.