UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAREN READ,<br><br>     Plaintiff,<br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; TOWN OF CANTON; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>     Defendants. | Civil Action No. 1:25-CV-13588-DJC |

## **AFFIDAVIT OF KAREN READ**

I, Karen Read, on my oath, hereby do declare and attest as follows:

1. I am over eighteen years of age.

2. I submit this affidavit on personal knowledge in support of my opposition to the Defendants' Special Motion to Dismiss and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

3. I was acquitted by a jury of all criminal charges relating to the death of John O'Keefe III after a full and public trial that exposed pervasive investigative misconduct and corruption.

4. I did not cause, and am not responsible for, Mr. O'Keefe's death.

5. I did not strike Mr. O'Keefe with my car.

6.       I dropped Mr. Okeefe off at 34 Fairview Road in Canton, Massachusetts, and contrary to what the Commonwealth claimed in my criminal trial, and what the Defendants now assert, Mr. O'Keefe and I did not have such an altercation before I dropped him off at the Alberts' house.

7.       As a result of the Defendants' actions, I was wrongly accused of homicide for three and a half years and subjected to suspicion, arrest, two prosecutions, and public condemnation.

8.       My life was not merely turned upside down by the Defendants' misconduct, it was forever changed by the Defendants' transgressions and wrongdoing.  The years of uncertainty and unimaginable emotional distress have left lasting scars that will never heal.

9.       Not only have I suffered emotionally, but the impact of these acts has caused me substantial and irreparable financial harm.  I lost my job as a professor, my health insurance, my car and driver's license, and my house, while incurring millions of dollars in legal and expert fees to defend myself.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON
_____May 14___, 2026.

_____
KAREN READ

Dated: May 14, 2026

2