UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN READ,

       Plaintiff,

v.

MICHAEL PROCTOR, in his personal
capacity; SGT. YURIY BUKHENIK, in his
personal capacity; LT. BRIAN TULLY, in his
personal capacity; TOWN OF CANTON;
BRIAN ALBERT; NICOLE ALBERT;
JENNIFER McCABE; MATTHEW
McCABE; and BRIAN HIGGINS,

       Defendants.

Civil Action No. 1:25-CV-13588-DJC

**PLAINTIFF'S MOTION TO AMEND**
**OPPOSITION TO MOTION TO DISMISS PURSUANT**
**TO FED. R. CIV. P. 12(b)(6) AND SPECIAL MOTION TO DISMISS**

Plaintiff, Karen Read ("Ms. Read") hereby moves to amend her Opposition to the
Defendants' Special Motion to Dismiss and Motion to Dismiss Pursuant to Fed. R. Civ. P.
12(b)(6) (the "Opposition") as follows:

1.      At page 14 of her Opposition, Ms. Read includes two factual assertions that cite to
the exhibit identified as "Attachment 4" to the Declaration of Damon M. Seligson.

2.      To date, the contents of Attachment 4 have not been filed because they concern
grand jury testimony. Massachusetts law requires that grand jury minutes be maintained securely
to prevent ongoing criminal proceedings from being impeded, obstructed or interfered with. To
publish grand jury testimony, the movant must first seek to unseal the testimony by the court
with jurisdiction over the relevant underlying proceeding.

3.      Ms. Read requests leave to file an amended Declaration of Damon M. Seligson
that simply omits Attachment 4, and a minimally revised Opposition in which she instead cites to
existing Attachment 9 as support for the two statements at issue. The proposed Revised
Opposition and Amended Declaration of Damon M. Seligson are attended hereto as **Exhibits 1**
and **2**, respectively.

4.     Aside from these amendments, both the Declaration of Damon M. Seligson and the Opposition will remain unchanged.

5.     Prior to filing this motion, counsel for Ms. Read requested the assent of counsel for Defendants, Brian Albert, Nicole Albert, Jennifer McCabe, Matthew McCabe, and Brian Higgins. Defense counsel declined to assent.

Respectfully submitted,

KAREN READ,

By her attorneys,

*/s/ Charles M. Waters*
Damon M. Seligson (BBO# 632763)
Charles M. Waters (BBO# 631425)
Aaron D. Rosenberg (BBO# 684826)
Sheehan Phinney Bass & Green, PA
28 State Street, 22nd Floor
Boston, MA 02109
617.897.5600
dseligson@sheehan.com
cwaters@sheehan.com
arosenberg@sheehan.com

Dated: June 3, 2026

## CERTIFICATE OF SERVICE

I certify that, on June 3, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

*/s/ Charles M. Waters*
Charles M. Waters

2