## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:25-CV-13588-DJC |
| v. ) | |
| ) | |
| MICHAEL PROCTOR, in his personal ) | |
| capacity; SGT. YURIY BUKHENIK, in his ) | |
| personal capacity; LT. BRIAN TULLY, in ) | |
| his personal capacity; BRIAN ALBERT; ) | |
| NICOLE ALBERT; JENNIFER McCABE; ) | |
| MATTHEW McCABE; and BRIAN ) | |
| HIGGINS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SUPPLEMENTAL DECLARATION OF JAMES L. TUXBURY
## IN FURTHER SUPPORT OF MOTION TO DISMISS

I, James L. Tuxbury, on oath, hereby depose and state as follows:

1.     I am a partner at Hinckley, Allen & Snyder, LLP and counsel to Defendants Jennifer McCabe, Matthew McCabe, Brian Albert, Nicole Albert, and Brian Higgins in the above-captioned action.  I have personal knowledge of all things stated herein.

2.     Attached hereto as **Exhibit A** is a true and accurate copy of digital forensic expert Ian Whiffin's March 2025 Report titled "*Report 2 – iPhone belonging to John O'Keefe*," admitted during Ms. Read's second criminal trial held in Norfolk County Superior Court.

SUBSCRIBED AND SWORN TO UNDER THE PENALTIES OF PERJURY THIS 3rd DAY OF JUNE, 2026.

*/s/ James L. Tuxbury*
James L. Tuxbury

1

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on June 3, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

*/s/ Kieran T. Murphy*
Kieran T. Murphy
