# EXHIBIT A

# Digital Forensics Report

March 2025

# People v Karen Reed

## Report 2

## iPhone belonging to John O'Keefe

Ian Whiffin | Smarter Forensics



## **Contents**

This report is broken into the following sections:

| **Title** | **Page** |
|---|---|
| Introduction | 4 |
| Objective | 6 |
| Software | 6 |
| Extraction | 6 |
| Device Details | 7 |
| Background | 8 |
| Testing & Research (Overview) | 9 |
| Devices & iOS Versions | 9 |
| Apple Health | 10 |
| Locations | 12 |
| Battery Temperature | 12 |
| CurrentPowerLog | 13 |
| Detailed Analysis | |
| Locations | 15 |
| Apple Health | 30 |
| Altitude | 35 |
| Battery Temperature | 37 |
| Device Usage | 38 |
| Communications | 44 |
| Unified Logs: Doppler (Pocket State) | 46 |
| Backlight Events | 40 |
| Timeline | 51 |
| Report Conclusion | 55 |
| Appendix | |
| Introduction | 60 |
| Apple Health Testing | 61 |
| Locations | 72 |
| Battery Temperature | 77 |
| CurrentPowerLog Times | 80 |
| Unified Logs | 86 |



## Revisions

### Revision 1 - March 2025

- All page numbers increased by 1 due to the addition of this Revisions page.
- Page 13 (now page 14) - Within the paragraph explaining the monotonic clock calculation, the decimal fraction shown was from the offset table when it was meant to be decimal fraction from the main table. The whole number was correct.

Therefore

> The value from the timestamp field is: 1643433687.<mark>50702</mark> which, if treated as a UNIX Timestamp (number of seconds from January 1st 1970) provide a date of 29th January 2022 at 00:21:27 (UTC -5:00). This matches the value given in Axiom as the "Monotonic Date/Time".

Becomes

> The value from the timestamp field is: 1643433687.<mark>14954</mark> which, if treated as a UNIX Timestamp (number of seconds from January 1st 1970) provide a date of 29th January 2022 at 00:21:27 (UTC -5:00). This matches the value given in Axiom as the "Monotonic Date/Time".

This incorrect decimal fraction was utilized in the calculations lower down the page and resulted in a rounding error of ~0.5 seconds. This had little impact on the calculated timestamp and no impact on the explanation provided but has now been corrected.

- Page 42 (now page 43) - Removed unrequired yellow highlighting from the page.



## **Introduction**

On 16th October 2024 the USB Thumb drive was received via Canada Post.

At that time, it was sealed inside a plastic USPS bag indicating that damage had occurred while in transit.



*Padded envelope in USPS bag*



*Padded envelope showing signs of damage (Addresses have been redacted)*






*Internal envelope shows signs of damage*




The thumb drive itself was showing signs of cosmetic damage



Close up of the damage to the USB Thumb drive

Despite the signs of damage, the data copied from the thumb drive without issue.

The data on the thumb drive was a Full File System extraction of an iPhone created using GreyKey.

## Objective

- Identify the origins of the "3 flights" climbed at around 00:22 on 29th January 2022 (UTC-5).
- Identify the location of the device at that time.
- Identify any other activity of relevance.

## Software Used

| Application | Version |
|---|---|
| Physical Analyzer | 7.70 / 10.4 / 10.4.1 |
| Axiom | 8.7.0 |
| ArtEx | 2.10 |
| macos-UnifiedLogs | 1.0 |

## Extraction

| Filename | 00008030-001435991423402E_files_full.zip |
|---|---|
| Size | 125 GB (134,957,293,133 bytes) |
| SHA256 | cc1a81762624827df0c1e948eb00cd0a122e3bc08ccbb3b505894cf5549e4066 |

Physical Analyzer 10.x does not currently support hashing of extractions made using tools other than UFED. As such, Physical Analyzer 7.70 was used to hash the extraction using the SHA256 algorithm, which provided a match to the value in the supplied PDF.





## Extraction Result Summary

| Full Filesystem | 2022-01-31 16:09:41.789002 UTC |
|---|---|
| Extraction size | 125.69GB (134957293133 bytes) |

*Page 1/2*

**GRAYSHIFT**

| SHA256 | cc1a81762624827df0c1e948eb00cd0a122e3bc08ccbb3b505894cf5549e4066 |
|---|---|
| MD5 | bd5360d89dda614aeaa6f78a9226a16a |

The SHA256 Hash Algorithm is designed to be collision resistant; meaning that the probability of two different files resulting in the same hash value is approximately 4.3 z10^-60 (0.0000000000000000000000000000000000000000000000000000000000043) which is so small that it is practically negligible.

This hash value proves that the data copied from the thumb drive is the same the data that was hashed at the time the value was written to the PDF, and that it was not damaged in transit.

However, GreyKey PDF files do not have any authentication mechanism to prevent tampering with the reported validation hash, and so this hash value cannot be used on it's own to state that it is the exact data extracted from the device.

## Device Details

| Model | iPhone 11 |
|---|---|
| Serial Number | F4GFRBEQN72Q |
| IMEI | 35686411749451 |
| IME2 | 356864117404904 |
| iOS Version | iOS 15.2.1 |
| Device Name | Johnny |
| Apple ID | jjokeefe28@yahoo.com |
| MSISDN | 1.617.922.9234 |



## <u>Background</u>

**KnowledgeC.db**
**Path:** /private/var/mobile/Library/CoreDuet/Knowledge

> KnowledgeC.db is a large database at the heart of iOS which is responsible for logging many different types of activity such as Battery Level, Plugged-In State, Lock State, Backlight State, Application Focus and Application Usage amongst much more.
>
> It is a well documented source of forensic data and has been proven to be reliable.

**Healthdb_secure.db**
**Path:** /private/var/mobile/Library/Health

> Healthdb_secure.db and it's accompanying database health.db, are used by the iOS device to log physical activities of the user such as number of steps taken, distance walked, flights of stairs climbed etc. If the user owns an Apple watch, additional information such as Heart Rate may be available.
>
> Apple Health is typically considered a reliable source of data however it is best described as providing an "idea" of the physical activities at the time, rather than a definitive account.

**Cache_encryptedC.db**
**Path:** /private/var/root/Library/Caches/location

> Cache_encryptedc.db is used by iOS to store data related to health activities.
>
> The most prominent table is StepCountHistory which keeps track of total number of steps taken, distance covered, floors ascended, and floors descended.
>
> As a cache file, the data isn't stored permanently but is used as a temporary location to save data prior to aggregation and committing to the health database.

**CurrentPowerLog.PLSQL**
**Path:** /private/var/containers/Shared/SystemGroup/**GUID**/Library/BatteryLife/

> CurrentPowerLog.PLSQL and its associated zip files (which contain older versions of this file) is a database that stores information regarding the power and battery activities on the device, including where the power is being utilized and why.
>
> For example, this may include the charge state of the battery, use of the camera or flashlight and the pressing of buttons by the user.

**Cache.sqlite**

**Path:** /private/var/mobile/Library/Caches/com.apple.routined

> The Cache.sqlite database is a file used to store location information about the device whenever location services is used. This includes Latitude, Longitude, Altitude, Accuracy information, Speed, Bearing and Timestamp.

> This source is widely used and is understood to be generally accurate data however erroneous or low accuracy data can often also be observed.

> This information is predominantly used by the device to build predictions of user activity.

**Unified Logs**

**Path:** /private/var/db

> Unified Logs is a collection of files which store a vast amount of information about activity on the device.

> Despite its existence for many years, it is only recently being used for forensic purposes.

## <u>Testing & Research (Overview)</u>

Many of the items covered in this report have been subjected to previous testing. However, additional tests were carried out and documented.

The Appendix of this document contains more detailed information about the tests and conclusion which are summarised below.

**Devices & iOS Versions**

> Testing iOS devices presents a challenge regarding iOS Versions. Testing with the specific device model and OS Version would always be preferable in any research and testing scenario but this is not always possible due to restrictions Apple have implemented.

> Apple typically prevent the installation of older versions of their Operating System iOS. This means that as a researcher, it is almost impossible to install the required OS version on a test device, and there are challenges in finding a specific model device with the specific version of iOS required.

> To mitigate this issue, testing was conducted on a variety of iPhone models and iOS versions including iOS15.2.1 - the iOS version found on John's iPhone.

> Ultimately however, even with the same device model, and version of iOS, it is impossible to account for all factors such as settings, bugs, malfunctions, environmental conditions,

network signal and/or interference etc. Therefore, any research into a specific artifact can only provide evidence of generally expected or possible behaviour.

### Apple Heath Overview

Health Data is typically recorded in the background of the phone. It is not necessary to have any specific application open, nor does the device need to be unlocked. The exception to this is if the user is recording a "workout" or is manually adding data they want to keep track of.

It has been researched and tested by many examiners, including myself, since it was released in 2014. Usually, this research focuses on the data obtained from the **healthdb_secure.sqlite** database found at the path */private/var/mobile/Library/Health*.

A lesser used database for Health data is **cache_encryptedC.sqlite** which is found at the path */private/var/root/Library/Caches/locationd*.

**cache_encryptedC.sqlite** is the raw data related to Steps and Flights that is aggregated by the device and subsequently written to the **healthdb_secure.sqlite** database.

iOS Health data has been found to provide a reasonably accurate representation of the user's health related activity and a reliable picture of the user's movements.

When steps are recorded, the user almost certainly was moving/walking, even if the exact number of steps taken, or distance recorded may not be entirely accurate.

Flights of stairs are recorded in healthdb_secure.sqlite only when the user is ascending and not when descending. Apple defines a Flight as "approximately 10 feet (3 meters) of elevation gain (approximately 16 steps)."



*Apple's definition of a "Flight of stairs" as per the Health App*

### Apple Health Data in Physical Analyzer

Physical Analyzer (PA) only decodes the data found within the healthdb_secure.sqlite database. Due to the extremely large number of records that could be present, PA represents the parsed data as a series of hour-long time segments. Selection of a specific segment will then offer a more granular view of the data. For example, selecting the time period shown here:



| From | To | Measurements | Total samples count | Max heartrate | Distance Traveled |
|---|---|---|---|---|---|
| 2024-07-04 10:00:00 PM(UTC+0) | 2024-07-04 11:00:00 PM(UTC+0) | Energy Burned<br>Steps<br>Distance Traveled | 19 | 0 | 238.36 |

Produces a Graph/Table of the data from within the selected time period which contains more detailed data.



The values shown in the aggregated record is a total number of Steps (or Distance, Calories Burned etc.) over the time period selected.

The granular view of the data presents only one timestamp per record. This is the start time for the "sampling" that iOS performs to determine when activity occurred.

**Table**

| Timestamp | Units | Value |
|---|---|---|
| 7/4/2024 10:02:51 PM | Steps | 18 |
| 7/4/2024 10:15:06 PM | Steps | 113 |
| 7/4/2024 10:25:09 PM | Steps | 70 |
| 7/4/2024 10:54:27 PM | Steps | 12 |



PA does not show the end timestamp for the sampling period, but this data is available in the database and can be checked manually if required.

All Health activity records therefore have a Start and End Time, and the listed activity which took place somewhere in between.

The **cache_encryptedC.sqlite** database contains even more granular data and includes timestamps of when each activity was detected.

### Flights Climbed

Numerous tests were conducted on a variety of devices to understand when a flight climb event occurred and how accurate the recording was.

The full details of this testing can be found in Appendix 1 of this document, but testing can be summarized as follows.

1. A flight climb event is only recognized by the device once the altitude has increased significantly enough and the device considers that it was being walked.
   From testing, this appears to take place approximately 15 to 35 seconds after the flight climb event completed but this may be affected by the speed being travelled.
2. It is possible that altitude changes detected while the device is travelling in a vehicle *can* result in Flight Climb events. This is notably impacted by how the device is being held.

### Locations

The full details of this testing can be found in Appendix 2 of this document.

The most accurate location data available on an iOS device is derived from the **cache.sqlite** database found at *private/var/mobile/Library/Caches/com.apple.routined*.

Typically, the data stored in this database has been found to be correct. However, being correct does not necessarily mean high accuracy. Some records may show a low accuracy value of over a mile. Although the device is likely within that mile radius and is therefore correct, it isn't accurate or useful.

### Battery Temperature

The full details of this testing can be found in Appendix 3 of this document.

An internal temperature sensor monitors the temperature of the battery, but this sensor is also affected by ambient temperatures. While it cannot be used to identify the ambient temperature, it can be used to identify increases or decreases in the temperature within the environment that the device is physically located in.

**CurrentPowerLog Timestamps**

The full details of this testing can be found in Appendix 4 of this document.

Almost all timestamps stored on mobile devices are stored as a number of units from a fixed point in time. For example, a MAC Timestamp is stored as the number of seconds since midnight on 1st January 2001, whereas a UNIX Timestamp is the number of seconds since midnight on 1st January 1970.

These timestamps are typically also stored as UTC times and require the application of a time zone offset to find the time in the device's location. This means that making changes to the devices time zone, or changes to the daylight savings state, has no affect on the saved timestamp.

However, these timestamps are affected if the device time is manually changed by the user.

For example, if a user changes the devices clock to be an hour before the actual time, the timestamp recorded on the device will be off by an hour.

To mitigate issues that this could cause, iOS PowerLogs utilize a "Monotonic Clock" which is simply a counter which can only ever increase. Monotonic Clocks are used for important tasks such as power management, where miscalculations caused by time changes could be problematic.

The PowerLogs database also keeps a log of the current "Monotonic Time" and the difference from the actual time, according to both the Baseband and System (Display) time.

This system of time keeping can cause confusion for forensic examiners as they may find themselves viewing a record which contains a monotonic timestamp and mistakenly believe it to be an actual timestamp.

While forensic tools perform the required calculation behind the scenes, it is difficult to verify the correct time if the concept of a Monotonic Timestamp is not understood.

Magnet Axiom takes the approach of showing 3 timestamps for these PowerLog records.

For example, this is a record from John's iPhone:

| | |
|---|---|
| Monotonic Date/Time | 2022-01-29 12:21:27.150 AM |
| Baseband Date/Time | 2022-01-29 12:18:23.649 AM |
| Display Date/Time | 2022-01-29 12:18:25.965 AM |

This presents the user with 3 timestamps with a difference of 3 minutes and 5 seconds between the Monotonic and Baseband timestamp and 3 minutes and 2 seconds between the Monotonic and Display timestamp.

The Monotonic Date/Time is the value from the PowerLogs' timestamp field and is not the actual date/time of the event. To find the actual time, it requires offsetting against a value found elsewhere in the database.

Axiom performs this calculation for the user and presents it as Baseband and Display timestamps.

The artifact above references record 45705 of the PLSPRINGBOARDAGENT_EVENTFORWARD_SBLOCK table and record 9039 of the PLSTORAGEOPERATOR_EVENTFORWARD_TIMEOFFSET table:

Location     Table: PLSPRINGBOARDAGENT_EVENTFORWARD_SBLOCK(ID: 45705)

             Table: PLSTORAGEOPERATOR_EVENTFORWARD_TIMEOFFSET(ID: 9039)

These records show:

| # | ID | timestamp | Locked |
|---|----|-----------|--------|
| 10 | 45705 | 1643433687.14954 | 0 |

| # | ID | timestamp | baseband | kernel | system |
|---|----|-----------|----------|--------|--------|
| 271 | 9039 | 1643433683.50702 | -183.500919222832 | -1622526245.8196 | -181.184764146805 |

The value from the **timestamp** field is: 1643433687.14954 which, if treated as a UNIX Timestamp (number of seconds from January 1st 1970) provide a date of 29th January 2022 at 00:21:27 (UTC -5:00). This matches the value given in Axiom as the "Monotonic Date/Time".

If the timestamp and baseband values are added together:
1643433687.14954 + -183.500919222832 = 1643433503.648621

If this result of 1643433503.648621 is treated as a UNIX timestamp, then the date is 29th January 2022 at 00:18:23 (UTC -5:00) which is equal to the time shown in Axiom as the "Baseband Date/Time" (Allowing for rounding differences).

If the timestamp and system values are added together:
1643433687.14954 + -181.184764146805 = 1643433505.964776

If this result of 1643433505.964776 is treated as a UNIX timestamp, then the date is 29th January 2022 at 00:18:25 (UTC -5:00) which is equal to the time shown in Axiom as the Display Date/Time (Allowing for rounding differences).

The result is that the actual time that is of interest to the examiner is the System Time which is the result of adding the record timestamp (The Monotonic Time) to the System offset.

Further testing is available in Appendix 4, but the conclusion is that the Monotonic timestamp is **not** an actual timestamp and should not be interpreted as such. Further to

this, Monotonic timestamps are **only** used for CurrentPowerLog records, not Health or Location, which both use the System (Display) Date and Time timestamps.

## Detailed Analysis - Locations

The cache.sqlite database contains 963 location records with a timestamp between midnight and 6AM (Local Time) on the 29th January 2022. However, many of these records are low accuracy.

Low accuracy records could be the result of the application making the request or the devices inability to obtain accurate location data.

When an application or service request's location data from the operating system, it must specify the required accuracy. For example, a Weather application only needs to know the approximate location of the device and so requests low accuracy location data. Whereas a navigation application would require the highest accuracy information available and request such data.

Even requests for high accuracy data may record low accuracy location data if the device is unable to obtain high accuracy data. This can be affected by many factors including, but not limited to, weather conditions, geography or interference.

The device has several methods for obtaining location data including GPS, WiFi, Cell Tower and Bluetooth, and each method has it's own range of accuracy.



*All location records from cache.sqlite's ZRTCLLOCATIONMO table showing with accuracy radius*

Focusing only on records with an accuracy of 65m or better, reduces the number of records to 523 which are split into 2 areas as highlighted on the map below.





*All location records from cache.sqlite's ZRTCLLOCATIONMO table with an accuracy better than 65m.*

The data starts at around 00:12:05 where there are 6 records showing on Washington St near Forge Pond.



These 6 records range in accuracy between 51m and 10m.

There is then a lack of high accuracy location records until several minutes later when the device is at Dedham Street by Cedarcrest Road at 00:19:33.



At that time, the accuracy is reported as 55m but as the device continues travelling north-west, the accuracy improves to 5m.

Course and Speed information is available on these records and shows a north-western bearing at fluctuating speeds around 20 to 30 mph implying that the device was in a vehicle at that time.

At around 00:20:43, the device turns left on to MapleCroft Road.





All records continue to provide an accuracy of 5 or 6m and include bearing information which conforms to the road layout at speeds of ranging between 10 and 20mph. The fluctuation in speed appears to occur in line with the STOP signage on the street.

The device continues South-East on Oakdale Rd, turning right onto Cedarcrest Rd at around 00:22:43.



As before, the accuracy was reported as being 5m, and the bearing conforms to the road and the speed is fluctuating between 10 to 30mph. The fluctuations in speed conform to the STOP signage on the street.

The device continues west along Cedarcrest Road and follows the right curve for around 100m.



Records continue to show 5m accuracy with a bearing which conforms to the road at a speed of around 9 to 25mph. Again, the fluctuations appear in line with the STOP signage on the street with the exception of Cedarcrest Rd x Kings Road where the speed recorded does not drop below 17mph.

6 | The device turns around on Cedarcrest Road and heads south, turning right onto Fairview Rd at around 00:24:18.



Records still show 5m accuracy with a bearing which conforms to the road at a speed of around 20mph or under.

7 | The device comes to a complete stop on Fairview Road at 00:24:38.





Over the next 30 seconds, another 30 records are recorded all around the same location and with the same accuracy of 5m and same southern bearing.



At 00:25:30, a location record was written with accuracy of a lower value of 34m. This tolerance includes the location the device was previously at while stationary.
Of note is that the location record now shows a western bearing.



Over the next 6 seconds, several more location records were saved with a central coordinate further west than before but with varied accuracies, first starting at 61m and reducing to 17m.



All of these tolerances include the original location at the side of the road and all of these records show a Western or South-Western bearing.

Between 00:25:37 and 00:27:35 there are no location data records at all.

At 00:27:35, location data starts to be recorded again but with much lower accuracy than before. 53 records were recorded between 00:27:35 and 00:38:06 all with an average accuracy of around 1500m.



At 00:38:12, the accuracy began to improve again with a record with an accuracy of 89m.





This record was followed by 9 more records over the next 13 seconds with each one increasing in recorded accuracy.

| Z_PK | Timestamp | Lat | Long | Accuracy (m) |
| --- | --- | --- | --- | --- |
| 874186 | 00:38:13 (-5:00) | 42.1742261 | -71.1537095 | 43 |
| 874196 | 00:38:14 (-5:00) | 42.1742261 | -71.1537095 | 43 |
| 874188 | 00:38:15 (-5:00) | 42.1742261 | -71.1537095 | 26 |
| 874189 | 00:38:16 (-5:00) | 42.1742261 | -71.1537095 | 18 |
| 874187 | 00:38:17 (-5:00) | 42.1742261 | -71.1537095 | 14 |
| 874197 | 00:38:18 (-5:00) | 42.1742261 | -71.1537095 | 12 |
| 874195 | 00:38:19 (-5:00) | 42.1742261 | -71.1537095 | 10 |
| 874190 | 00:38:20 (-5:00) | 42.1742261 | -71.1537095 | 8 |
| 874191 | 00:38:21 (-5:00) | 42.1742261 | -71.1537095 | 7 |

It can be noted that this table has Z_PK numbers that do not increase proportionally to the timestamp.

The table above is ordered by Timestamp, resulting in the Z_PK being out of order. This is common and appears to be due to the time taken to calculate the devices' location in some cases. Regardless of the numbering order, the timestamp and location data have been found to be an accurate representation of the device's location an overwhelming amount of the time.

Most of these records included a tolerance that included the original location at the side of the road as can be seen in the image below.



5 seconds later, the next location record started to lose accuracy again at 35m, and this was followed by a series of 20 low accuracy records between 00:38:43 and 00:52:59 with accuracy values ranging between 265m and 1414m.

The next several hours is a mix of records with high accuracy and low accuracy values.

An arrow highlights the Fairview Road address on maps which are zoomed out.





00:53:05 – 00:53:11
7 Records
Ranging in accuracy from 78m to 7m.



00:55:33 – 00:59:25
16 Records
Average accuracy of ~1400m
Final record of this set is at 00:59:25
and shows an accuracy of 130m.



00:59:26 – 00:59:29
4 Records
Range in accuracy starting at 46m
and reducing to 19m





01:00:26 – 01:06:01
9 Records
Accuracy averages around ~1400m



01:06:08 – 01:06:17
10 Records
Range in accuracy between 105m and 7m.



01:07:56 – 01:18:38
48 Records
Average accuracy of ~1400m





01:18:46 – 01:19:00
11 Records
Range in accuracy between 69m and 9m.



01:24:09 – 01:32:11
4 Records
All with accuracy 2594m



01:32:17 – 01:32:23
7 Records
Range in accuracy between 97m and 11m.





01:43:18 – 01:46:17
10 Records
Average accuracy is around 1400m. Some as high as 2594m and some as low as 901m.

This includes some low accuracy records that are both correct and some low accuracy records which are incorrect.



01:46:25 – 01:46:31
7 Records
Range in accuracy between 72m and 12m

From the analysis of the location data, this behaviour is observed to occur in waves of high accuracy and low accuracy.

Between 2am and 6am, a total of 357 Location records were recorded with various accuracy values.



| Range | Map | Count |
|-------|-----|-------|
| < 10m | | 19 Records |
| 10m - 24m | | 64 Records |
| 25m – 99m | | 45 Records |



| 100m – 500m | | 14 Records |
|---|---|---|
| > 500m | | 215 Records |

**Summary**

The Location data on this device contains a vast number of records while travelling between 00:19:33 and 00:24:38. These records all have a high Horizontal Accuracy value as well as bearing and speed information which conforms to the streets being travelled.

The device arrived outside 34 Fairview Road at 00:24:38 where it remained static for about 30 seconds.

At 00:25:30, the device's bearing shifts to a westerly direction as location records also show the device moving west from the roadside towards the house.

At the same time, the horizontal accuracy is seen to decline and despite the movement of the central coordinate, the accuracy radius always increases to include the position on the road where accuracy had been high.

From the combination of device location and bearing, it does appear that the device started to move towards the house. However, since the bearing information appears based on the location records rather than the direction the device is facing, it is difficult to say with any degree of certainty if the device actually moved.

This location data is immediately followed by 12 minutes of low accuracy records which offer no reliable location information.

The reason for such low accuracy location data at this time is not known as there are many possible reasons why the accuracy was be reduced. This could include reasons such as the device entered a building/covered area, the result of weather conditions, geography, poor connectivity or interference to name a few.

It is known that the device was not being used at this time, which would reduce the call for location information.

At 00:38:13 when the device begins recording higher accuracy information again, the data centers on a location slightly closer to the house than the roadside, although several records show the same center coordinate with differing accuracy radii. Some of these location records are shown on the below map in white.

Over the next few hours, the GPS coordinate and the associated accuracy radius jumps around numerus times between the house and the road.

Some of these records are shown on the below map in Black.

1) 5 seconds of location data (5 locations) between 00:38:16 and 00:38:21. The lowest accuracy of 18m and the highest accuracy of 7m are shown in white and is the closest location recorded to the house (Taking into account accuracy information).
2) 5 seconds of location data (5 locations) between 00:53:07 and 00:53:11. The lowest accuracy of 18m and the highest accuracy of 7m  are shown in black.





While location data from this data source (cache.sqlite) is usually able to identify the location of the device with a high degree of accuracy and reliability, these records are so close that making a distinction between the device's actual location on the front garden is impossible.

If the location records are limited to just the records between 00:25 and 06:00 and with an accuracy radius of 10m or less, there are 46 records, all of which fall within the red circle shown below.



## **Detailed Analysis - Apple Health**

The health data provided on the device between midnight and 06:00hrs on 29th January 2022 is as follows:

| StartTime (-5:00) | EndTime (-5:00) | Activity | MetaData | Source |
|---|---|---|---|---|
| 00:11:09 | 00:21:05 | Health Activity (Steps) | **Steps**: 170 <br> **Walking/Running Distance**: 99.6 m <br><br> **Creation Date**:   00:22:11 (-5:00) | healthdb_secure.sqlite [samples: 36628] <br><br> healthdb_secure.sqlite [samples: 36629] |
| 00:21:10 | 00:24:22 | Health Activity (Walking/Running Distance) | **Steps**: 80 <br> **Walking/Running Distance**: 87.74 m <br><br> **Creation Date**:   00:33:14 (-5:00) | healthdb_secure.sqlite [samples: 36630] <br><br> healthdb_secure.sqlite [samples: 36631] |
| 00:22:14 | 00:24:37 | Health Activity (Flights Climbed) | **Flights Climbed**: 3 <br><br> **Creation Date**:   00:33:14 (-5:00) | healthdb_secure.sqlite [samples: 36632] |
| 00:31:56 | 00:32:16 | Health Activity (Steps) | **Steps**: 36 <br> **Walking/Running Distance**: 25.46 m <br><br> **Creation Date**:   00:42:58 (-5:00) | healthdb_secure.sqlite [samples: 36633] <br><br> healthdb_secure.sqlite [samples: 36634] |

*All records were generated by the phone itself and not with a connected device such as an Apple Watch.*
*The Created Date is when the record was committed to the database and is **always** after the activity has ended.*

There is no health activity recorded between 00:32:17 and 06:04.

The next health activity recorded was at 06:04:02 and shown below between 06:00 and 07:00.

| StartTime (-5:00) | EndTime (-5:00) | Activity | MetaData | Source |
|---|---|---|---|---|
| 06:04:01 | 06:11:30 | Health Activity (Steps) | **Steps**: 432<br><br>**Walking/Running Distance**: 201.1 m<br>**Creation Date:** 06:15:08 (-5:00) | healthdb_secure.sqlite [samples: 36635]<br><br>healthdb_secure.sqlite [samples: 36636] |
| 06:15:14 | 06:21:21 | Health Activity (Steps) | **Steps**: 180<br>**Walking/Running Distance**: 121.86 m<br>**Creation Date**: 06:27:54 (-5:00) | healthdb_secure.sqlite [samples: 36637]<br><br>healthdb_secure.sqlite [samples: 36638] |
| 06:26:17 | 06:34:44 | Health Activity (Walking/Running Distance) | **Steps**: 173<br>**Walking/Running Distance**: 116.69 m<br><br>**Creation Date**: 06:38:05 (-5:00) | healthdb_secure.sqlite [samples: 36639]<br><br>healthdb_secure.sqlite [samples: 36640] |
| 06:36:16 | 06:43:19 | Health Activity (Steps) | **Steps**: 192<br>**Walking/Running Distance**: 128.4 m<br><br>**Creation Date**: 06:49:27 (-5:00) | healthdb_secure.sqlite [samples: 36641]<br><br>healthdb_secure.sqlite [samples: 36642] |
| 06:43:31 | 06:55:05 | Health Activity (Flights Climbed) | **Flights Climbed**: 1<br><br>**Creation Date**: 07:00:47 (-5:00) | healthdb_secure.sqlite [samples: 36643] |
| 06:55:05 | 07:04:46 | Health Activity (Walking/Running Distance) | **Steps**: 298<br>**Walking/Running Distance**: 193.45 m<br><br>**Creation Date**: 07:06:46 (-5:00) | healthdb_secure.sqlite [samples: 36644]<br><br>healthdb_secure.sqlite [samples: 36645] |

The "3 Flights Climbed" Health Activity which occurred between 00:22:14 and 00:24:37 occurred while the device was still in a vehicle being driven along Oakdale Rd to Cedarcrest Rd, eventually arriving outside 34 Fairview Rd.

As detailed in the Appendix, Health and Location data both rely on the same (System (Display) Date and Time timestamp) clock when recording data. This means that correlations can be made between where the device was at the time that a health record states an activity occurred.

The location of the device (taken from the above Location section) at the start and end time of the "3 Flights" activity is shown on the map. Based on the time reference from 2022-01-29 12:22:14 AM to 2022-01-29 12:24:37 AM, the correlation between the health and location data demonstrates vehicle travel from Oakdale Rd to 34 Fairview Rd.



The cache_encryptedC.db database (raw data related to Steps and Flights), includes the following, more detailed information:

| id | StartTime | Total Floors Ascended | Comment |
|---|---|---|---|
| 681670 | 00:22:17 | 1882 | Flight ascent detected. |
| 681676 | 00:22:32 | 1883 | Flight ascent detected. |
| 681712 | 00:24:37 | 1884 | Flight ascent detected. |
| | | Delta: 3 Floors | |

The flight climb at 00:24:37 is the last flight climb event recorded on the device until 06:55.

| id | StartTime | Total Floors Ascended | Comment |
|---|---|---|---|
| 682126 | 06:55:05 | 1885 | |

The data above indicates that the first "Flight Climb" event was detected at around 00:22:17, the second at 00:22:32 and the third at 00:24:37. This data can also be compared to the location data found in cache.sqlite and these times are highlighted on the map below.





As documented in detail in Appendix 1 (Vehicular Travel Test 1 and Test 2), testing has proven that it is possible for the device to record flight climbs events while it is in a vehicle.

The tests successfully and repeatedly documented multiple flight climb events while the device was travelling in a vehicle when the following conditions were met;

- Device must be registering an increase in altitude.
- Device must be held (and therefore subject to more movement other than if it was cradled).

The testing included travel at up to 50km/hr (~31mph) which far exceeds the walking/running speed of humans and yet was still considered to be a flight climb event.

As also documented, the times in cache_encryptedC.db are typically in the region of 15 to 55 seconds **after** the ascent actually occurred, meaning that the "flight climbs" actually occurred at sometime around 00:22:03, 00:22:17 and 00:24:22.

The final health activity of note on John's phone can be seen to have occurred between 00:31:56 and 00:32:16 during which 36 steps were recorded covering a distance of 25.4m (according to healthdb_secure.db).

The cache_encryptedC.db shows the following steps being taken in more detail than healthdb_secure.sqlite.

| id | StartTime | Total Stemp Count | Delta | Total |
|---|---|---|---|---|
| 681714 | 00:31:56 | 1244834 | - | - |
| 681715 | 00:31:58 | 1244843 | 9 | 9 |
| 681716 | 00:32:01 | 1244849 | 6 | 15 |
| 681717 | 00:32:03 | 1244854 | 5 | 20 |

| 681718 | 00:32:06 | 1244856 | 2 | 22 |
|---|---|---|---|---|
| 681719 | 00:32:08 | 1244858 | 2 | 24 |
| 681720 | 00:32:11 | 1244862 | 4 | 28 |
| 681721 | 00:32:13 | 1244865 | 3 | 31 |
| 681722 | 00:32:16 | 1244870 | 5 | 36 |

In total, between 00:00 and 00:35, there were 205 records made in the cache_encryptedC.db database as shown in the graph below. The shaded area represents the arrival at Fairview Road through to the final health record at 00:32:16.



This shows that that upon arrival at Fairview Road, there was an approximately 6-minute period between 00:24:30 and 00:31:56 where no steps were recorded, indicating that no movement occurred.

At 00:31:56 the device began moving for a period of 20 seconds. This was the last movement recorded on the device prior to 06:00.

**Summary**

Correlations between the Health and Location data, along with the results of research and testing, provide clarity that the device was travelling in a vehicle at the time of the Flight Climb events.

There is no evidence of a Flight Climb event occurring once the device had arrived at Fairview Road and the health data suggests that a total of only 36 steps were taken at this location, after being stationary for over 6 minutes.

## Detailed Analysis - Altitude

Altitude on an iPhone is recorded via the use of a barometer and/or GPS and the information is recorded alongside the Location data in ZRTCLLOCATIONMO.

The Altitude information from ZRTCLLOCATIONMO was compared to the times of the 3 Flight Climbs found in the Health data (cache_encryptedC.db), which was also compared to altitude data found on **https://en-ca.topographic-map.com**.

| Timestamp of Flight Climb End (cache_encryptedC) | Timestamp of Location Data (Cache.sqlite) | Altitude according to device (Cache.sqlite) | Altitude according to https://en-ca.topographic-map.com |
|---|---|---|---|
| 00:22:17 | 00:22:17 | 47.2m | 47m |
| 00:22:32 | 00:22:32 | 49.4m | 50m |
| 00:24:37 | 00:24:37 | 26.2m | 27m |

This data only shows a fraction of the information available from the ZRTCLLOCATIOMO table. In total, there were 178 locations recorded between 00:21:41 and 00:24:38 with various altitude measurements ranging between 50m and 27m.

These 178 records are plotted into the graph below. Lines have been placed at the times of the Flight Climb events according to the cache_encryptedC.db data, and a gradient of the same color has been placed 15 seconds earlier as per the research suggesting this was the time of the actual flight climb event.



The gradient areas each show an increase in altitude that meets the necessary 3m altitude gain threshold for Apple iOS to trigger an ascended flight event record created in the cache_encryptedC.db database.



The Red gradient shows an increase in altitude from ~42m to ~45m.
The Green gradient shows an increase in altitude from ~45m to ~48m.
The Orange gradient shows an increase in altitude from ~25m to ~28m.

In each of these cases, the necessary 3m increase in altitude was recorded.

Any other 3m increase in altitude which did not result in a Flight Climb event is likely due to the movement of the phone at the time as it may not have been sufficient movement to be considered walking.

A detailed altitude map from **https://en-ca.topographic-map.com** is shown below covering several of the points during the times of the 3 flight events.



| Legend | | |
|---|---|---|
| (41) Altitude of the location according to https://en-ca.topographic-map.com | (1) Location of the device according to cache.sqlite at time of the cache_encryptedC.db record (Color matched to above graph) | Location of device approximately 15 to 30 seconds before the cache_encryptedC.db record (Color matched to above graph) |



When viewing all of the information above, it can be seen that during the time period of 00:22:14 and 00:24:37, the device was driving along roads with various altitudes, and that these changes in altitude were registered by iOS.

**Conclusion**

Given the demonstrable fact that changes in altitude can be mistaken for flight climb events when travelling in a vehicle, and taking into account the location data of John's device at the time of the 3 Flight Climb events which shows that the device was in a vehicle at the time, it is without doubt that the 3 flight climb events were, although recorded as stairs being climbed, were not actual flight of stairs climbed.

## Detailed Analysis - Battery Temperature

iPhones log the Battery Temperature in the KnowledgeC database. Although this is not an ambient temperature sensor, it is affected by the environment the device is in and while it can be affected by activity such as device charging and usage, it is possible to use to indicate increases and decreases in ambient temperature.

John's phone shows the following temperature data overnight.

| StartTime | Temperature | Source |
|---|---|---|
| 28th January | | |
| 20:43:00 (-5:00) | Battery Temperature: 25c \| 77f | knowledgeC.db [ZOBJECT: 734077] |
| 21:39:00 (-5:00) | Battery Temperature: 28c \| 82f | knowledgeC.db [ZOBJECT: 734339] |
| 22:18:00 (-5:00) | Battery Temperature: 30c \| 86f | knowledgeC.db [ZOBJECT: 734587] |
| 22:40:00 (-5:00) | Battery Temperature: 28c \| 82f | knowledgeC.db [ZOBJECT: 734665] |
| 23:28:00 (-5:00) | Battery Temperature: 30c \| 86f | knowledgeC.db [ZOBJECT: 734735] |
| 29th January | | |
| 00:13:00 (-5:00) | Battery Temperature: 28c \| 82f | knowledgeC.db [ZOBJECT: 734913] |
| 00:22:00 (-5:00) | Battery Temperature: 25c \| 77f | knowledgeC.db [ZOBJECT: 735002] |
| 00:37:00 (-5:00) | Battery Temperature: 22c \| 72f | knowledgeC.db [ZOBJECT: 735140] |
| 00:45:00 (-5:00) | Battery Temperature: 19c \| 66f | knowledgeC.db [ZOBJECT: 735213] |
| 00:53:00 (-5:00) | Battery Temperature: 16c \| 61f | knowledgeC.db [ZOBJECT: 735241] |
| 01:07:00 (-5:00) | Battery Temperature: 13c \| 55f | knowledgeC.db [ZOBJECT: 735313] |
| 01:36:00 (-5:00) | Battery Temperature: 10c \| 50f | knowledgeC.db [ZOBJECT: 735394] |
| 06:06:00 (-5:00) | Battery Temperature: 6c \| 43f | knowledgeC.db [ZOBJECT: 735815] |
| 06:14:00 (-5:00) | Battery Temperature: 3c \| 37f | knowledgeC.db [ZOBJECT: 735816] |
| 06:35:00 (-5:00) | Battery Temperature: 6c \| 43f | knowledgeC.db [ZOBJECT: 735851] |
| 06:40:00 (-5:00) | Battery Temperature: 10c \| 50f | knowledgeC.db [ZOBJECT: 735869] |
| 06:48:00 (-5:00) | Battery Temperature: 13c \| 55f | knowledgeC.db [ZOBJECT: 735876] |
| 06:56:00 (-5:00) | Battery Temperature: 16c \| 61f | knowledgeC.db [ZOBJECT: 735877] |

When plotted onto a graph, small fluctuations can be seen in temperature between 20:30 on the 28th January and 00:13 on the 29th January.

At that point, the battery temperature begins a decline lasting several hours and reaching its lowest temperature at 06:14 when the temperature reached 3 Celsius / 37 Fahrenheit.

A large gap can be seen between 01:36 and 06:14 where no temperature readings were recorded. Although this gap is larger than typically observed, this kind of unpredictable cadence is not entirely unusual.



As demonstrated in the Battery Temperature testing in Appendix 3, the Battery Temperature appears very responsive to external temperature changes even though that is not the purpose of the sensor.

There are no records on this device that suggest it moved from a cold to a warm environment until after 06:14.

The 5+ hour gap in records between 01:36 and 06:06 leaves open the possibility that a positive upswing in temperature occurred but wasn't recorded. However, the temperature at both ends of that gap appears consistent enough to suggest that was not the case.

## <u>Detailed Analysis - Device Usage</u>

The device usage was checked for Lock/Unlock events, Application Usage and Backlight events. Unlock events are colored Green, and lock events are coloured Red.

Note that this database records within 1 second resolution. This means that multiple records can appear with the same timestamp and a row id that appears out of order. This is expected behaviour and has been accounted for in the blow table.

| Start Time (UTC-5:00) | End Time (UTC-5:00) | Details | Comments | Source |
|---|---|---|---|---|
| 00:12:52 | 00:12:59 | Device Unlocked | Unlocked with biometric<br><br>Unified logs show **Transition: locked -> inBioUnlock** at 00:12:47:795<br><br>Unified logs show **hasPasscode:NO** at 00:12:47:826 | knowledgeC.db [ZOBJECT: 734908] |

| | | | | |
|---|---|---|---|---|
| 00:12:52 | 00:12:57 | Application Focus (com.apple.MobileSMS) | Duration: 5s<br><br>*Lack of transitionReason indicates that 'Messages' was focused as a result of being on screen when the device locked previously.* | knowledgeC.db [ZOBJECT: 734902] |
| 00:12:57 | 00:12:57 | Application Focus End (com.apple.MobileSMS) | transitionReason.systemgesture<br><br>*'SystemGesture' indicates that the application was closed by the user by way of swiping up from the bottom of the screen.* | knowledgeC.db [ZOBJECT: 734903] |
| 00:12:59 | 00:13:54 | Device Locked | *A power button press was logged at this time in CurrentPowerLog.PLSQL<br><br>*User manually locked the device.* | knowledgeC.db [ZOBJECT: 734916] |
| 00:13:54 | 00:14:29 | Device Unlocked | Unlocked with biometric<br><br>*Unified logs show **Transition: locked -> inBioUnlock** at 00:13:54:539*<br><br>*Unified logs show **hasPasscode:NO** method at 00:13:54:559* | knowledgeC.db [ZOBJECT: 734923] Unified Logs |
| 00:13:57 | 00:14:29 | Application Focus (com.apple.MobileSMS) | Duration: 32s<br><br>transitionReason.homescreen<br><br>*User launched the Messages application from the home screen icon.* | knowledgeC.db [ZOBJECT: 734920] |
| 00:14:29 | 00:15:46 | Device Locked | *A power button press was logged at this time in CurrentPowerLog.PLSQL<br><br>*User manually locked the device.* | knowledgeC.db [ZOBJECT: 734947] |
| 00:15:46 | 00:16:03 | Device Unlocked | Unlocked with biometric<br><br>*Unified logs show **Transition: locked -> inBioUnlock** at 00:15:45:820*<br><br>*Unified logs show **hasPasscode:NO** method at 00:15:45:839* | knowledgeC.db [ZOBJECT: 734954] Unified Logs |
| 00:15:46 | 00:16:03 | Application Focus (com.apple.MobileSMS) | Duration: 17s<br><br>*Lack of transitionReason indicates that 'Messages' was focused as a result of being on screen when the device locked previously.* | knowledgeC.db [ZOBJECT: 734950] |
| 00:16:03 | 00:17:59 | Device Locked | *A power button press was logged at this time in CurrentPowerLog.PLSQL<br><br>*User manually locked the device.* | knowledgeC.db [ZOBJECT: 734962] |
| 00:17:59 | 00:18:12 | Device Unlocked | Unlocked with biometric<br><br>*Unified logs show **Transition: locked -> inBioUnlock** at 00:17:58:732*<br><br>*Unified logs show **hasPasscode:NO** method at 00:17:59:779* | knowledgeC.db [ZOBJECT: 734967] Unified Logs |

| | | | | |
|---|---|---|---|---|
| 00:17:59 | 00:18:12 | Application Focus (com.apple.MobileSMS) | Duration: 13s<br><br>*Lack of transitionReason indicates that 'Messages' was focused as a result of being on screen when the device locked previously.* | knowledgeC.db [ZOBJECT: 734963] |
| 00:18:12 | 00:18:25 | Device Locked | *A power button press was logged at this time in CurrentPowerLog.PLSQL<br><br>*User manually locked the device.* | knowledgeC.db [ZOBJECT: 734974] |
| 00:18:25 | 00:24:28 | Device Unlocked | Unlocked with biometric<br><br>*Unified logs show **Transition: locked -> inBioUnlock** at 00:18:25:186*<br><br>*Unified logs show **hasPasscode:NO** method at 00:18:25:232* | knowledgeC.db [ZOBJECT: 735009] Unified Logs |
| 00:18:25 | 00:18:31 | Application Focus (com.apple.MobileSMS) | Duration: 6s<br><br>*Lack of transitionReason indicates that 'Messages' was focused as a result of being on screen when the device locked previously.* | knowledgeC.db [ZOBJECT: 734975] |
| 00:18:31 | 00:18:32 | Application Focus End (com.apple.MobileSMS) | transitionReason.systemgesture<br><br>*'SystemGesture' indicates that the application was closed by the user by way of swiping up from the bottom of the screen.* | knowledgeC.db [ZOBJECT: 734976] |
| 00:18:34 | 00:18:36 | Application Focus (com.apple.mobilephone) | Duration: 2s<br><br>transitionReason.homescreen<br><br>*User launched the 'MobilePhone' application from the home screen icon.* | knowledgeC.db [ZOBJECT: 734978] |
| 00:18:36 | 00:19:23 | Application Focus Start (com.apple.InCallService) | Duration: 47s<br><br>This is the screen shown when in a call.<br><br>*AudioRoute information shows call was taken via loudspeaker.* | knowledgeC.db [ZOBJECT: 734985] |
| 00:19:23 | 00:19:23 | Application Focus (com.apple.mobilephone) | Duration: 0s<br><br>*The 'MobilePhone' screen is shown briefly at the time the call ends and the InCallService screen disappears.* | knowledgeC.db [ZOBJECT: 734988] |
| 00:19:23 | 00:19:24 | Application Focus End (com.apple.mobilephone) | Duration: 1s<br><br>transitionReason.systemgesture<br><br>*'SystemGesture' indicates that the application was closed by the user by way of swiping up from the bottom of the screen.* | knowledgeC.db [ZOBJECT: 734991] |
| 00:19:29 | 00:19:30 | Application Focus (com.waze.iphone) | Duration: 1s<br><br>transitionReason.homescreen | knowledgeC.db [ZOBJECT: 734993] |

| | | | User launched the 'Waze' application from the home screen icon. | |
|---|---|---|---|---|
| 00:19:30 | 00:24:26 | Application Focus (com.waze.iphone) | Duration: 4m56s<br><br>'Waze' application on-screen for almost 5 minutes. | knowledgeC.db [ZOBJECT: 735003] |
| 00:24:26 | 00:24:26 | Application Focus End (com.waze.iphone) | transitionReason.systemgesture<br><br>*'SystemGesture' indicates that the application was closed by the user by way of swiping up from the bottom of the screen.* | knowledgeC.db [ZOBJECT: 735004] |
| 00:24:28 | 00:24:59 | Device Locked | *A power button press was logged at this time in CurrentPowerLog.PLSQL<br><br>*User manually locked the device.* | knowledgeC.db [ZOBJECT: 735018] |
| 00:24:59 | 00:25:09 | Device Unlocked | Unlocked with biometric<br><br>*Unified logs show **Transition: locked -> inBioUnlock** at 00:25:58:776*<br><br>*Unified logs show **hasPasscode:NO** method at 00:25:58:830* | knowledgeC.db [ZOBJECT: 735025] Unified Logs |
| 00:25:05 | 00:25:09 | Application Focus (com.apple.MobileSMS) | Duration: 4s<br><br>transitionReason.homescreen<br><br>*User launched the 'Messages' application from the home screen icon.* | knowledgeC.db [ZOBJECT: 735021] |
| 00:25:09 | 00:27:45 | Device Locked | *A power button press was logged at this time in CurrentPowerLog.PLSQL<br><br>*User manually locked the device.* | knowledgeC.db [ZOBJECT: 735036] |
| 00:27:45 | 00:27:50 | Device Unlocked | Unlocked with biometric<br><br>*Unified logs show **Transition: locked -> inBioUnlock** at 00:27:45:446*<br><br>*Unified logs show **hasPasscode:NO** method at 00:27:45:674* | knowledgeC.db [ZOBJECT: 735040] Unified Logs |
| 00:27:45 | 00:27:50 | Application Focus (com.apple.MobileSMS) | Duration: 5s<br><br>*Lack of transitionReason indicates that 'Messages' was focused as a result of being on screen when the device locked previously.* | knowledgeC.db [ZOBJECT: 735038] |
| 00:27:50 | 00:29:52 | Device Locked | *A power button press was logged at this time in CurrentPowerLog.PLSQL<br><br>*User manually locked the device.* | knowledgeC.db [ZOBJECT: 735058] |
| 00:29:52 | 00:29:53 | Device Unlocked | Unlocked with biometric<br><br>*Unified logs show **Transition: locked -> inBioUnlock** at 00:29:52:561*<br><br>*Unified logs show **hasPasscode:NO** method at 00:29:52:595* | knowledgeC.db [ZOBJECT: 735060] Unified Logs |

| 00:29:52 | 00:29:53 | Application Focus (com.apple.MobileSMS) | Duration: 1s<br><br>*Lack of transitionReason indicates that 'Messages' was focused as a result of being on screen when the device locked previously.* | knowledgeC.db [ZOBJECT: 735061] |
|---|---|---|---|---|
| 00:29:53 | 00:32:04 | Device Locked | *A power button press was logged at this time in CurrentPowerLog.PLSQL<br><br>*User manually locked the device.* | knowledgeC.db [ZOBJECT: 735080] |
| 00:32:04 | 00:32:09 | Device Unlocked | Unlocked with biometric<br><br>*Unified logs show **Transition: locked -> inBioUnlock** at 00:32:04:754*<br><br>**hasPasscode:NO** *method not present.* | knowledgeC.db [ZOBJECT: 735089] Unified Logs |
| 00:32:04 | 00:32:05 | Application Focus (com.apple.MobileSMS) | Duration: 1s<br><br>transitionReason.systemgesture<br><br>*The reason for this 'SystemGesture' is not clear, as described below.* | knowledgeC.db [ZOBJECT: 735082] |
| 00:32:05 | 00:32:09 | Application Focus (com.apple.MobileSMS) | Duration: 4s | knowledgeC.db [ZOBJECT: 735085] |
| 00:32:09 | 2022-01-31 09:37:09 | Device Locked | *A power button press was logged at this time in CurrentPowerLog.PLSQL<br><br>*User manually locked the device.* | knowledgeC.db [ZOBJECT: 737589] |

**Regarding SystemGesture at 00:32:04**

A "SystemGesture" event on an AppFocus record is known to mean that one of two things occurred on the device;

| | |
|---|---|
| | Swiping up from the bottom of the screen moves the currently in focus app to the background or launches the 'AppSwitcher' carousel. |
| | Swiping left or right at the very bottom of the screen switches between applications which are open in the background. |

There is potential that other, as yet undocumented gestures can result in the same AppFocus record.

The device does not store information about which SystemGesture occurred, but it can usually be implied from the context of the surrounding records.

In almost all cases listed above, there is a clear pattern where a SystemGesture event resulted in launch of an application from a background state, or where an application was placed into the background.

However, at 00:32:04 there is a SystemGesture which cannot be identified or replicated.

There is no indication from the previous device usage between 00:29:52 and 00:29:53 that the SMS application was placed into the background. This means that there is no reason that a SystemGesture would bring it into focus.

This SystemGesture can also not mean that the application was placed into the background as the AppFocus event which immediately follows shows that the SMS Application was in focus for a further 4 seconds until 00:32:09 when the device was locked.

It can also be noted that the Unlock event at this time is different from all other unlock events listed as there is only one Biometric Unlock record instead of the two records found on all other unlock events.

Despite being unable to replicate this behaviour, it is not necessarily unusual and similar usage patterns can be observed numerous times in the preceding 24 hours. For example;

28th January 2022  14:28:42

- Device unlocks with both unlock records.
- SMS AppFocus event with SystemGesture (despite never previously closing). Duration of 1 seconds suggests could be a close event.
- Immediately followed by a SMS AppFocus event with a duration of 44 seconds.

28th January 2022  17:26:42

- Single Biometric Unlock record.
- SMS AppFocus event with SystemGesture (despite never previously closing). Duration of 27 seconds suggests this is not a close event.

28th January 2022  19:21:54

- Single Biometric Unlock record.
- SMS AppFocus event with HomeScreen (indicating launch from icon. Duration of 1 second.
- Immediately followed with an SMS AppFocus event of 35 seconds.

28th January 2022  19:40:58

- Single Biometric Unlock record.
- SMS AppFocus event with SystemGesture (despite never previously closing). Duration of 50 seconds suggests this is not a close event.

28th January 2022  20:29:52

- Single Biometric Unlock record.



- SMS AppFocus event with SystemGesture (despite never previously closing). Duration of 68 seconds suggests this is not a close event.

Most notably, all device lock events, including the final Lock event at 00:32:09 were user initiated by the user pressing the side button briefly.

This data indicates that the final user interaction with the device was at 00:32:09 when the device was locked.

## Detailed Analysis - Communications

**Call History**

Between 00:00 and 07:00 there was 1 outgoing and 74 incoming calls from this device. There is no evidence of any calls being deleted.

| StartTime (-5:00) | EndTime (-5:00) | Activity | MetaData | ROWID |
|---|---|---|---|---|
| 00:14:36 | 00:15:20 | Incoming Call<br><br>Duration: 44 Seconds | From: +17818580142 [Jen McCabe]<br>Duration:  44 seconds | 1483 |
| 00:18:47 | 00:19:23 | Outgoing Call<br><br>Duration: 36 Seconds | To: +17818580142 [Jen McCabe]<br>Duration: 36 seconds | 1484 |
| 00:29:44 | 00:29:51 | Incoming Call<br><br>Duration: 8 Seconds | From: +17818580142 [Jen McCabe]<br><br>Duration:  8 seconds | 1485 |
| 00:33:35 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1486 |
| 00:34:09 | - | Incoming Call - Unanswered | From: +16179479554 [Karen Read] | 1487 |
| 00:34:38 | - | Incoming Call - Unanswered | From: +16179479554 [Karen Read] | 1488 |
| 00:35:09 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1489 |
| 00:35:35 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1490 |
| 00:36:09 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1491 |
| 00:36:40 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1492 |
| 00:37:08 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1493 |
| 00:38:26 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1494 |
| 00:39:03 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1495 |
| 00:39:37 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1496 |
| 00:40:43 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1497 |
| 00:41:10 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1498 |
| 00:41:35 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1499 |
| 00:41:59 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1500 |
| 00:43:19 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1501 |
| 00:46:16 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1502 |
| 00:47:52 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1503 |
| 00:50:37 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1504 |
| 00:58:19 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1505 |
| 00:58:47 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1506 |

| StartTime (-5:00) | EndTime (-5:00) | Activity | MetaData | ROWID |
|---|---|---|---|---|
| 00:59:24 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1507 |
| 01:00:26 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1508 |
| 01:00:49 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1509 |
| 01:10:17 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1510 |
| 01:10:44 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1511 |
| 01:12:18 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1512 |
| 01:12:46 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1513 |
| 01:13:13 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1514 |
| 01:14:11 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1515 |
| 01:14:44 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1516 |
| 01:16:10 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1517 |
| 01:16:38 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1518 |
| 01:17:37 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1519 |
| 01:18:38 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1520 |
| 04:38:14 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1521 |
| 04:38:49 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1522 |
| 04:39:39 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1523 |
| 04:40:05 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1524 |
| 04:42:05 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1525 |
| 04:42:54 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1526 |
| 04:44:40 | - | Incoming Call - Unanswered | +16178036062 [Kayley ❤ ] | 1527 |
| 04:45:10 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1528 |
| 04:59:26 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1529 |
| 04:59:52 | - | Incoming Call - Unanswered | +17815719835 [Matt McCabe] | 1530 |
| 05:04:05 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1531 |
| 05:04:27 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1532 |
| 05:08:49 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1533 |
| 05:09:36 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1534 |
| 05:11:32 | - | Incoming Call - Unanswered | +16172168050 [Katie Camerano] | 1535 |
| 05:14:10 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1536 |
| 05:16:54 | - | Incoming Call - Unanswered | +16175841822 [Kerry Roberts] | 1537 |
| 05:19:57 | - | Incoming Call - Unanswered | +16179087603 [Curt Roberts] | 1538 |
| 05:21:28 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1539 |
| 05:21:58 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1540 |
| 05:23:26 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1541 |
| 05:24:27 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1542 |
| 05:25:28 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1543 |
| 05:25:52 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1544 |
| 05:26:14 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1545 |
| 05:28:16 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1546 |
| 05:28:43 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1547 |
| 05:29:21 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1548 |
| 05:29:46 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1549 |
| 05:30:15 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1550 |
| 05:30:52 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1551 |
| 05:31:21 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1552 |
| 05:31:45 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1553 |
| 05:36:29 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1554 |

| StartTime (-5:00) | EndTime (-5:00) | Activity | MetaData | ROWID |
|---|---|---|---|---|
| 05:38:05 | - | Incoming Call - Unanswered | +17815719835 [Matt McCabe] | 1555 |
| 05:52:15 | - | Incoming Call - Unanswered | +17818580142 [Jen McCabe] | 1556 |
| 06:03:02 | - | Incoming Call - Unanswered | +16179479554 [Karen Read] | 1557 |

### Messages

Between 00:00 and 07:00 there were 23 incoming or outgoing messages from this device. There is no evidence of any messages being deleted.

| Timestamp (-5:00) | Direction | Other Party | Message Body | ID |
|---|---|---|---|---|
| 00:14:27 | Outgoing | +17818580142 [Jen McCabe] | Where to? | 248026 |
| 00:16:00 | Outgoing | +16178036062 [Kayley ] | You ok? | 248027 |
| 00:20:49 | Incoming | +16178925421 [Brian Higgins] | You coming here??? | 248028 |
| 00:27:33 | Incoming | +17818580142 [Jen McCabe] | Here!? | 248029 |
| 00:31:47 | Incoming | +17818580142 [Jen McCabe] | Pull behind me | 248030 |
| 00:40:31 | Incoming | +17818580142 [Jen McCabe] | Hello | 248031 |
| 00:42:09 | Incoming | +17818580142 [Jen McCabe] | Where are u | 248032 |
| 00:45:53 | Incoming | +17818580142 [Jen McCabe] | Hello | 248033 |
| 00:55:31 | Incoming | +16179479554 [Karen Read] | I'm going home | 248034 |
| 00:55:50 | Incoming | +16179479554 [Karen Read] | See u later | 248035 |
| 01:02:00 | Incoming | +16179479554 [Karen Read] | Your kids are kicking ALONE | 248036 |
| 01:04:14 | Incoming | +16179479554 [Karen Read] | I'm back in Mansfield. The kids are home alone | 248037 |
| 04:43:49 | Incoming | +16178036062 [Kayley ♥] | hey are you ok | 248038 |
| 04:45:42 | Incoming | +16178036062 [Kayley ♥] | could you please text us | 248039 |
| 04:59:37 | Incoming | +17818580142 [Jen McCabe] | Please answer | 248040 |
| 04:59:49 | Incoming | +17818580142 [Jen McCabe] | Karen is worries we need to find u | 248041 |
| 05:00:47 | Incoming | +16178036062 [Kayley ♥] | please text me i'm really worried | 248042 |
| 05:00:57 | Incoming | +16178036062 [Kayley ♥] | I love you | 248043 |
| 05:04:40 | Incoming | +17818580142 [Jen McCabe] | Please answer so i know ur ok | 248044 |
| 05:10:37 | Incoming | +16172168050 [Katie Camerano] | John Kayley and Karen r looking for you | 248045 |
| 05:11:42 | Incoming | +17815719835 [Matt McCabe] | Hey, where are you? Karyn called is looking for you. K is up... Jen been calling, please text or call back. | 248046 |
| 05:14:31 | Incoming | +16172168050 [Katie Camerano] | Karen just wen out looking for you! | 248047 |
| 05:37:29 | Incoming | +17815719835 [Matt McCabe] | Jen is out with Karyn looking for you. | 248048 |

## Detailed Analysis - Unified Logs: Doppler (Pocket State)

As described in Appendix 5, Unified Logs can be used to distinguish when the device IR (InfraRed) Camera is obstructed, such as would occur when the device was in a pocket, face down, or otherwise covered.

When the Face ID is initialized, it repeatedly checks for a face and records the doppler result approximately once every 0.7 seconds for around 10 seconds or until a face is found.

The caveats to these records are:

- Device must be anticipating an unlock event – detected by way of Raise to Wake, Screen Touch, Side Button press or receiving a call.
- The front IR camera must be blocked for a "Pocket State Detected" record to be written.
- The front IR camera must initially be blocked and then become unblocked during the check in order for a "Pocket State Cleared" record to be written.

Note that according to **SBSupportLiftToWake** node of **com.apple.springboard.plist**, 'Raise to Wake' was enabled on this device.

This extraction contained over 27,314 Doppler records between midnight and 06:15:02 on 29th January 2022.

A full list of Doppler events can be produced if required but is over 800 pages long.

The records have been grouped below for easier viewing. Grouping was determined by either a Pocket State Cleared event or where a minimum of a 10 second gap occurs between records.

Note that times are shown with Millisecond precision.

For example.

| First Record (UTC-5:00) | Last Record (UTC-5:00) | Count | Pocket State Cleared |
|---|---|---|---|
| 00:12:37:837 | 00:12:37:887 | 4 | Yes |

This record indicates that between 00:12:37:837 and 00:12:37:887 there were 4 Doppler records, the final one of which shows a Pocket State Clear event.

Another example;

| First Record (UTC-5:00) | Last Record (UTC-5:00) | Count | Pocket State Cleared |
|---|---|---|---|
| 00:33:14:589 | 00:37:18:980 | 3122 | No |
| 00:38:06:266 | 00:39:48:682 | 1219 | No |

These records indicate that that between 00:33:14:589 and 00:37:18:980 there were 3122 Doppler records which did not end is a Pocket Clear event.

As there is more than 10 seconds between the end time of the top record and the start time of the bottom record, they were grouped separately.

A further 1219 records were logged between 00:38:06:266 and 00:39:48:682 which also did not end with a Pocket Clear event.

The full aggregated list:

| First Record (UTC-5:00) | Last Record (UTC-5:00) | Count | Pocket State Cleared |
|---|---|---|---|
| 00:12:37:837 | 00:12:37:887 | 4 | Yes |
| 00:12:39:051 | 00:12:46:637 | 108 | Yes |
| 00:25:08:308 | 00:25:08:308 | 1 | No |
| 00:29:37:071 | 00:29:42:440 | 97 | Yes |
| 00:31:52:373 | 00:32:03:699 | 155 | Yes |
| 00:33:14:589 | 00:37:18:980 | 3122 | No |
| 00:38:06:266 | 00:39:48:682 | 1219 | No |
| 00:40:23:236 | 00:42:10:681 | 1393 | No |
| 00:42:59:366 | 00:43:30:895 | 408 | No |
| 00:45:56:435 | 00:46:27:150 | 400 | No |
| 00:47:32:011 | 00:48:03:315 | 408 | No |
| 00:50:17:121 | 00:50:48:782 | 408 | No |
| 00:57:59:559 | 00:59:35:970 | 1176 | No |
| 01:00:26:419 | 01:00:59:560 | 436 | No |
| 01:09:57:324 | 01:10:54:559 | 752 | No |
| 01:11:57:634 | 01:13:24:399 | 1135 | No |
| 01:13:51:532 | 01:14:33:301 | 574 | No |
| 01:15:50:627 | 01:16:49:514 | 773 | No |
| 01:17:17:359 | 01:17:48:886 | 408 | No |
| 01:18:18:504 | 01:18:50:544 | 412 | No |
| 04:37:53:741 | 04:38:59:904 | 816 | No |
| 04:39:19:177 | 04:40:16:311 | 740 | No |
| 04:41:45:094 | 04:42:16:515 | 408 | No |
| 04:42:33:761 | 04:43:04:536 | 400 | No |
| 04:44:20:057 | 04:45:22:052 | 808 | No |
| 04:59:05:803 | 05:00:03:172 | 752 | No |
| 05:03:44:825 | 05:04:37:836 | 668 | No |
| 05:08:28:842 | 05:09:00:280 | 411 | No |
| 05:09:16:341 | 05:09:47:202 | 400 | No |
| 05:11:11:592 | 05:11:42:804 | 401 | No |
| 05:13:50:171 | 05:14:22:084 | 414 | No |
| 05:16:34:058 | 05:17:05:402 | 408 | No |
| 05:19:37:174 | 05:20:08:597 | 408 | No |
| 05:21:08:093 | 05:22:09:024 | 796 | No |
| 05:23:05:815 | 05:23:37:349 | 408 | No |
| 05:24:07:251 | 05:24:38:955 | 408 | No |
| 05:25:08:658 | 05:26:24:492 | 969 | No |
| 05:27:56:299 | 05:31:31:993 | 2645 | No |
| 05:31:42:881 | 05:31:56:293 | 232 | No |
| 05:36:09:141 | 05:36:40:137 | 408 | No |
| 05:37:45:059 | 05:38:15:783 | 400 | No |
| 05:52:14:265 | 05:52:26:715 | 208 | No |
| 06:02:41:568 | 06:15:01:918 | 417 | Yes |

The above table indicates that at 00:12:37:837 the device initialized the IR camera. Four attempts were made to detect a face. The first three attempts to detect a face resulted in an indication that

the device was in a "Pocket State". The final record at 00:12:37:887 indicated that the "Pocket State Cleared". This means that the device believed it was inside a pocket between 00:12:37:837 and 00:12:37:887.

The device again recorded it was in a "Pocket State" at 00:12:39:051until 00:12:46:637 when it "Cleared" and at 00:29:37:071 until 00:29:42:440.

Finally, the device also recorded a "Pocket State" at 00:31:52:373 until 00:32:03:699 when it cleared.

This was the last time a "Pocket State Cleared" event was registered until 06:15:01. This means that every time the device checked throughout the next 5 hours and 45 minutes (a total of 26,948 checks) the device determined that it was in a "Pocket State". i.e. The camera was obstructed.

The Doppler information can be cross-referenced against Notifications, Call History and Backlight events where a correlation can be seen about when the Doppler function runs compared to when a notification is received.

This small, zoomed in section of the chart shows how the Notifications and Backlight events align with the Doppler function.



A graph showing Doppler, Backlight, Notification and Call History data between 00:00 and 07:00

A graph showing Doppler, Backlight, Notification and Call History data between 00:00 and 01:00

The graphs show that whenever a call was received, the backlight illuminated, and the Doppler function was recorded to Unified Logs.

The graphs also show that at 00:33:14, the Doppler function registered a "Pocket State" which means that the camera was found to be blocked at that time. A "Pocket State Cleared" event did not occur until 06:15:01.

No Notification or Button Press events occurred at or around 00:33:14, which means that the cause of the Backlight/Doppler event was either a Screen Touch or Raise to Wake (or movement) event.

While this does not definitively prove that the camera was blocked for the duration of the 5 hours and 45 minutes, the high volume of calls received overnight provided many opportunities for a Pocket Clear event to be recorded yet that did not happen.

The lack of Backlight Events caused by the Raise to Wake feature also suggests that the device did not move between the hours of 00:33:14 and 06:15, as typical device movement would likely have resulted in a 'Raise to Wake' event and a therefore caused the Doppler function to run.

The combination of no backlight events or records showing the device was in a "Pocket State" strongly suggests that the phone's IR camera was obstructed for the entire duration from 00:33:14 until 06:15.

## Detailed Analysis - Backlight Events

Between the hours of 00:00 and 07:00 there are 101 instances of the Backlight illuminating.

The backlight illuminates for numerous reasons including;

- Screen Touches
- Side button presses
- Notifications (Incoming Calls, Incoming Messages, Incoming Notifications from apps)
- Renotifications (Renotifying the user of a received message)
- Raise to Wake (including Movement that can be interpreted as Raise to Wake).

The Backlight activity can be referenced against other system events such as those listed above to show if there is a correlation between these events and the Backlight.



This chart shows that the majority of backlight events which occurred prior to 01:19, and the backlight events that occurred after 04:30, can be attributed to either incoming calls or messages.

Importantly, it also shows that the backlight did not illuminate at all between 01:19 and 04:37. This means that the device was more than likely static throughout this time as movement often triggers the Raise to Wake feature and therefore illuminates the backlight.

## Timeline

All Device Usage events, Locations, Health Data, Call, and SMS data is presented below in one timeline.

| Type | Time (UTC-5:00) | Location | Health | Description |
|---|---|---|---|---|
| Unlock | 00:18:25 | No location data | | • Device Unlock with Face ID |
| App | 00:18:31 | No location data | | • Application Focus (com.apple.MobileSMS) |
| App | 00:18:32 | No location data | | • End Application Focus (com.apple.MobileSMS) |
| App | 00:18:34 | No location data | | • Application Focus (com.apple.mobilephone) |
| App | 00:18:36 | No location data | | • End Application Focus (com.apple.mobilephone) |
| App | 00:18:36 | No location data | | • Application Focus (com.apple.InCallService) |
| Call | 00:18:47 | No location data | | • Outgoing call to +1 (781) 858-0142 (Saved in Contacts as "**Jen McCabe**"). (36 Seconds) |
| App | 00:19:23 | No location data | | • End Application Focus (com.apple.InCallService) <br> • Outgoing call ended. |
| App | 00:19:24 | No location data | | • End Application Focus (com.apple.mobilephone) |
| App | 00:19:29 | No location data | | • Application Focus (com.waze.iphone) |
| Message | 00:20:49 | | | • iMessage received from +1 (617) 892-5421 (Saved in Contacts as "**Brian Higgins**"): *"You coming here???"* |
| Health | 00:22:14 | | 3 Flights Climbed | • Start of Health event "3 Flights Climbed" <br><br> According to location information, the device Is travelling along these streets on the way to Fairview Road typically at speeds around 30mph. <br><br> Use of the Waze application at this time explains why the device was recording high consistently high accuracy data. <br><br> Altitude changes recorded by the device along with the device usage could easily explain the 3 flight climb events. |

| | | | | |
|---|---|---|---|---|
| App | 00:24:26 | | | • End Application Focus (com.waze.iphone) |
| Lock | 00:24:28 | | | • Device Locked via Lock Button |
| Health | 00:24:37 | | | • End of Health event "3 Flights Climbed" |
| Location | 00:24:38 | | No Health data | • First Location record showing a speed of 0 m/s |



| Event | Time | Location | | Details |
|---|---|---|---|---|
| Unlock | 00:24:59 | | | • Device Unlock with Face ID |
| Message | 00:25:08 | No location data | | • Read message "*You coming here???*" |
| Lock | 00:25:09 | No location data | | • Device Locked with Lock Button |
| Location | 00:25:36 | | | |
| Message | 00:27:33 | No location data | | • iMessage received from +1 (781) 858-0142 (Saved in Contacts as "**Jen McCabe**"): "*Here!?*" |
| Unlock | 00:27:45 | No location data | | • Device Unlock with Face ID |
| Message | 00:27:48 | No location data | | • Read message "*Here!?*" |
| Lock | 00:27:50 | No location data | | • Device Locked with Lock Button |
| Doppler | 00:29:37 | No location data | | • Doppler: Pocket State |
| Doppler | 00:29:42 | | | • Doppler: Pocket State Cleared |
| Call | 00:29:44 | | | • Incoming call from **Jen McCabe** (Answered – 7 seconds) |
| Call | 00:29:51 | | | • Incoming call ended. |
| Message | 00:31:47 | | | • iMessage received from +1 (781) 858-0142 (Saved in Contacts as "**Jen McCabe**"): "*Pull behind me*" |
| Doppler | 00:31:52 | | | • Doppler: Pocket State |
| Health | 00:31:56 | | (36 Steps / 25m) | • Start of Health Event "36 Steps/25m" |
| Doppler | 00:32:03 | | | • Doppler: Pocket State Cleared |
| Unlock | 00:32:04 | | | • Device Unlock with Face ID |
| App | 00:32:05 | | | • Application Focus (Messages) |
| Orientation | 00:32:04 | All location data recorded at this time is very low accuracy (~1414m) | | • Landscape Mode < 1 second |
| Message | 00:32:06 | | | • Read message "*Pull behind me*" |
| App | 00:32:09 | | | • End Application Focus (Messages) |
| Lock | | | | • Device Locked with Lock Button for the last time |
| Health | 00:32:16 | | | • End of Health Event "36 Steps/25m" <br> • Final Step count increase in cache_encryptedC.db <br><br> As can be seen above, during this 20 second period of Health activity, the device is unlocked, used to read a text message and locked again. |
| Doppler | 00:33:14 | | No Heal | • Doppler: Pocket State |
| Call | 00:33:35 | | | • Incoming call from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). Call was unanswered. |

| | | | |
|---|---|---|---|
| Call | 00:34:09 | | • Incoming call from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). Call was unanswered.<br>• Doppler: Pocket State |
| Call | 00:34:38 | | • Incoming call from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). Call was unanswered.<br>• Doppler: Pocket State |
| Call | 00:35:09 | | • Incoming call from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). Call was unanswered.<br>• Doppler: Pocket State |
| Call | 00:35:35 | | • Incoming call from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). Call was unanswered.<br>• Doppler: Pocket State |
| Call | 00:36:09 | | • Incoming call from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). Call was unanswered.<br>• Doppler: Pocket State |
| Call | 00:36:40 | | • Incoming call from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). Call was unanswered.<br>• Doppler: Pocket State |
| Temperature | 00:37:00 | | • Battery Temperature drops to 22c / 72f |
| Call | 00:37:08 | | • Incoming call from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). Call was unanswered.<br>• Doppler: Pocket State |
| Voicemail | 00:37:31 | | • 3 second Voicemail message left from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). |
| Location | 00:38:21 | | |
| Call | 00:38:26 | | • Incoming call from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). Call was unanswered.<br>• Doppler: Pocket State |
| Message | 00:40:31 | No location data | • iMessage received from +1 (781) 858-0142 (Saved in Contacts as "**Jen McCabe**"): "*Hello*"<br>• This is the first unread Message. |
| Message | 00:42:09 | No location data | • iMessage received from +1 (781) 858-0142 (Saved in Contacts as "**Jen McCabe**"): "*Where are u*" |
| Voicemail | 00:42:35 | No location data | • 40 second Voicemail message left from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"). |
| Temperature | 00:43:00 | No location data | • Battery Temperature drops to 19c / 66f |
| Message | 00:45:53 | No location data | • iMessage received from +1 (781) 858-0142 (Saved in Contacts as "**Jen McCabe**"): "*Hello*" |

| Location | 00:53:07 |  | | |
|---|---|---|---|---|
| Message | 00:55:31 | No location data | | • iMessage received from +1 (617) 947-9554 (Saved in Contacts as "Karen Read"): "I'm going home" |
| Message | 00:55:50 | No location data | | • iMessage received from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"): "*See u later*" |
| Location | 00:59:29 | | | |
| Message | 01:02:00 | No location data | | iMessage received from +1 (617) 947-9554 (Saved in Contacts as "**Karen Read**"): "*Your kids are kucking ALONE*" |

## Report Conclusion

The objective of this report was to try to answer 3 questions;

- Identify the origins of the "3 flights" climbed at around 00:22 on 29th January 2022 (UTC-5).
- Identify the location of the device at that time.
- Identify any other activity of relevance.

There is no doubt of the devices' location between the times of 00:19:33 and its arrival at Fairview Road at 00:24:18. The location is provided by many high accuracy location data points with consistent information.





Arrival at Fairview Road at 00:24:18

It is also clear that the 3 Flight Climb events which were recorded between 00:22:14 and 00:24:37, were recorded by the device as Flight Climb events while it was travelling inside a vehicle. This is evidenced by the location, speed and altitude of the device at the time of the flight climb events.

Upon arrival at Fairview Road, the device continued moving at a slow speed of under 10mph, eventually coming to a complete stop on Fairview Road, southeast of number 34 (as shown on the map below) at 00:24:38.



The location records become less clear at 00:25:30 when the device appears to start a westerly/south-westerly movement towards number 32 / 34 Fairview Rd.





| 00:25:30 | 00:25:30 > 00:25:36 |

However, despite the location changes, no Steps were recorded at this time in either the Health database or in cache_encryptedC.db database, suggesting the user did not actually move at that time and was still inside the vehicle in which it arrived at this location.

Despite the location records appearing to move west, the location records decrease in accuracy and have a radius that covers the area on the road where the vehicle appears to have stopped. This data resulted in the western bearing information shown but also does not necessarily indicate movement.

The next few minutes show usage of the device such as a biometric unlock and use of the Messages application at 00:27:45 though to 00:27:50.

At 00:31:56 a health event started which recorded 36 Steps / 25m. This is the only health activity recorded by the device while in the vicinity of Fairview Road. During this health event, the device was unlocked via Face ID at 00:32:04 and used to view the Messages application.

The device was locked again at 00:32:09 via the user pressing the side button on the device. This was the last user interaction event recorded.

The last step of the health data was recorded at 00:32:16.

There is no doubt that up to this time, everything which occurred on the device was the result of an intentional action of the user.

At 00:33:14, 58 seconds after the last step was recorded, the Backlight illuminated, and the Doppler function recorded a "Pocket State" condition. This is noteworthy as there are no system events or button presses at this time that would account for the backlight illuminating. This suggests that this backlight event was caused by either a screen touch, or movement similar to a Raise to Wake event. This in turn would mean that this movement is the final action on the device for the next 5+ hours.

21 Seconds later, at 00:33:35, the device received the first of 8 unanswered phone calls from +1 (617) 947-9554 (Saved in Contacts as "Karen Read"), culminating with a voicemail at 00:37:31. Throughout these calls, the device continued to show that it was in a "Pocket State".

Over the next 40 minutes, there were a total of 48 incoming communications, 41 of which were calls which would have triggered the Doppler function. This resulted in 21 groups of Doppler records and in every case, the device continued to record that it was in a "Pocket State".

Between 01:19 and 04:38, there are no incoming communications and no backlight events which would cause the Doppler function to run. However, the lack of Backlight events throughout this time suggests that the device was likely stationary.

At 04:38 a series of incoming communications began and in the following 90 minutes up to 06:08 there were 52 notifications, 39 of which were calls which would have caused the Doppler function to run. This resulted in 27 groups of Doppler records and in every case, the device continued to report that it was in a "Pocket State".

At 06:15, a Backlight event occurred which triggered a single Doppler record which showed "Pocket State Cleared" event.

Throughout the morning, there is no evidence that the device entered a house.

- The Battery Temperature sensor did not register an increase in temperature that would be expected if a warm environment was entered.
- There is no location data that shows the house was entered.
- The number of steps/distances shown within the Apple Health data while at Fairview Road barely reaches the door from the road.

The Step & Distance records which indicate 36 steps were taken between 00:31:56 and 00:32:16 are strong indicators that around 36 steps were taken at that time. There is no way to know if the steps were all taken in the same direction.

The below chart shows the most important events over the first 12 minutes upon arrival at Fairview Road.



00:24:18 - Initial arrival at Fairview Road.
00:24:28 - Device Locks via side button.
00:24:37 - Device completes the "3 Flight Climb" event record.

00:24:38 - Complete stop at Fairview Road.

00:24:59 - Device unlocked using Face ID to view Messages.

00:25:09 - Device Locked via Side button.

00:27:45 - Device unlocked using Face ID to view Messages.

00:27:50 - Device Locked via Side button.

00:29:37 - Pocket State Detected.

00:29:42 - Pocket State Cleared.

00:29:44 - Incoming Call

00:29:51 - Call Ends

00:31:47 - Incoming Message

00:31:56 - Start of 36 Steps

00:32:04 - Device unlocked using Face ID to view Messages.

00:32:09 - Device Locked via Side button.

00:32:16 - End of 36 Steps

00:33:14 - Pocket State Detected

00:33:35 - Incoming Call (Unanswered)

00:34:09 - Incoming Call (Unanswered)

00:34:38 - Incoming Call (Unanswered)

00:35:09 - Incoming Call (Unanswered)

00:35:35 - Incoming Call (Unanswered)



## **Appendix – Introduction**

Several different models of Apple iPhone and iOS versions (listed below) were used to conduct testing on the items that are explained in the following pages.

| Device | iOS Version |
|---|---|
| iPhone 8 | 14.2 |
| iPhone X | 15.2.1 |
| iPhone 6S | 15.8.3 |
| iPhone SE (1st Gen) | 15.7.1 |
| iPhone X | 16.7.10 |
| iPhone X | 16.7.5 |
| iPhone XS | 17.6.1 |

Since the examined device was running iOS15.2.1, all tests were conducted with the iPhone X running iOS15.2.1.

Additional devices were used for example or comparison purposes.

Testing with the exact same Device model and iOS Version would always be preferable but not always possible.

Even with the exact device and software, differences in settings, network, weather etc. can all play a part in testing and all possible scenarios can never be accounted for.

By testing multiple devices and OS versions, the intention is to show expected or possible behaviors that are either consistent or inconsistent across different models of Apple iPhones and iOS versions.



## **Appendix 1 – Apple Health Testing**

Apple Heath testing was focused on both the data found in healthdb_secure.sqlite and cache_encryptedC.db to determine the possibility of erroneous flight climb events or steps/distance being recorded while the device was travelling in a vehicle.

Further to that, the accuracy of the number of steps and distance travelled was tested for accuracy.

**Cache_encryptedC.db**

Cache_encryptedC.db's StepCountHistory table contains several fields that appear related to timestamps.

| | |
|---|---|
| startTime | This field consistently has a timestamp value that appears relevant to physical activity occurring. |
| timestamp | This field is always increasing like a timestamp but cannot be converted to a typical timestamp value. |
| activeTime | This field is always increasing like a timestamp but cannot be converted to a typical timestamp value. |
| firstStepTime | This field does not always contain a value, although when it does it is around 3 seconds earlier than the startTime. |

The rest of the fields in the table track the total number of steps taken, meters travelled, floors ascended or descended etc.

When referring to records in this database, the startTime field was chosen as the most appropriate field to use as a timestamp and the activity was inferred from the difference in field values.

For example, if records existed which showed:

| startTime | floorsAscended |
|---|---|
| 12:00:02 | 100 |
| 12:00:08 | 101 |

This would indicate that that 12:00:08, the device detected a single floor was ascended as the value differs by one from the record which precedes it.

Likewise, if records existed which showed:

| startTime | count |
|---|---|
| 12:00:10 | 1000 |
| 12:00:20 | 1005 |

This would indicate that that between 12:00:10 and 12:00:20, the device detected 5 steps were taken as the value differs by 5 between the two records.



**Flights Climbed Times – Healthdb_secure.sqlite vs cache_encryptedC.sqlite**

**Test Scenario**

This test sought to find out the accuracy of the timestamps recorded in both the Health database and cache_encryptedC database.

The test involved placing 8 iPhones on a tray and ascending 2 flights of stairs twice. The total altitude difference between the top and bottom was slightly over 6m. At the half way point was an approximately 3m long landing.

The first ascent took place between 11:53:00 and 11:53:15 with a 45 second pause on the landing before the second flight was started. The second flight occurred between 11:54:00 and 11:54:16.

The second ascent started at 11:55:30 and occurred over the next 25 seconds with no prolonged pause on the landing.



Given Apple's definition of a "Flight" being approximately 3m altitude gain over 16 steps, it was reasonable to postulate that 4 Flights should be recorded on the devices.

**Test Results – HealthDB_secure.db [Samples]**

| Device | iOS Version | Start Time | End Time | Flights Climbed |
|---|---|---|---|---|
| iPhone 8 | 14.2 | 11:53:27 | 11:56:00 | 3 |
| iPhone X | 15.2.1 | 11:53:28 | 11:56:09 | 4 |
| iPhone 6s | 15.8.3 | 11:53:28 | 11:56:13 | 4 |
| iPhone X | 16.7.5 | 11:53:27 | 11:56:09 | 4 |
| iPhone X | 16.7.10 | 11:53:28 | 11:56:10 | 4 |
| iPhone SE (2) | 17.5.1 | 11:53:19 | 11:56:10 | 4 |
| iPhone Xs | 17.6.1 | 11:53:21 | 11:56:10 | 3 |
| iPhone 12 | 18.1 | 11:53:26 | 11:56:11 | 4 |

**Test Results – cache_encryptedc.db [StepCountHistory]**

| Device | iOS Version | First Flight | Second Flight | Third Flight | Fourth Flight |
|---|---|---|---|---|---|
| iPhone 8 | 14.2 | 11:53:30 | 11:54:46 | 11:56:00 | - |
| iPhone X | 15.2.1 | 11:54:07 | 11:54:50 | 11:55:59 | 11:56:09 |
| iPhone 6s | 15.8.3 | 11:54:06 | 11:54:47 | 11:56:00 | 11:56:13 |
| iPhone X | 16.7.5 | 11:53:30 | 11:54:49 | 11:56:00 | 11:56:10 |
| iPhone X | 16.7.10 | 11:54:06 | 11:54:51 | 11:56:00 | 11:56:10 |

| iPhone SE (2) | 17.5.1 | 11:54:05 | 11:54:46 | 11:59:59 | 11:56:10 |
| iPhone Xs | 17.6.1 | 11:53:29 | - | 11:56:00 | 11:56:10 |
| iPhone 12 | 18.1 | 11:54:07 | <11:55:37 | 11:56:00 | 11:56:11 |

*Note that due to a delay in extraction of the iPhone 12, some cache_encryptedC.db records had been purged and were unrecoverable. This included the exact time of the Second Flight ascent. All that could be ascertained is that it occurred prior to 11:55:37.

This data has been laid out on the graph below.

- The solid green bars that run vertically across the graph are the actual times of the ascents.
- The solid red bars indicate the timespan reported by HealthDB and the number of flights climbed during that time is shown at the far right.
- The red crosses show the time that the ascent is recognized and written the cache_encryptedC.db.
- The dotted red line shows that there is no definitive time for this record due to record purging.



As can be seen on the graph, in all cases where a flight ascent was recorded, on average, the timestamp shows between 15 and 50 seconds *after* the ascent was completed.

In the case of the two consecutive flights being ascended, the first flight was recorded in cache_encryptedC.db about 15 seconds after the midway point of the ascent, and the second flight had a timestamp 15 seconds after the ascent was completed.

**Conclusion**

The conclusion drawn from these tests is that the timestamps shown are not necessarily *exactly* when the activity took place. It may be obvious to state, but the iOS device appears reactionary to the altitude increase, which needs to be detected by the device for the record to be created. This is definitively observed to occur once the flight has been climbed.

The time period provided from Apple Health provides a good general idea of when the flight climb activity happened and the cache_encryptedC.db data, if present, can provide an additional level of fidelity even though the timestamp is in general ~15 to ~35 seconds post ascent.

**Steps & Distance**

This test was designed to evaluate the accuracy of the Steps and Distance taken during the recorded Health events.

**Test Scenario**

A Rugby field with a known distance between the goalposts was visited. According to pitch specifications, the distance between the goal lines should be between 94 and 100m.

The distance was measured using Google Maps "Measure Distance" feature and found to be 91.5m. The distance was also calculated using the GPS coordinates at each goal post and found to be 91.41m.



3 iPhone X devices were used for the testing and were all in an off state until the testing started.

One device was placed in a right trouser pocket, one device in a left trouser pocket and one device was held as though being viewed.

At 15:46:00, the test began, and the devices were walked from one goal line to the other, arriving at 15:47:18 and taking 118 steps. At this point, 3 additional steps were taken in order to turn 180 degrees.

At 15:54:00, the return journey started. The walk back ended at 15:56:25 and took 119 steps.

The devices were then turned off again.

In total, 237 steps were taken while walking + 3 steps to turn around, and 183m was covered.

Upon extraction of the devices, their data from both Health and cache_encryptedC.db was checked.

**Device 1**: iPhone X with iOS15.2.1

This device had been placed inside the right trouser pocket.

It recorded 2 sample times:

| Start Time | End Time | Steps | Distance (m) |
|------------|----------|-------|--------------|
| 15:46:04 | 15:48:39 | 218 | 119.6 |
| 15:56:05 | 15:56:21 | 21 | 13.9 |

Combined, these records show a total of **239** steps covering **133.5**m.



The total number of steps was as near as could be expected however the distance covered was around 50m short of actual distance.

Cache_encryptedC.db recorded 53 records which could be broken into two distinct groups;

1)  15:46:07 through to 15:48:39 – 19 records showing 119 steps.
2)  15:55:03 through to 15:56:23 - 32 records showing 120 steps.

This is a total of 239 steps, matching what the health database provides.

**Device 2**: iPhone X with iOS16.7.10

This device had been placed inside the left trouser pocket.

It recorded 2 sample times:

| Start Time | End Time | Steps | Distance (m) |
|---|---|---|---|
| 15:46:05 | 15:56:03 | 210 | 123.4 |
| 15:56:03 | 15:56:23 | 25 | 14.9 |

Combined, these records show a total of **235** steps covering **138.3**m.

The total number of steps was very close to the actual number of steps however the distance covered was still around 50m short of actual distance.

Cache_encryptedC.db recorded 64 records which could be broken into two distinct groups;

1)  15:46:05 through to 15:47:29 – 33 records showing 118 steps.
2)  15:55:04 through to 15:56:23 - 32 records showing 117 steps.

This is a total of 235 steps, matching what the health database provides.

**Device 3**: iPhone X with iOS16.7.5

This device was held.

It recorded 5 sample times:

| Start Time | End Time | Steps | Distance (m) |
|---|---|---|---|
| 15:46:03 | 15:56:03 | 218 | 158.4 |
| 15:56:03 | 15:56:08 | 8 | 18.2 |
| 15:56:08 | 15:56:13 | 7 | - |
| 15:56:13 | 15:56:19 | 8 | - |
| 15:56:19 | 15:56:21 | 3 | - |

Combined, these records show a total of **244** steps covering **176.6**m.

The total number of steps was slightly above the actual number of steps however the distance covered was the closest of all devices tested.

Cache_encryptedC.db recorded 64 records which could be broken into two distinct groups;

3)  15:46:03 through to 15:47:33 – 34 records showing 123 steps.
4)  15:55:04 through to 15:56:23 - 32 records showing 121 steps.

This is a total of 244 steps, matching what the health database provides.



All of the results from the cache_encryptedC.db database were plotted onto the below graph. The shaded areas indicate when the walking activity was actually occurring.



The results of the distance covered were also plotted which shows Actual distance travelled was higher than any device reported.



Distance walked in meters as reported by Health

**Conclusion**

Both the Health database and cache_encryptedC.db gave a step could which was remarkably close to the actual number of steps taken.

Cache_encryptedc.db also provided a highly granular view of the data the majority of the time.

Overall, the number of steps taken and the time period in which they were taken are reasonably accurate.

The recorded distance travelled by each of the devices was typically under-reported.

**Throwing / Shaking Device**

This test involved shaking and throwing phones while staying stationary to see if step or flight climb activity would be recorded when there was no lateral movement.

**Test Scenario**

Multiple devices were shaken, swung and thrown around in various ways and speeds to see if any health data was ever recorded.

**Conclusion**

Cache_encryptedC.db consistently recorded an increase in steps during the time of the shaking/swinging/throwing activity. These records were ultimately aggregated into the main Health database as Steps Walked. No Flights Climb events were ever recorded.

**Vehicular Travel (Test 1)**

**Test Scenario**:

2 devices were taken on a journey which lasted between 16:30 and 19:30 and included several stops.

At all times that the devices were in motion, Apples Maps was on screen to ensure a constant stream of location data being recorded.

Because Apple Health records the data in segments, the devices were placed into the car over an hour before the journey started and removed over an hour after the journey ended to avoid any contamination of the data.

**Leg 1: 16:30 - 1645**

During leg 1 of the journey, the devices were left static in a dock. The only movement they were subjected to, was the natural movement and vibration of the vehicle when in motion.

Leg 1 included roads which were both up and down hill, and roads with various speed limits ranging between 30kph and 80kph.

Device 1: No Steps/Distance or Flight Climb events were recorded.
Device 2: No Steps/Distance or Flight Climb events were recorded.

**Leg 2: 17:25 – 17:56**

During leg 2 of the journey, the devices remained static in the dock.

Leg 2 was mostly flat road with only a small variance in altitude and mostly roads of 50kph.

Device 1: No Steps/Distance or Flight Climb events were recorded.
Device 2: No Steps/Distance or Flight Climb events were recorded.



**Leg 3: 19:05 – 19:30**

During leg 3, both devices were held by a passenger in the vehicle. They were not being interacted with but were now subject to additional movement caused by the holders' arm reacting to the vehicle's movements.

Leg 3 included roads which were up and down hill and were typically around 50kph.

Device 1: Recorded 329 Steps/258m and 13 Flights climbed.
Device 2: Recorded 352 Steps/274m and 14 Flights climbed.

**Conclusion**

This test demonstrated that a device being held by a person while travelling in a vehicle is capable of recording Steps, Distance and Flight Climb events, whereas a device being held in a dock appears to not suffer from the same issue.

**Vehicular Travel – Test 2**

**Test Scenario**:

3 Phone X devices were driven on the same hill as the previous test 3 times.

The hill increased from an altitude of 1118m to 1158m according to **https://en-ca.topographic-map.com**.

The altitude of the devices was monitored at the bottom and top of the hill using the altimeter information available in the Compass application.

The altimeter reading of all devices at the bottom of the hill registered 1120m and the altimeter of all devices at the top of the hill registered 1160m. In both cases, this was an increase of 40m.





This hill, if climbed, is approximately 13.3 flights high according to Apple's definition (3 meters per flight).



The Map and Altitude information as per **https://en-ca.topographic-map.com**

Phone 1 – iPhone X with iOS 16.7.5
Phone 2 – iPhone X with iOS 15.2.1
Phoner 3 – iPhone X with iOS 16.7.10

The first time, Phone 1 was held in the same loose manner as described in test 1 while Phone 2 and Phone 3 were rested on a seat.

The second journey up this hill, Phone 2 was held while Phone 1 and Phone 3 were rested on a seat.

The final journey saw Phone 3 being held while Phone 1 and Phone 2 were rested on a seat.

Speed was kept at an average of 45 to 50 kph (28 – 31mph) and all 3 phones had a data connection and were focusing on Apple Maps to ensure constant location data.



**Phone 1 – iPhone X with iOS 16.7.5**

Phone 1's test journey occurred between 11:41:55 and 11:44:00.

A Health Event was recorded in healthdb_secure.sqlite between 18:41:53 and 18:43:02 consisting of 54 Steps over 41m distance but **zero** flight climb events were recorded during this time or throughout the entire 3 journey test in either Healthdb_secure or cache_encryptedc.db.

**Phone 2 – iPhone X with iOS 15.2.1**

Phone 2's test journey occurred between 11:46:22 and 11:48:26.

Two Health Events were recorded in healthdb_secure. The first event was between 11:46:33 and 11:48:22 consisting of 180 steps over 147m. The second event was a Flight Climb event which occurred between 11:47:08 and 11:48:30 and consisted of **13** flight climb events

No additional flights were recorded outside of this journey.

| Timestamp | Count Change | Total Flights |
|---|---|---|
| 11:47:11 | 24 > 28 | 4 |
| 11:47:26 | 28 > 29 | 5 |
| 11:47:36 | 29 > 30 | 6 |
| 11:47:41 | 30 > 31 | 7 |
| 11:47:47 | 31 > 32 | 8 |
| 11:47:57 | 32 > 33 | 9 |
| 11:47:59 | 33 > 34 | 10 |
| 11:48:10 | 34 > 35 | 11 |
| 11:48:17 | 35 > 36 | 12 |
| 11:48:30 | 36 > 37 | 13 |

**Phone 3 – iPhone X with iOS 16.7.10**

Phone 3's test journey occurred between 11:50:55 and 11:52:56.

Two Health Events were recorded in healthdb_secure. The first event was between 11:50:57 and 12:00:49 consisting of 256 steps over 208m. The second event was a Flight Climb event which occurred between 11:51:09 and 11:52:56 and consisted of **13** flight climb events

No additional flights were recorded outside of this journey.

| Timestamp | Count Change | Total Flights |
|---|---|---|
| 11:51:12 | 68 > 69 | 1 |
| 11:51:27 | 69 > 70 | 2 |
| 11:51:35 | 70 > 71 | 3 |
| 11:51:42 | 71 > 72 | 4 |
| 11:51:58 | 72 > 73 | 5 |
| 11:52:11 | 73 > 74 | 6 |
| 11:52:13 | 74 > 75 | 7 |
| 11:52:15 | 75 > 76 | 8 |
| 11:52:21 | 76 > 77 | 9 |



| 11:52:28 | 77 > 78 | 10 |
| 11:52:43 | 78 > 79 | 11 |
| 11:52:49 | 79 > 80 | 12 |
| 11:52:56 | 80 > 81 | 13 |

This graph shows the Flight Climb event information from each device.

The blue area relates to Phone 1. The light area shows the time that the device was being held, and the darker area shows the time of the Health records which were recorded.

The orange area relates to Phone 2. The light area shows the time that the device was being held, and the darker area shows the time of the Health records which were recorded. The orange dots show the time of the recorded ascent.

The green area relates to Phone 3. The light area shows the time that the device was being held, and the darker area shows the time of the Health records which were recorded. The green dots show the time of the recorded ascent.



**Conclusion**

These tests prove without doubt that the Health app can record movement of the device while in a vehicle, as both walking and flight climb events.

It also demonstrates the additional advantages of utilizing the cache_encryptedC.db database for more granular timestamps of health activity.

# **Appendix 2 – Locations**

Location data from an iPhone can be a gold mine of information. But the accuracy of the location data is always in need of verification.

### **Location & Speed**

Location and Speed has been the subject of many tests and research projects in the past and that research is summarized here rather than being repeated.

However, as part of the testing related to Altitude and Bearing, Location data was checked and found to be consistent with previous findings.

### **Test Scenario**

Many journeys have been made over the last 10+ years using different devices and different iOS versions with a goal of testing both Location information and Speed information.

### **Conclusion**

The location data recorded by iOS in the Cache.sqlite database consists of a Latitude, Longitude and Horizontal Accuracy amongst other things.

The Accuracy value is a distance in meters that can be drawn around the given coordinates. This value can be as small as a few metres or as large as many kilometres.

Testing has shown, in most cases (around 98%), actual device location is within the given radius but not always at the center.

For example, in the following image, the center point and radius are marked in red. Nevertheless, the device itself could be anywhere within the circle and the device location would still be considered "correct" or "accurate".



In rare instances, testing showed (around 1.8%), the device provides overconfident accuracy readings, for example, claiming accuracy up to 40m while being off by up to 20-40m.

Note that in the cases of over-confidence, records with lower accuracy (i.e. a higher number) have been seen to over-report their accuracy by up to 50%.

In general, as the accuracy value increases, resulting in lower accuracy records, the reliability of the data also decreases.

The remaining number of cases have been observed to provide location data with high accuracy that are incorrect. However, in all these cases, the location provided was a location that the device had been at shortly before and stood out as an anomalous record.

With consistent movement and high accuracy location data, the device is able to calculate speed information which has found to be reliable *enough* to provide an indication of travelling speed when compared to the actual speed being travelled.

### Bearing

The bearing information is recorded in the Cache.sqlite database's ZRTCLLOCATIONMO table in a field called ZCOURSE. This field contains a value of -1 where there is no Course/Bearing information and a value between 0 and 359.9 where bearing information exists.

The Course value corresponds to the number of degrees away from Due North (**https://developer.apple.com/documentation/corelocation/cllocation**)

The question at the heart of this test, is whether the compass has any influence on the bearing or if it is solely calculated from the direction between the recent locations.

### Test Scenario

The testing for bearing was split into two parts to be tested over one scenario.

A predefined walk would be undertaken which would be broken into 3 parts.

Part 1 would see the device being held so that the top of the device was pointing in the direction opposite to the direction being walked.

Part 2 would be to rotate the device so that the top of the device was pointing left of the direction being walked.

Part 3 would see powerful magnets being held to the rear of the device, making the internal magnetometer fail to establish direction.

These tests would establish if the direction the device was facing, the internal compass, or the GPS information was being used to establish bearing.

The path to be walked is shown on the map below as a blue line. The blue arrows indicate actual direction of travel.

The red arrows indicate the direction that the device was facing.





**Test Results**

| Part 1 | |
|---|---|
| Device was pointing in the direction opposite to the direction being walked. | |
|  | Part 1 of the walk took 80 seconds, during which 83 location records were written.<br><br>81 of the records had an accuracy of 5m and contained Bearing information.<br>2 of the records had an accuracy of 40m or more and did not contain bearing information.<br><br>All records that contained bearing information showed a bearing that matched the actual direction of travel, ignoring the direction that the device was pointed. |

## Part 2
Device pointing left of the direction being walked.



Part 2 of the walk took 93 seconds, during which 96 location records were written.

94 of the records had an accuracy of 5m and contained bearing information.
2 of the records had an accuracy of 50m or more and did not contain bearing information.

Almost all records that contained bearing information showed a bearing that matched the actual direction of travel, ignoring the direction that the device was pointed.

2 records did not match direction of travel, but they also did not appear to be affected by the direction the device was facing.



## Part 3
Magnets used to cause failure of compass.



Part 3 of the walk took 145 seconds, during which 149 location records were written.

146 of the records had an accuracy of 5m and contained bearing information.
3 of the records had an accuracy of 100m or more and did not contain bearing information.

All records that contained bearing information showed a bearing that matched the actual direction of travel, ignoring the direction that the device was pointed.

The maps above only show only a fraction of the records recorded during each part of the walk. Showing all records results in the bearing arrows becoming hard to discern.

As seen above, the bearing value was overwhelmingly pointing in the actual direction of travel and the direction that the device was facing had no affect, nor did the lack of directional information from the compass.

Not all records had a ZCOURSE value. Typically, records with an accuracy over 25m did not include Course data, or records that didn't show a significant change in location from the previous record (~less than 1m).

The accuracy of the bearing information can also be observed during driving activity which is able to show the direction of travel as shown below.



## Conclusion

The ZCOURSE value (aka Bearing) information is the result of a calculation between where the device was on the previous record and where the device is "now". It does not necessarily mean that the device was facing that direction. While it remains possible that inaccurate records could provide an inaccurate bearing, the test data has shown a high degree of accuracy.



## <u>Appendix 3 – Battery Temperature</u>

This test was conducted to assess the effects of environmental temperatures on the Battery Temperature reading recorded by the device.

The internal thermometer is not used by the device to gauge actual temperature around the user but is designed for the purposes of monitoring the battery for health and functionality purposes.

**Test Scenario 1**

An iPhone X without case, and running iOS15.2.1, was placed inside a freezer alongside a digital thermometer for 15 minutes to assess how the Battery Temperature was affected.

At one-minute intervals, the freezer was opened and the temperature shown on the thermometer was documented.

After 15 minutes, the devices were both removed and monitored as their temperature rose for a further 10 minutes.

| Time | Thermometer | Battery Temperature |
|---|---|---|
| Control Temp | 23c / 73.4f | 28.0c / 82.4f |
| **Placed in Freezer** | | |
| 17:10:00 | 23c / 73.4f | - |
| 17:11:00 | 22.1c / 71.8f | - |
| 17:12:00 | 19.0c / 66.2f | 22.0c / 71.6f |
| 17:13:00 | 16.1c / 61f | - |
| 17:14:00 | 12.7c / 54.9f | 17.0c / 62.6f |
| 17:15:00 | 9.6c / 49.3f | - |
| 17:16:00 | 6.3c / 43.3f | - |
| 17:17:00 | 4.2c / 39.6f | - |
| 17:18:00 | 1.8c / 35.2f | - |
| 17:19:00 | 0.2c / 32.4f | - |
| 17:20:00 | -1.9c / 28.6f | - |
| 17:21:00 | -3.2c / 26.2f | - |
| 17:22:00 | -4.8c / 23.4f | - |
| 17:23:00 | -5.9c / 21.4f | - |
| 17:24:00 | -7.0c / 19.4f | - |
| 17:25:00 | -8.1c / 17.4f | -6.0c / 21.2f |
| **Removed from Freezer** | | |
| 17:26:00 | -6.7c / 19.9f | - |
| 17:27:00 | -3.8c / 25.2f | 1 |
| 17:28:00 | -0.8c / 30.6f | - |
| 17:29:00 | 2.2c / 36.0 | - |
| 17:30:00 | 4.4c / 39.9f | - |
| 17:31:00 | 6.6c / 43.9f | - |
| 17:32:00 | 9.4c / 48.9f | - |
| 17:33:00 | 10.7c / 51.3f | - |
| 17:34:00 | 11.4c / 52.5f | 12c / 53.6f |
| 17:35:00 | 13.0c / 55.4f | 15c / 59f |



Orange dots/lines = iPhone | Blue dots/lines = digital thermometer.



## Test Scenario 2

An iPhone X without case, and running iOS15.2.1, was placed outside in -5c/33.8f temperatures and left untouched for 15 minutes, brought inside for 10 minutes and then returned outside for another 15 minutes before being brought inside again.

This test was intended to provide more real-world testing conditions of moving from outdoors to indoors with a view to monitoring temperature accuracy and the reactivity of the monitoring.

| Time | Thermometer | Battery Temperature |
|---|---|---|
| Control Temp | 22c / 71.6f | - |
| **Placed Outdoors (-5c / 33.8f)** | | |
| 09:00 | 22c / 71.6f | - |
| 09:02 | - | 19c / 66.2f |
| 09:05 | 7.2c / 45f | - |
| 09:10 | 1.8c / 35.2f | - |
| 09:15 | 0.4c / 32.7f | 2c / 35.6f |
| **Brought Inside (22c / 71.6f)** | | |
| 09:20 | 9.3c / 48.7c | - |
| 09:25 | 15.0c / 59f | 16c / 60.8f |
| **Placed Outdoors (-5c / 33.8f)** | | |
| 09:27 | - | 12c / 53.6f |
| 09:29 | - | 8c / 46.4f |
| 09:30 | 7.4c / 45.3f | - |
| 09:35 | 2.4c / 36.3f | - |
| 09:40 | 1.1c / 34f | 1c / 33.8f |
| **Brought Inside (22c / 71.6f)** | | |
| 09:42 | - | 7c / 44.6f |
| 09:45 | 12.3c / 54.1f | - |
| 09:50 | 17.6c / 63.7f | - |
| 09:55 | 20.7c / 69.2f | 19c / 66.2f |
| 10:00 | 22.3c / 72.1f | - |
| 10:03 | - | 22c / 71.6c |





Orange dots/lines = iPhone | Blue dots/lines = digital thermometer.



## Conclusion

In a locked state, with little activity occurring on the device, the battery temperature is heavily affected by the ambient temperature of the environment matching the pattern of the fall and rise of the thermometer temperature.

The cadence of the records is sporadic with no obvious reason or pattern.



## Appendix 4 – CurrentPowerLog Times

iOS has a series of databases related to Power activities on the device. These databases record information such as Battery Level, Usage, Power Cycles, Battey state etc.

All of these databases start as a database called CurrentPowerLog.PLSQL which is the current file being used. After several days, the file is compressed and saved under a new name related to date of the data it contains.

The PowerLog databases are unique in that they record datetime information differently to every other database on an iOS device.

Databases such as those related to Health, Locations, Messages and Calls etc. all work from the same system clock. While they may record the data in a different way, such as seconds or nanoseconds from 1st January 2001, it fundamentally originates from the same clock, which is the same time that is displayed on screen to the user. This means that all activity can be sequentially ordered even if the time was set incorrectly.

The PowerLog databases utilize what is called a "Monotonic clock". This is essentially a counter that progresses forward at a constant rate and is unaffected by time changes caused by user activity such as manually adjusting the time, or system activity such as applying a Daylight Savings offset.

Disruptions such as complete power loss/battery drain can cause the monotonic clock to behave in unexpected ways, affecting the counter. The counter function is reliant upon sufficient power (or battery charge) to work as expected.

As an example of how this data works, this is a partial record from the PLBATTERYAGENT_EVENTBACKWARD_BATTERY table of CurrentPowerLog.PLSQL

| ID | timestamp | Level | RawLevel | A |
|----|-----------|-------|----------|---|
| 75617 | 1724473913.3173292 | 100 | 100 | 0 |

The "timestamp" field appears to be a UNIX timestamp (number of seconds since Midnight on 1st Jan 1970) and can be converted to a human readable date by adding 1724473913.3173292 seconds to midnight on 1st January 1970. This is equal to 24th August 2024 at 04:31:53 (UTC).

This date is shown within Magnet's Axiom tool and labeled as "**Monotonic Date/Time**", but the record is also accompanied by 2 further timestamps that are not part of the PLBATTERYAGENT_EVENTBACKWARD_BATTERY table. These are shown as "**Baseband Date/Time**" and "**Display Date/Time**" and are highlighted in red within the image below.





As can be seen in the "Location" section of this record, highlighted in green, there is another table being used to populate the data. This is the PLSTORAGEOPERATOR_EVENTFORWARD_TIMEOFFSET table.

To make sense of the values in the PowerLog database, they require offsetting against a value from the PLSTORAGEOPERATOR_EVENTFORWARD_TIMEOFFSET table.

The PLSTORAGEOPERATOR_EVENTFORWARD_TIMEOFFSET table contains 5 fields; ID, timestamp, baseband, kernel and system.

| ID | timestamp | baseband | kernel | system |
|----|-----------|----------|--------|--------|
| 56 | 1724091461.4294662 | 926982.0724998713 | -1722007709.6614032 | 926982.879193902 |
| 57 | 1724123921.5078192 | 926982.0724998713 | -1722007709.6614032 | 926983.9248458147 |
| 58 | 1724124762.9729471 | 926983.0732429028 | -1722007709.6614032 | 926983.9248458147 |

These records can be described as "check-ins" where the system records the time according to the monotonic clock, and the delta between the monotonic clock and the time according to other sources such as the baseband and system clock.

The offset record referred by Axiom is record 70 which is shown below:

| ID | timestamp | baseband | kernel | system |
|----|-----------|----------|--------|--------|
| 70 | 1724443793.817882 | 926987.1864346266 | -1722007709.6614032 | 926986.9725067616 |

The "timestamp" field here is the value of the monotonic clock at the time of the "Check-in" and is not used other than to help identify which offset record is required for the next step of the calculation.

The timestamp value from the PLBATTERYAGENT_EVENTBACKWARD_BATTERY table needs offsetting against the values presented in the **baseband** and **system** fields by adding the timestamp value from the record of interest to the Baseband and System values from the PLSTORAGEOPERATOR_EVENTFORWARD_TIMEOFFSET table.

| | Record Value | Offset | SUM (Record + Offset) | DateTime (UTC) |
|---|---|---|---|---|
| Monotonic | 1724473913.3173292 | - | - | 24 Aug 2024 04:31:53 |
| Baseband | 1724473913.3173292 | 926987.1864346266 | 1725400900.5037638 | 3 Sep 2024 22:01:40 |
| System | 1724473913.3173292 | 926986.9725067616 | 1725400900.289836 | 3 Sep 2024 22:01:40 |

These values can be seen to be the same timestamps provided by Axiom.

Monotonic Date/Time     2024-08-24 4:31:53.317 AM

Baseband Date/Time     2024-09-03 10:01:40.504 PM

Display Date/Time     2024-09-03 10:01:40.290 PM

**Testing**

**Test 1**

While a test device was showing the correct time/date, the flashlight was used at exactly 09:56:00 on 28th December 2024 for 30 seconds.

This resulted in the creation of 2 records within the PLCAMERAAGENT_EVENTFORWARD_TORCH table of CurrentPowerLog with a timestamp of 1734095910.699675 and 1734095940.9988012.

| ID | timestamp | BundleId | Level |
|---|---|---|---|
| 7 | 1734095910.699675 | | 1 |
| 8 | 1734095940.9988012 | | 0 |

When treated as a UNIX timestamp, these values equal times on 13th December 2024, weeks before when it flashlight activity actually occurred.

| ID | timestamp | BundleId | Level |
|---|---|---|---|
| 7 | 2024-12-13   06:18:30 (-7:00) | | 1 |
| 8 | 2024-12-13   06:19:00 (-7:00) | | 0 |

The PLSTORAGEOPERATOR_EVENTFORWARD_TIMEOFFSET  table was also updated with a new record which showed:

| ID | timestamp | baseband | kernel | system |
|---|---|---|---|---|
| 871 | 2024-12-13   02:02:24 (-7:00) | 1309054.6138987541 | -1732281414.148122 | 1309054.919729948 |

The selection of the Offset record is based on a comparison between the "timestamp" field in the table of interest (in this case the PLCAMERAAGENT_EVENTFORWARD_TORCH table) and the timestamp field in the PLSTORAGEOPERATOR_EVENTFORWARD_TIMEOFFSET table.

The value of the "timestamp" in the Offset table should be as close as possible to the record being investigated without being higher (if possible).

For example, the screenshot above shows a single record from an OFFSET table which contains many more records, for example;

| ID | timestamp | baseband | kernel | system |
|---|---|---|---|---|
| 868 | 1734038057.364263 | 1309054.4094756842 | -1732281414.148122 | 1309054.919729948 |
| 869 | 1734059715.028399 | 1309055.4098807573 | -1732281414.148122 | 1309054.919729948 |
| 870 | 1734060316.651987 | 1309053.6039731503 | -1732281414.148122 | 1309054.919729948 |
| 871 | 1734080544.3651023 | 1309054.6138987541 | -1732281414.148122 | 1309054.919729948 |
| 872 | 1734097162.374874 | 1309054.6138987541 | -1732281414.148122 | -1283002.2938491106 |

Each of the records in the OFFSET table requires comparing to the timestamp of interest from the TORCH table. This involves identifying which timestamp is highest of the two. The highest value is highlighted in green.

| Timestamp [TORCH] | ID | Timestamp [OFFSET] | Difference |
|---|---|---|---|
| 1734095910.699675 | 868 | 1734038057.364263 | TORCH is 57853.335412 behind OFFSET |
| 1734095910.699675 | 869 | 1734059715.028399 | TORCH is 36195.671276 behind OFFSET |
| 1734095910.699675 | 870 | 1734060316.651987 | TORCH is 35594.047688 behind OFFSET |
| 1734095910.699675 | 871 | 1734080544.3651023 | TORCH is 15366.3345727 behind OFFSET |
| 1734095910.699675 | 872 | 1734097162.374874 | TORCH is 1251.67519 in front of OFFSET |

In this case, the closest value without going over is record ID 871. As such, the Offset value used is the value from the System field of row 871 as highlighted below.

| ID | timestamp | baseband | kernel | system |
|---|---|---|---|---|
| 868 | 1734038057.364263 | 1309054.4094756842 | -1732281414.148122 | 1309054.919729948 |
| 869 | 1734059715.028399 | 1309055.4098807573 | -1732281414.148122 | 1309054.919729948 |
| 870 | 1734060316.651987 | 1309053.6039731503 | -1732281414.148122 | 1309054.919729948 |
| 871 | 1734080544.3651023 | 1309054.6138987541 | -1732281414.148122 | 1309054.919729948 |
| 872 | 1734097162.374874 | 1309054.6138987541 | -1732281414.148122 | -1283002.2938491106 |

The TORCH timestamp and the System Offset are added together as explained above.

1734095910.699675 + 1309054.919729948 = 1735404965.3135737541 = 28 Dec 2024 09:56:05 (UTC -7:00)

1734095940.9988012 + 1309054.919729948 = 1735404995.6126999541 = 28 Dec 2024 09:56:35 (UTC -7:00)

These results are within 5 seconds of the actual time of the flashlight event which appears consistent with the Torch artifact timestamps.

**Test 2**

The device date & time setting was then manually set to 28th November 2024 at 6am (UTC-7).

When the device shows 06:19:00, the flashlight was used again for 30 seconds.

Note that the correct time was 10:36:05. This means that the second test occurred 40mins and 5 seconds after the first test.

This test resulted in 2 records being written to the database, as expected.

| ID | timestamp | BundleId | Level |
|---|---|---|---|
| 9 | 1734098314.841299 | | 1 |
| 10 | 1734098346.215589 | | 0 |

When treated as UNIX timestamps, the values show:

| ID | timestamp | BundleId | Level |
|---|---|---|---|
| 9 | 2024-12-13  06:58:34 (-7:00) | | 1 |
| 10 | 2024-12-13  06:59:06 (-7:00) | | 0 |

Despite the clock on the device being set back by over one month, the values shown here are still showing 13th December 2024.

When compared to the previous records created when the device was showing the correct time it can be seen that there is a ~40-minute difference between the records which is the actual difference between when the tests were conducted.

| ID | timestamp | BundleId | Level |
|---|---|---|---|
| 7 | 2024-12-13  06:18:30 (-7:00) | | 1 |
| 8 | 2024-12-13  06:19:00 (-7:00) | | 0 |
| 9 | 2024-12-13  06:58:34 (-7:00) | | 1 |
| 10 | 2024-12-13  06:59:06 (-7:00) | | 0 |

A few new records had appeared in the Offset table, most notably a record with a negative value.

| ID | timestamp | baseband | kernel | system |
|---|---|---|---|---|
| 875 | 2024-12-13  06:46:55 (-7:00) | -1298370.4194822311 | -1732281414.148122 | -1298370.4157130718 |

Again, applying the logic described above;

1734098314.841299 + -1298370.4157130718 = 1732799944.4255859282= 28 Nov 2024 06:19:04 (UTC -7:00)
1734098346.215589 + -1298370.4157130718 = 1732799975.7998759282 = 28 Nov 2024 06:19:35 (UTC -7:00)

Again, this can be seen to be within a few seconds of the time showing on the device when the flashlight was used.

**Conclusion**

The "timestamp" values provided in the CurrentPowerLog tables should not be confused as actual timestamps and instead require offsetting against other values in the database in order to calculate the actual time of an event.

Axiom provides the 3 timestamps within its tool which should only be used to aid validation.

Most importantly, this issue only affects timestamp found within the CurrentPowerLog databases and does not have any bearing on almost all other timestamps found on the device, including the Health and Location databases which utilize the same System clock for recording the time of events.



# Appendix 5 – Unified Logs

Unified Logs are a core component of iOS devices which capture log information on an ongoing basis without any knowledge of the user.

Typically, these logs are used to assist with the diagnosis of issues and errors, and for that reason, the logs are extremely detailed, but short lived.

Of specific interest related to this case are two types of data obtained from Unified Logs; Unlock Method and Doppler detection.

**Unlock Method**

Information about when a device is locked or unlocked has been available from knowledgeC.db or Biome files for many years.

However, these data sources never answered the question of whether the device was unlocked using a pincode/password or Biometric such as TouchID or Face ID.

Unified Logs contains records which indicate which unlock method was used by the user.

Unlock with Biometric

If Biometrics are used to unlock the device, a record exists showing the term "**Transition: locked -> inBioUnlock**" followed by a record with the term "**Locked -> Unlocked**".

Alternately, another record that indicates biometric unlock is:

Processed authentication request (success=YES): <SBFAuthenticationRequest: 0x283037db0; type: 2; source: 0; handler: ""<__NSMallocBlock__: 0x28257cf80>""; **hasPasscode: NO**>"

Unlock with Pincode

If the pincode is used to unlock the device, a record exists showing the term "**Locked -> Unlocked**" only.

Alternately, another record that indicates pincode unlock is:

Processed authentication request (success=YES): <SBFAuthenticationRequest: 0x28322ffc0; type: 1; source: 0; handler: ""<__NSMallocBlock__: 0x2824f78c0>""; **hasPasscode: YES**>"

**Proximity Sensor / Doppler**

The Unified Logs have a record called "FrontIR: Doppler" and references to being in a "pocket state" or "pocket state cleared".

This is in relation to the InfraRed camera mounted on the front of iPhones (X and above) and used for facial scanning.

The InfraRed camera is mounted on the left side of the "notch" and through some cameras, can be seen flashing when in operation.



It can be noted that the camera is not constantly scanning and will only scan in certain situations.

**Testing**

The IR Camera was observed through a device capable of showing the IR light as the device was subjected to different stimuli.

For illustrative purposes, the following images are used to show how the IR camera reacted.

| Action | Device Image | Description |
|---|---|---|
| Sleeping<br>No stimulus | | Screen off<br>No IR Activity |
| Touch screen<br><br>Touch side button<br>Raise to Wake | 9:16<br>Wednesday, December 18 | Screen illuminates<br>IR flashes. |
| Incoming Call | +1 (403) 123-4567<br>Calgary, Alberta | Screen illuminates<br>IR flashes. |
| Incoming Notification | +14031234567<br>Test Message   now | Screen illuminates<br>IR flashes. |
| Sleeping<br>Covered IR | | Screen off<br>Unknown IR Activity |

| Touch screen<br>Covered IR |  | Screen dimly illuminates<br>Unknown IR Activity |
|---|---|---|

The timing of the tested events was as follows:

| | |
|---|---|
| 10:19:00 | Testing begins with a sleeping, uncovered IR camera. |
| 10:20:00 | IR camera Covered but device otherwise undisturbed. |
| 10:21:00 | Touch screen tapped causing device to dimly illuminate for 10 seconds. |
| 10:22:00 | Touch screen tapped causing device to dimly illuminate for 10 seconds. |
| 10:22:30 | Side button pressed causing device to dimly illuminate for 10 seconds. |
| 10:23:00 | Call placed to test device. |
| 10:23:08 | Call received by test device and screen illuminated dimly while ringing. |
| 10:23:40 | Screen went to sleep. |
| 10:25:00 | SMS message sent to test device. |
| 10:25:05 | SMS message received – screen did not illuminate |
| 10:27:05 | Notification received again re SMS. |
| 10:27:45 | Touch screen tapped causing device to dimly illuminate. |
| 10:27:50 | Cover removed causing screen to fully illuminate. |
| 10:29:00 | Call placed to test device. |
| 10:29:08 | Call received by test device and screen illuminated dimly while ringing. |
| 10:29:15 | Cover removed causing screen to fully illuminate. |
| 10:29:20 | Cover replaced – no change to screen. |
| 10:29:25 | Cover off – no change to screen. |
| 10:29:30 | Cover replaced as screen went to sleep. |

The Unified Logs were generated and viewed on a Mac using the default logarchive viewer.

During the time of testing, a total of 1058 records were created which could be grouped based on time.

The groups were as follows:

**10:21:00 through to 10:21:10**

150 records created each showing the value: "*FrontIR: Doppler in pocket state detected*" which can be taken to mean "Front camera obstructed".
These times aligned with the 10 seconds of screen illumination upon the screen being touched.

**10:22:01 through to 10:21:11**

150 records created each showing the value: "*FrontIR: Doppler in pocket state detected*" which can be taken to mean "Front camera obstructed".
These times aligned with the 10 seconds of screen illumination upon the screen being touched.

**10:22:30 through to 10:22:40**

150 records created each showing the value: "*FrontIR: Doppler in pocket state detected*" which can be taken to mean "Front camera obstructed".

These times aligned with the 10 seconds of screen illumination upon the side button being pressed.

**10:23:08 through to 10:23:39**

406 records created each showing the value: "*FrontIR: Doppler in pocket state detected*" which can be taken to mean "Front camera obstructed".

These times aligned with the screen illumination upon the call being received and the time the screen dimmed after the call went unanswered.

**10:27:45 through to 10:27:50**

89 records created. The first 88 records each show the value: "*FrontIR: Doppler in pocket state detected*" which can be taken to mean "Front camera obstructed".

The final record shows the value: "*FrontIR: Doppler in pocket state cleared*".

These times aligned with the screen illumination upon the screen being touched and the time the cover was removed.

**10:29:08 through to 10:29:15**

113 records created. The first 112 records each show the value: "*FrontIR: Doppler in pocket state detected*" which can be taken to mean "Front camera obstructed".

The final record shows the value: "*FrontIR: Doppler in pocket state cleared*".

These times aligned with the screen illumination upon the screen being touched and the time the cover was removed for the first time. Replacing the cover had no affect.

**Raise to Wake**

One of the iOS Features that can cause the backlight to illuminate and the Doppler function to fire, is the Raise to Wake feature which detects when the user picks up the device.

This artifact is found in the **com.apple.springboard.plist** which can be found  at *private\var\mobile\Library\Preferences*.

The specific node is called SBSupportLiftToWake and has a value of either a True or False.

Testing of Raise to Wake, and movement in general, was conducted by rotating, dropping and picking up the device while in a locked state and watching for the activation of the backlight.

The testing process refers to X, Y and Z axis as described in the diagram below.



The results were as follows:

| | |
|---|---|
| <br>Z Axis<br> | **Z Axis**<br>Movement of the device vertically upwards or downwards (Z Axis), including dropping from a height, *generally* **did not** cause the backlight to illuminate. |
| <br>Y Axis<br>X Axis   XY Plane | **XY Plane**<br>Movement of the device on either the X or Y plane generally **did NOT** cause the backlight to illuminate. |
| <br>X Axis<br> | **Rotation on X Axis**<br>Rotation of the device on the X axis (left to right or right to left) generally **did NOT** cause the backlight to illuminate. |
| <br>Y Axis<br> | **Rotation on Y Axis**<br>Rotation of the device on the Y axis (tilting forwards) **DID** cause the backlight to illuminate.<br><br>Rotation of the device on the Y axis (tilting backwards) generally **did NOT** cause the backlight to illuminate. |

As demonstrated in the table above, the only action to reliably cause the Backlight illumination and Doppler function to fire was the rotational movement of the device tilting it forwards to the user on the Y Axis.



**Conclusion**

The FrontIR Doppler function is called whenever iOS believes it is likely that the user is trying to unlock the device. This is triggered by the device screen being touched, side button being pressed, raising to wake, or receiving a call. While notifications from incoming SMS triggered the IR light to flash, no record was written to the logs.

From the testing, this appears to be a reliable artifact when written. i.e. When the record exists, it appears a reliable way to show if the device IR camera was obstructed.

