**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN READ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:25-CV-13588-DJC |
| v. ) | |
| ) | |
| MICHAEL PROCTOR, in his personal ) | |
| capacity; SGT. YURIY BUKHENIK, in his ) | |
| personal capacity; LT. BRIAN TULLY, in ) | |
| his personal capacity; BRIAN ALBERT; ) | |
| NICOLE ALBERT; JENNIFER McCABE; ) | |
| MATTHEW McCABE; and BRIAN ) | |
| HIGGINS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF KIERAN T. MURPHY IN SUPPORT OF
COMMONWEALTH WITNESSES' OPPOSITION TO PLAINTIFF'S
MOTION TO AMEND OPPOSITION TO MOTION TO DISMISS**

I, Kieran T. Murphy, on oath, hereby depose and state as follows:

1.    I am an associate at Hinckley, Allen & Snyder, LLP and counsel to Defendants Jennifer McCabe, Matthew McCabe, Brian Albert, Nicole Albert, and Brian Higgins in the above-captioned action. I have personal knowledge of all things stated herein.

2.    Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiff's proposed Assented-to Motion to Amend Plaintiff's Opposition to Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Special Motion to Dismiss, which Plaintiff's counsel forwarded to me on June 1, 2026 for consideration.

SUBSCRIBED AND SWORN TO UNDER THE PENALTIES OF PERJURY THIS 17th DAY OF JUNE, 2026.

*/s/ Kieran T. Murphy*
Kieran T. Murphy

1

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on June 17, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing, pursuant to Local Rule 5.4(C).

*/s/ Kieran T. Murphy*
Kieran T. Murphy