UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN READ,

      Plaintiff,

v.

MICHAEL PROCTOR, in his personal
capacity; SGT. YURIY BUKHENIK, in his
personal capacity; LT. BRIAN TULLY, in his
personal capacity; TOWN OF CANTON;
BRIAN ALBERT; NICOLE ALBERT;
JENNIFER McCABE; MATTHEW
McCABE; and BRIAN HIGGINS,

      Defendants.

Civil Action No. 1:25-CV-13588-DJC

## ASSENTED TO MOTION TO AMEND PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND SPECIAL MOTION TO DISMISS

Plaintiff, Karen Read ("Ms. Read"), with the assent of Defendants, Brian Albert, Nicole Albert, Jennifer McCabe, Matthew McCabe, and Brian Higgins (the "Defendants"), hereby moves to amend her Opposition to the Defendants' Special Motion to Dismiss and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Opposition") as follows:

1. At page 14 of her Opposition, Ms. Read includes two factual assertions that cite to the exhibit identified as "Attachment 4" to the Declaration of Damon M. Seligson.

2. To date, the contents of Attachment 4 have not been filed because they concern grand jury testimony that must first be unsealed by the court with jurisdiction over the relevant underlying proceeding. Indeed, Rule 5(g) and Rule 14 of the Massachusetts Rules of Criminal Procedure mandate that grand jury minutes be maintained securely. Additionally, Mass. Gen. Laws c. 258, § 13D enforces criminal penalties for individuals who disclose grand jury transcripts or descriptions intended to compromise investigations.

3. Ms. Read requests leave to file an amended Declaration of Damon M. Seligson that simply omits Attachment 4, and a minimally revised Opposition in which she instead cites to existing Attachment 9 as support for the two statements at issue. The proposed Revised

Opposition and Amended Declaration of Damon M. Seligson are attended hereto as **Exhibits 1** and **2**, respectively.

4.      Aside from these amendments, both the Declaration of Damon M. Seligson and the Opposition will remain unchanged.

Respectfully submitted,

KAREN READ,

By her attorneys,

_/s/ Charles M. Waters_____
Damon M. Seligson (BBO# 632763)
Charles M. Waters (BBO# 631425)
Aaron D. Rosenberg (BBO# 684826)
Sheehan Phinney Bass & Green, PA
28 State Street, 22nd Floor
Boston, MA 02109
617.897.5600
dseligson@sheehan.com
cwaters@sheehan.com
arosenberg@sheehan.com

Dated: June 1, 2026