UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAREN READ,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL PROCTOR, in his personal capacity; SGT. YURIY BUKHENIK, in his personal capacity; LT. BRIAN TULLY, in his personal capacity; TOWN OF CANTON; BRIAN ALBERT; NICOLE ALBERT; JENNIFER McCABE; MATTHEW McCABE; and BRIAN HIGGINS,<br><br>        Defendants. | Civil Action No. 1:25-CV-13588-DJC |

**PLAINTIFF KAREN READ'S EMERGENCY MOTION TO RESCHEDULE HEARING ON SPECIAL MOTION TO DISMISS AND 12(b)(6) MOTIONS**

Plaintiff Karen Read ("Read") respectfully requests that the Court reschedule the hearing on the various defendants' pending motions to dismiss, which is currently scheduled for 3:00 pm on July 14, 2026, until a date convenient for the Court between August 17-21. Read and many of the moving defendants are currently scheduled for a hearing that day in Plymouth Superior Court on Read's Special Motion to Dismiss claims brought against Read by such defendants in a separate case. That hearing was originally scheduled for 3:00 pm, like this Court's hearing. Read asked the court in the Superior Court action to reschedule its hearing, but the Court was only willing to move the hearing to 10:00 am that same day, which does not sufficiently remedy the scheduling difficulties caused by Read having to participate in two separate hearings within five hours of each other, held forty miles apart. Considering that many of the moving defendants here are also party to that case, Read expected they would cooperate in rescheduling these dates. However, after first suggesting that the parties seek a new date in the Superior Court, those

defendants reversed course and took the position that both hearings could proceed simultaneously. Because such circumstances would significantly prejudice Read and her counsel's ability to participate in the two hearings, Read respectfully requests that the Court allow this Motion and reschedule the July 14 hearing.

**WHEREFORE,** Read respectfully requests that the court reschedule the hearing currently set for July 14, 2026 at 3:00pm until a date convenient for the Court between August 17-21.

Respectfully submitted,

KAREN READ,

By her attorneys,

_/s/ Aaron D. Rosenberg_
Damon M. Seligson (BBO# 632763)
Charles M. Waters (BBO# 631425)
Aaron D. Rosenberg (BBO# 684826)
Sheehan Phinney Bass & Green, PA
28 State Street, 22nd Floor
Boston, MA 02109
617.897.5600
dseligson@sheehan.com
cwaters@sheehan.com
arosenberg@sheehan.com

Dated: July 7, 2026

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that my office conferred with counsel to Defendants Jennifer and Matthew McCabe, Brian and Nicole Albert, and Brian Higgins prior to filing this Motion. The conference took place by phone; Charles Waters participated for Karen Read and Kieran Murphy participated for the listed Defendants. Those Defendants' counsel indicated that they do not assent to this Motion.

*/s/ Aaron D. Rosenberg*
Aaron D. Rosenberg

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically today via the Court's CM/ECF Electronic Filing System. A notice of electronic filing will be sent by e-mail to all parties via operation of the Court's CM/ECF Electronic Filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice. Parties may access this filing through the Court's CM/ECF System.

*/s/ Aaron D. Rosenberg*
Aaron D. Rosenberg

Dated: July 7, 2026

3